UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-MJ-195 (ZMF) |
| | : | |
| **ETHAN NORDEAN,** | : | |
| Also known as "Rufio Panman," | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Assistant United States Attorney James B. Nelson has been appointed as co-counsel for the United States in the above-captioned matter.

        Respectfully submitted,
        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:    */s/ James B. Nelson*
        JAMES B. NELSON
        D.C. Bar No. 1613700
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6986
        james.nelson@usdoj.gov