UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **MAGISTRATE NO. 21-MJ-195 (ZMF)** |
| : | |
| **ETHAN NORDEAN,** : | |
| Also known as "Rufio Panman," : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Ethan Nordean.

It is this ___8th___ day of February, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Western District of Washington Magistrate Judge on February 8, 2021 as to defendant Ethan Nordean is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA