Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Criminal Case No.: 21-mj-12L

Joseph R. Biggs

## PASSPORT RECEIPT

Defendant's passport, number 536415609 , has been surrendered to the undersigned Deputy Clerk.

By: Joseph R. Biggs
    Defendant

ANGELA D. CAESAR, Clerk

By: _____
    Deputy Clerk