NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number __21mj195__

__Ethan Nordean__
                  (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

                                    */s/ David B. Smith*
                                    _____
                                              (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Smith, DC No. 403068
*(Attorney & Bar ID Number)*
David B Smith PLLC
*(Firm Name)*
108 N. Alfred Street
*(Street Address)*
Alexandria          VA          22314
*(City)*           *(State)*      *(Zip)*
703-548-8912
*(Telephone Number)*