NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  __21mj195__

__Ethan Nordean__
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

*Nicholas D. Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

7 East 20th Street, Suite 4R
(Street Address)

New York          NY          10003
(City)            (State)     (Zip)

917-902-3869
(Telephone Number)