**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **MAGISTRATE NO. 21-MJ-195** |
| **ETHAN NORDEAN,** also known as "Rufio Panman," | **VIOLATIONS:** 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding) |
| **Defendant.** | 18 U.S.C. §§ 1361, 2 (Destruction of Government Property) 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On January 6, 2021, within the District of Columbia and elsewhere, **ETHAN NORDEAN**, also known as "Rufio Panman," attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, and did aid and abet others known and unknown to do the same; that is, **ETHAN NORDEAN**, with others known and unknown, forcibly entered the United States Capitol to, and did, stop, delay, and hinder Congress's certification of the Electoral College vote.

**(Obstruction of an Official Proceeding and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1512(c)(2), and 2)

## COUNT TWO

On January 6, 2021, within the District of Columbia and elsewhere, **ETHAN NORDEAN**, also known as "Rufio Panman," attempted to, and did, willfully injure and commit depredation against property of the United States, and did aid and abet others known and unknown to do so; that is, **ETHAN NORDEAN**, with others known and unknown, forcibly entered the U.S. Capitol and thereby caused damage to the building in an amount more than $1,000.

   **(Destruction of Government Property and Aiding and Abetting** in violation of Title 18, United States Code, Sections 1361 and 2)

## COUNT THREE

On January 6, 2021, within the District of Columbia and elsewhere, **ETHAN NORDEAN**, also known as "Rufio Panman," did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-Elect were temporarily visiting, without lawful authority to do so.

   **(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On January 6, 2021, within the District of Columbia and elsewhere, **ETHAN NORDEAN**, also known as "Rufio Panman," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-Elect were temporarily visiting, when and so that such

conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

A TRUE BILL

FOREPERSON

*Channing D. Phillips / jt*

Acting Attorney of the United States in
and for the District of Columbia.