UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-mj-195 |
| | ) |
| ETHAN NORDEAN, | ) **District Judge Timothy J. Kelly** |
| | ) |
| Defendant. | ) |

**DEFENDANT NORDEAN'S NOTICE OF GOVERNMENT STATEMENTS TO MEDIA ABOUT THIS CASE**

Defendant Ethan Nordean, through his counsel, files this supplement with new information that pertains to the government's third motion to detain Nordean pretrial. ECF No. 30.

On March 22, CBS News aired and published an interview with the former acting U.S. Attorney of this district, Michael Sherwin. *See* Inside the Prosecution of the Capitol Rioters, CBS News, Mar. 22, 2021, available at: https://www.cbsnews.com/news/capitol-riot-investigation-sedition-charges-60-minutes-2021-03-21/. In the 60 Minutes interview, the former acting U.S. Attorney discusses the office's ongoing investigation of the Proud Boys whose members are charged with conspiracy in this case.

Among other comments aired to the public, Sherwin states:

- The acting U.S. Attorney leading the January 6 investigation into the Proud Boys and others personally participated in the group of protestors the government alleges were led by the Proud Boys to the Capitol Building to commit crimes;

- The acting U.S. Attorney gave prosecutors "marching orders . . . to build seditious and conspiracy charges . . .";

- Of the Proud Boys, the acting U.S. Attorney stated, they "did have a plan. We don't know what the full plan is, to come to D.C., organize, and breach the Capitol in some manner."

Dated: March 23, 2021                              Respectfully submitted.

/s/ David B. Smith
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869

## Certificate of Service

I hereby certify that on the 23rd day of March, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314

2

(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Appointed by the Court*