AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH RANDALL BIGGS | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Randall Biggs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C § 1512(c), Obstruction of an Official Proceeding
18 U.S.C. § 1752(a), Restricted Building or Grounds
40 U.S.C. §§ 5104(e)(2)(D) and (F), Violent and Disorderly Conduct

Date: 01/19/2021

2021.01.19
21:13:12
-05'00'

*Issuing officer's signature*
Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

City and state: Washington, D.C.

### Return

This warrant was received on *(date)* 1/19/2021, and the person was arrested on *(date)* 1/20/2021
at *(city and state)* ORMOND BEACH, FL.

Date: 2/9/2021

*Arresting officer's signature*

TODD MYERS, SPECIAL AGENT
*Printed name and title*