UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-175-1 (TJK) |
| : | Case No. 21-CR-175-2 (TJK) |
| ETHAN NORDEAN, : | |
| also known as "Rufio Panman," : | |
| : | |
| JOSEPH RANDALL BIGGS, : | |
| : | |
| Defendants. : | |

**UNITED STATES' NOTICE OF EVIDENCE REFERENCED DURING HEARING**

The United States hereby gives notice that it has delivered to chambers a video file that has been identified as *21CR175_00001495_PARTIAL.mp4*. The produced video file contains four brief annotations in the form of circles, which serve to identify Defendants Nordean and Biggs. A copy of the annotated video file has been produced to Defendants.

A longer version of this video, without annotations, was previously produced to Defendant Nordean (on March 26, 2021) and to Defendant Biggs (March 29, 2021).

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
JAMES B. NELSON
D.C. Bar No. 1613700
LUKE M. JONES
VA Bar No. 75053
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this notice to be served upon defense counsel via the Electronic Case Filing (ECF) system, on April 6, 2021.

                By:      */s/ Jason McCullough*
                        JASON MCCULLOUGH
                        D.C. Bar No. 998006; NY Bar No. 4544953
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 252-7233
                        jason.mccullough2@usdoj.gov