# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175 |
| | ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** |
| | ) |
| Defendants. | ) |

## DEFENDANT NORDEAN'S NOTICE OF EVIDENCE REFERENCED DURING HEARING ON APRIL 6, 2021

Following the detention hearing on April 6, the government submitted to chambers, and provided to counsel for Ethan Nordean, a video file with the Bates number "21CR175_00001495_PARTIAL.mp4." ECF No. 51.

Nordean gives notice that he has submitted to chambers, and the government, a video file with the Bates number "NORDEANPROD_00000001.mp4." This is a shortened version of the same video produced by the government to Nordean's counsel on March 26. Nordean has added red circle annotations and freeze-framing to highlight specific portions of the clip.

Dated: April 6, 2021

Respectfully submitted.
DAVID B. SMITH, PLLC

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869

nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 6th day of April, 2021, I filed the foregoing brief with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Jim Nelson
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530
> (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Counsel to Ethan Nordean*
