NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001


UNITED STATES OF AMERICA

vs.                                          Criminal Number  **1:21CR175-4**

**CHARLES DONOHOE**
         (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☒ CJA                ☐ RETAINED              ☐ FEDERAL PUBLIC DEFENDER

*Lisa S. Costner*
Digitally signed by Lisa S. Costner
Date: 2021.04.09 10:04:13 -04'00'
*(Signature)*


**PLEASE PRINT THE FOLLOWING INFORMATION:**

Lisa Costner, NC State Bar #14308
*(Attorney & Bar ID Number)*

Lisa S. Costner, PA
*(Firm Name)*

952 W. 4th St., Ste 200
*(Street Address)*

Winston Salem    NC           27101
*(City)*              *(State)*             *(Zip)*

336-748-1885
*(Telephone Number)*