## My Brother's Honor and Leadership

      Being a twin is something very few understand and get to experience. For the first 18 years of our lives, we spent nearly every waking moment with each other. This created a unique bond that can't be replaced by a loyal friend or family member. Everything we accomplished, we accomplished together. The crowning achievement of our teamwork and competitive drive with one another was becoming Eagle Scouts. Our Eagle Scout projects were at The Children's Home which is a community for children that have experienced a traumatic or abused childhood. We replaced a portion of a barn roof and enhanced the Equestrian area to give the children a better area and more room to bond with the horses. Three days after graduating high school, Charley was sent to Paris Island for Marine BASIC after enlisting as Infantry 0311. His leadership abilities would shine as he was awarded team leader and deployed twice to Iraq on 7-month deployments. He would exit as a Corporal with an Honorable Discharge. One of the men in his units was awarded a Contract with XE security services and encouraged Charley to apply. My brother did and was then cleared for a Top-Secret Security Clearance under a contract through the Department of State. He contracted for nearly 5 years on multiple deployments. I will never forget seeing true leadership and selflessness at work when he attempted to save a mans life during a snowboard trip at Winterplace, West Virginia in

      2015. We were heading up a ski lift when we saw a man with his legs sticking straight up in the air after hitting a tree. We snowboarded down a double black diamond trail to reach him and a group of ski patrol members had an oxygen mask on him. Charley quickly asked to be updated on the situation and no one was willing to do anything. The man's eyes were lifeless, and his breathing was short and quick. Charley is certified in combat lifesaving so took ownership as the ski patrol just sat there in shock unwilling to do anything. My brother and I alone started to lift the body of the man to put him on the stretcher to take to the bottom of the mountain. His instructions were clear not to move the legs as he was in a paralyzed position. That would be ignored as one of the ski patrol members erratically pushed his legs down with a crack. I checked a pulse and yelled "HE'S NOT BREATHING" and Charley started immediately giving mouth to mouth. It was too late by the time we got to the bottom of the mountain as the actions (and lack thereof) of the ski patrol undoubtedly prevented any chance of survival. Charley has never run away from a challenge or call to action and he is the first take ownership of any challenge that is thrown his way. This is seen again in his leadership skills in searching for the missing girl in Denton, NC. His dog, Blitz has been trained to hunt, search, retrieve and has one medals in Dock Diving competitions. Charley led the search expedition and his dog brought back missing clothes during the search in the woods in Denton.

      Charley is an incredible father and gives an outstanding structured environment for his son, Sawyer. Sawyer is a polite, loving boy who looks up to his father and is very obedient. He keeps his room organized and does not interrupt. Last week, my heart broke after spending

EXHIBIT D

time with him. He was playing with his trains on the table and there were boxes in the way of where he was trying to play. Sawyer said: "Uncle Liam, can you please move this box for me so I can play here?" I responded: "Of course Sawyer. Thank you for asking and saying please, that is very polite of you." Sawyer then said: "I always say Please because Dad always says Please." That moment was the biggest stab to my heart I have ever felt in that his dad is not home to provide him this structured and loving environment.

   Charles Donohoe is not a flight risk and not a danger to anyone. He has never turned his back on his duty to the country, never fled responsibility, never hurt anyone, and never betrayed trust. Charles Donohoe is an honorable American Citizen that has selflessly served the United States of America and served his Community. I swear, on my honor, that Charles Donohoe is an Honorable man and had no intent to harm anyone or has any intent to flee his responsibility in a court of law to stand trial. He has never turned his back on his duties in the Military or as a Civilian Contractor to fight and protect American Citizens. He has selflessly served his community, before and after the events of January 6th. On a final note, I will end this statement with the Scout Oath that we both have sworn to uphold as Eagle Scouts:

On my honor

I will do my best

to do my duty

to God and my country

and to obey

the Scout Law;

To help other people

at all times;

To keep myself

physically strong,

mentally awake,

and morally straight.

Liam Donohoe

Identical Twin Brother

04/15/2021