IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21-CR-175-4 |
| v.    ) | |
| ) | |
| CHARLES DONOHOE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER is before the Court on the Defendant's motion to continue the detention hearing previously scheduled for April 12, 2021 and currently scheduled for April 16, 2021. Upon review of the Motion, it is hereby

ORDERED that the detention hearing is continued to April 19, 2021 at 3:00 p.m. before Magistrate Judge G. Michael Harvey.

_____
Honorable G. Michael Harvey
United States Magistrate Judge