UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                    Case No.  21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS,

    Defendant.

## NOTICE OF APPEAL

Joseph Randall Biggs, by undersigned counsel, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3145, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of Detention Pending Trial entered April 20, 2021 (Docket Item 66), Oral Ruling on April 19, 2021 and other filings relating to the District Court's denial of pretrial detention.

Respectfully submitted,

JOHN DANIEL HULL
COUNSEL FOR APPELLANT JOSEPH R. BIGGS

By: */s/ John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
619-895-8336
jdhull@hullmcguire.com

Date: April 21, 2021