# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21-cr-175
)
Ethan Nordean, et al. )

## NOTICE OF APPEAL

Name and address of appellant:   Ethan Nordean
SeaTac FDC
2425 South 200th Street
Seattle, Washington 98198

Name and address of appellant's attorney:   Nicholas Smith
David Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Offense:   18 U.S.C. § 371; 18 U.S.C. § 1512; 18 U.S.C. § 1752; 18 U.S.C. § 1361; 18 U.S.C. § 231

Concise statement of judgment or order, giving date, and any sentence:

Order of Detention Pending Trial entered April 20, 2021 (ECF No. 65); Oral Ruling entered April 19, 2021, and related filings including Court's detention findings on April 6, 2021.

Name and institution where now confined, if not on bail:   SeaTacFDC

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

April 22, 2021                                              Ethan Nordean
_____                        _____
DATE                                                 APPELLANT
                                                     *Nicholas D. Smith*
                                                     ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [✔]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?                          YES [✔]   NO [ ]
Has counsel ordered transcripts?                                YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES [✔]   NO [ ]