UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES DONOHOE,<br><br>　　　　Defendant. | Case No. 21-cr-175-4 (TJK) |

**ORDER**

　　Defendant was arrested on March 17, 2021 in Kernersville, North Carolina. ECF No. 35. That same day, he had an initial appearance in the Middle District of North Carolina pursuant to Federal Rule of Criminal Procedure 5(c)(2). ECF No. 43. At Defendant's initial appearance on March 17, 2021, a status hearing was set for March 19, 2021 to address Defendant's detention prior to his appearance before this Court. At that hearing, Defendant waived his rights to further proceedings in the arresting jurisdiction. The Middle District of North Carolina ordered that Defendant be held pending further proceedings in the United States District Court for the District of Columbia and removed to the District of Columbia. Thereafter, Defendant agreed to appear remotely for his detention hearing before the undersigned.

　　Defendant appeared remotely before this Court from the Alamance County Detention Center in Graham, North Carolina on April 6, 2021, and was arraigned by Judge Timothy Kelly, the district judge presiding over this case. Unknown to counsel at the time, Defendant was transferred to the Grady County Jail in Chickasha, Oklahoma by the U.S. Marshals Service on April 9, 2021. Nevertheless, he appeared before the undersigned remotely from that detention facility on April 19, 2021 and on April 21, 2021. Defendant is scheduled to appear before the undersigned again tomorrow, April 22, 2021, for the conclusion of his detention hearing. To avoid the potentially

unnecessary transfer to the District of Columbia in the event the Defendant is released at the conclusion of the detention hearing, and to avoid the delays caused by the transfer which interferes with the Defendant's right to a prompt detention hearing, it is hereby

**ORDERED** that the United States Marshals Service shall keep Defendant in his current detention facility to ensure his appearance at the detention hearing scheduled before the undersigned on April 22, 2021. The United States Marshals Service shall not transport Defendant to Washington, D.C. until and unless an order to that effect is issued by this Court. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure Defendant is available for any future remote hearings.

**SO ORDERED.**

Date:  April 21, 2021

_____
G. Michael Harvey
United States Magistrate Judge