UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES DONOHOE,<br><br>Defendant. | Case No. 21-cr-175-4 (TJK) |

**ORDER**

On April 21, 2021, the undersigned issued an order directing that the U.S. Marshals Service not transport Defendant from the Grady County Jail in Chickasha, Oklahoma until a superseding order allowing Defendant's transfer be issued by this Court. On April 22, 2021, Defendant appeared remotely before this Court for the conclusion of his detention hearing and was ordered held without bond pending trial.

The parties appeared before the undersigned on April 26, 2021 for a status hearing to address where Defendant should be held pending trial or any appeal of his detention decision. At that hearing, counsel for Defendant advised that Defendant would be appealing this Court's detention order. As an appeal is anticipated, the Court declines to order that Defendant be transported to the District of Columbia at this time. The government represented during the hearing that while the U.S. Marshals Service did not object to the Defendant not being transported to the District of Columbia pending any appeal of his pretrial detention to the District Judge assigned to this case, the Marshals Service deferred to the undersigned as to whether Defendant should be held in Oklahoma or the jurisdiction of his arrest pending that appeal. Accordingly, to permit Defendant to be closer to his attorney who is located in North Carolina, and for the reasons stated during the hearing, it is hereby

**ORDERED**, that, pending the appeal of his pretrial detention to Judge Kelly, the U.S. Marshals Service transport Defendant back to a detention facility in the Middle District of North Carolina, the federal jurisdiction of Defendant's arrest. If possible, and if resources so allow, the Court requests that Defendant be detained in the Alamance County Detention Center in Graham, North Carolina, which is near his counsel and where he was detained immediately after his arrest and prior to his transfer to Oklahoma. It is

**FURTHER ORDERED** that the counsel appear before the undersigned on May 3, 2021 at 3:30 p.m. to advise the Court of the status of Defendant's appeal. Defendant's presence has been waived for this hearing, so the U.S. Marshals Service shall not delay his transfer to the Middle District of North Carolina so that he can appear for that hearing.

**SO ORDERED.**

Date: April 28, 2021

_____
G. Michael Harvey
United States Magistrate Judge