# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-175
)
CHARLES DONOHOE )

## NOTICE OF APPEAL

Name and address of appellant:  Charles Donohoe
Orange County Jail
125 Court St
Hillsborough, NC 27278

Name and address of appellant's attorney:  Lisa Costner
PO Box 15133
Winston Salem, NC 27101

Offense:   18 USC 371; 18 USC 1512, 18 USC 1752, 18 USC 1361, 18 USC 231

Concise statement of judgment or order, giving date, and any sentence:

Order of Detention Pending Trial, entered June 23, 2021

Name and institution where now confined, if not on bail:   Orange County Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

July 6, 2021        Charles Donohoe /lsc
DATE               APPELLANT    /s/ Lisa S. Costner
                   ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✓]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                         YES [ ]   NO [✓]
Has counsel ordered transcripts?                               YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES [ ]   NO [✓]