# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | EXHIBITS FILED UNDER SEAL |
| v. : | |
| : | Case Number 21-cr-175-4 (TJK) |
| CHARLES DONOHOE, : | |
| : | |
| Defendant. : | |

## UNITED STATES' NOTICE OF THE FILING OF EXHIBITS UNDER SEAL

The United States of America hereby gives notice that, in accordance with the Court's Minute Order of July 8, 2021 (the "Minute Order"), the United States has filed herewith entirely unredacted versions of the exhibits identified in its filing at ECF 110 (i.e., *Nordean_00000001 – 3, Nordean_00000124 – 138, Nordean_00000622 – 645, Nordean_00001332 – 1342, and Nordean_00001400 – 1413*). In accordance with the Minute Order, the unredacted versions of the exhibits have been filed under seal.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/  Jason McCullough
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
LUKE M. JONES
VA Bar No. 75053
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov

Date: July 12, 2021