IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | NO. 21-CR-175-3 (TJK) |
| V. : | |
| : | |
| ZACHARY REHL, DEFENDANT : | |
| : | |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the Defendant, Zachary Rehl, in the above-captioned matter.

                                       Respectfully submitted,

                                       /s/ Shaka M. Johnson
                                       Shaka M. Johnson, Esquire

                                       **Law Office of Shaka Johnson, LLC**
                                       1333 Christian Street
                                       Philadelphia, PA 19147
                                       (215) 732-7900
                                       Shaka@Shakajohnsonlaw.com