# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | NO. 21-CR-175-3 (TJK) |
| V. : | |
| : | |
| ZACHARY REHL, DEFENDANT : | |
| : | |

## ORDER

**AND NOW,** this _____ day of _____, 2021, the Court, being advised that the undersigned defense counsel and the defendant needs additional time to prepare, and the Court being further advised that the Government does not object to this request, concludes that the ends of justice are served by granting the Continuance of the Status Date.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A),(B), it is hereby ordered that Defendant's Unopposed Motion for a Continuance is hereby **GRANTED**, and that the Status Hearing in this matter shall commence on or after September 21, 2021 to be determined by the Court.

BY THE COURT:

_____
HONORABLE TIMOTHY J. KELLY
Judge, United States District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | NO. 21-CR-175-3 (TJK) |
| V. : | |
| : | |
| ZACHARY REHL, DEFENDANT : | |
| : | |

## **DEFENDANT ZACHARY REHL'S UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW, Defendant Zachary Rehl, by and through his attorney, Shaka M. Johnson, Esquire, and requests a continuance of the Status date. The Government does not oppose this request. In support of the instant motion, the defendant avers as follows:

1. He is the defendant in the above-captioned case.

2. A Status Hearing in this matter is presently scheduled for July 28, 2021 at 10:00 AM before the Honorable Timothy J. Kelly.

3. Undersigned counsel for Zachary Rehl will not be prepared to proceed with the Status Hearing, as additional time is needed to confer with the Government.

4. Undersigned counsel is in ongoing conversations with Assistant United States Attorney Luke Jones regarding developments in this case. It is Undersigned counsel's belief that the matter can be better addressed following the conclusion of these discussions, as there are no issues that need to be addressed with the Court at this time, for purposes of the scheduled status hearing.

5. Undersigned counsel has spoken to Assistant United States Attorney Luke Jones, and the Government does not object to this request.

**WHEREFORE**, for the reasons set forth above, Defendant, Zachary Rehl, by and through undersigned counsel, respectfully asks this Court to grant this Motion for a Continuance.

DATED: July 26, 2021

                                    Respectfully submitted,

                                    /s/ Shaka M. Johnson
                                    Shaka M. Johnson, Esquire

                                    **Law Office of Shaka Johnson, LLC**
                                    1333 Christian Street
                                    Philadelphia, PA 19147
                                    (215) 732-7900
                                    Shaka@Shakajohnsonlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **NO. 21-CR-175-3 (TJK)** |
| **V.** : | |
| : | |
| **ZACHARY REHL, DEFENDANT** : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Shaka M. Johnson, counsel for Zachary Rehl, hereby certify that on this 26th day of July 2021, I caused a true and correct copy of the instant Motion for a Continuance to be served via the Court's electronic notification system and email upon:

>Katrina Harris
>Courtroom Deputy to the Honorable Timothy J. Kelly
>U.S. District Court for the District of Columbia
>333 Constitution Avenue, NW
>Washington, DC  20001
>Katrina_Harris@dcd.uscourts.g

>Luke Jones, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>555 4th St NW
>Washington, DC 20530
>luke.jones@usdoj.gov

>/s/ Shaka M. Johnson
>Shaka M. Johnson, Esquire
>
>**Law Office of Shaka Johnson, LLC**
>1333 Christian Street
>Philadelphia, PA 19147
>(215) 732-7900
>Shaka@Shakajohnsonlaw.com