IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-CR-175-3 (TJK) |
| v.       : | |
| : | |
| ZACHARY REHL  : | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, SHAKA M. JOHNSON, ESQUIRE to file the within Motion for Leave to Withdraw as Counsel for Defendant Zachary Rehl as follows:

1. On or about March 19, 2021, the surety for Defendant retained for legal services in the above-captioned case.

2. Following the arraignment, detention hearing, and subsequent detention hearing before this Court, the surety has advised that she is unable to fund the legal services moving forward.

3. The Defendant has been detained in custody and is without sufficient means to fund his legal representation without the help and support of his family.

4. The undersigned is unable to continue representing the Defendant without payment for legal services to be rendered, as the discovery in this matter is voluminous and will require extensive preparation, research, and travel to properly represent the Defendant in this matter.

5. A succeeding attorney is not known at this time.

6. The Defendant, through his surety requested that we withdraw from this matter, so that he could apply for the public defender.

7. A copy of this Motion is also being served on the Defendant via First-Class Mail.

**WHEREFORE**, Shaka M. Johnson, Esquire respectfully request that this Court grant his Motion to Withdraw as Counsel and grant him leave to withdraw his appearance for Zachary Rehl.

**DATED: April 26, 2021**

    Respectfully submitted,

    /s/ Shaka M. Johnson
    Shaka M. Johnson, Esquire

    **Law Office of Shaka Johnson, LLC**
    1333 Christian Street
    Philadelphia, PA 19147
    (215) 732-7900
    Shaka@Shakajohnsonlaw.com

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-CR-175-3 (TJK)** |
| v. | : | |
| | : | |
| **ZACHARY REHL** | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Shaka M. Johnson, Esquire, undersigned counsel for Zachary Rehl, hereby certify that on this 26th day of August 2021, I caused a true and correct copy of the instant Motion to Withdraw as Counsel to be served on the following:

>Luke M. Jones, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>District of Columbia

>Zachary William Rehl # 34945-509
>FDC Philadelphia
>Federal Detention Center
>P.O. Box 562
>Philadelphia, PA 19105

>/s/ Shaka M. Johnson
>Shaka M. Johnson, Esquire
>
>**Law Office of Shaka Johnson, LLC**
>1333 Christian Street
>Philadelphia, PA 19147
>(215) 732-7900
>Shaka@Shakajohnsonlaw.com

Dated: August 26, 2021