IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR175-4 |
| | : | |
| CHARLES DONOHOE | : | |

ENTRY OF APPEARANCE

The Office of the Federal Public Defender was appointed to represent the Defendant, CHARLES DONOHOE. Min. Ord. July 26, 2021. Assistant Federal Public Defender Ira Knight hereby enters his appearance as counsel for Mr. Donohoe. Mr. Knight should be served with any electronic or manual filings. Assistant Federal Public Defender Lisa Costner will remain lead counsel.

Respectfully submitted, this the 3rd day of September, 2021.

LOUIS C. ALLEN III
Federal Public Defender, MDNC

/s/ Ira Knight
IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 N. Elm St., Suite 410
Greensboro, NC 27401
(336) 333-5455
Ira_Knight@fd.org

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. James B. Nelson, Mr. Jason McCullough, and Mr. Luke Jones
    United States Attorney
    U.S. Department of Justice

Respectfully submitted,

    /s/ Ira Knight
    IRA KNIGHT
    Assistant Federal Public Defender