AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00175-TJK-3 |
| ZACHARY REHL combined with ETHAN NORDEAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZACHARY REHL                                                                                                  .

Date:   09/06/2021

/s/ Jonathon A. Moseley
*Attorney's signature*

Jonathon A. Moseley, VSB #41058 DC # VA005
*Printed name and bar number*

5765-F Burke Centre Parkway, #337
Burke, Virginia 22015

*Address*

contact@jonmoseley.com
*E-mail address*

(703) 656-1230
*Telephone number*

(703) 656-1230
*FAX number*