# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Case No. 1:21-cr-195 ) |
| ETHAN NORDEAN, et al., | ) **Judge Timothy J. Kelly** ) |
| Defendants. | ) ) ) |

## DEFENDANT NORDEAN'S NOTICE OF SUBMISSION OF VIDEO CLIP EVIDENCE

Defendant Ethan Nordean, through his counsel, files this notice that, on September 7, 2021, he submitted directly to chambers via Dropbox two .mp4 files entitled: (1) "Block Video A 9 7 21" and (2) "Block Video B 9 7 21."

The files are shortened versions of video clips produced by the government on August 31. The videos were extracted from a device seized from the home of Eddie Block in January 2021.

Dated: September 7, 2021                     Respectfully submitted.

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869

*Counsel to Nordean*

1

**Certificate of Service**

I hereby certify that on the 7th day of September, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    Jim Nelson
    Assistant United States Attorney
    555 4th Street, N.W., Room 4408
    Washington, D.C. 20530
    (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

    /s/ David B. Smith
    David B. Smith, D.C. Bar No. 403068
    David B. Smith, PLLC
    108 North Alfred Street, 1st FL
    Alexandria, Virginia 22314
    (703) 548-8911 / Fax (703) 548-8935
    dbs@davidbsmithpllc.com