IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Complainant,<br>   v.<br><br>ZACHARY REHL<br><br>(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)<br><br>               Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

**NOTICE OF ACCUSED ZACHARY REHL'S
COVERAGE UNDER PRIOR PROTECTIVE ORDER**

Comes now the Accused ZACHARY REHL, by newly-appointed counsel, and hereby acknowledges that the Court has entered a protective order in this case and that new counsel is aware of the protective order. Newly-appointed counsel acknowledges and agrees that the protective order covers the Accused ZACHARY REHL and his counsel, including his newly-appointed counsel.

The undersigned counsel is aware of some disagreements – as is probably quite common in the usual case – about whether certain videos or document should or should not be covered by the protective order and parties in this and other cases may be pursuing the process for testing applicability.

However, counsel agrees that his client and he as counsel are bound by the protective order and will respect the Protective Order in the first instance and the Court's decisions on any questions about applicability to a particular document or video or the like.

Dated:  September 13, 2021

                                          RESPECTFULLY SUBMITTED

                                          <u>/s/ Jonathon Alden Moseley</u>
                                          Jonathon Alden Moseley, Esq.
                                          Jonathon Moseley, Attorney at Law
                                          DC Bar No. VA005
                                          Virginia State Bar No. 41058
                                          5765-F Burke Centre Parkway, PMB #337
                                          Burke, Virginia 22015
                                          Telephone:  (703) 656-1230
                                          Contact@JonMoseley.com
                                          Moseley391@gmail.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

                         **Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

/s/ Jonathon Moseley, Esq.