UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

           v.                                  Case No.  21-CR-175-2

**JOSEPH RANDALL BIGGS,**              Judge Timothy J. Kelly

      **Defendant.**

### NOTICE OF JOINING MOTION TO RECEIVE
### SEPTEMBER 13, 2021 BAIL HEARING TRANSCRIPT

Defendant Joseph Biggs by undersigned counsel files this Notice of joining defendant Ethan Nordean's Motion to Receive Bail Hearing Transcript.  Nordean's motion was filed today at ECF No. 164.  Biggs' counsel has formally ordered the September 13, 2021 transcript, and has also spoken with court reporter Timothy Miller about needed steps to obtain it. Biggs and his counsel are obligated to protect the sealed portion of the September 13, 2021 transcript under a Protective Order Governing Discovery (ECF No. 83) each signed (ECF No. 105) and docketed May 4, 2021.

                                          Respectfully submitted,

                                          J. DANIEL HULL
                                          COUNSEL FOR DEFENDANT JOSEPH BIGGS

Dated: September 14, 2021        By: */s/ John Daniel Hull*
                                          J. DANIEL HULL
                                          DC Bar No. 323006
                                          Hull McGuire PC
                                          1420 N Street, N.W.
                                          Washington, D.C.  20005
                                          202-429-6520
                                          619-895-8336
                                          jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 14, 2021, he served a true and correct copy of the forgoing Notice of Joining Motion to Receive September 13, 2021 Bail Hearing Transcript via Electronic Case Filing (ECF) system upon counsel for the government and all counsel of record.

> By: */s/ John Daniel Hull*
> J. DANIEL HULL
> DC Bar No. 323006
> Hull McGuire PC
> 1420 N Street, N.W.
> Washington, D.C.  20005
> 202-429-6520
> 619-895-8336
> jdhull@hullmcguire.com