## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Complainant,<br>     v.<br><br>ZACHARY REHL<br><br>(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)<br><br>          Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

### ZACHARY REHL'S OPPOSITION TO
### PROSECUTION'S MOTION FOR TRANSFER ORDER

Comes now the Accused ZACHARY REHL, by counsel, and hereby files this Opposition to the Prosecution's Motion for a Transfer Order, which asked for ZACHARY REHL to be held in custody and moved to the District of Columbia. For his reasons he files the corresponding Memorandum of Law, by counsel:

ZACHARY REHL argues, by counsel, that there is no pressing need for ZACHARY REHL to be transferred from the Philadelphia Detention Center to the District of Columbia, at least not at this time. No need has been identified in the motion. A transfer would cause negative consequences for a pre-trial detainee presumed innocent, both personal and in preparation of his legal defense. There seem to be only disadvantages to a transfer at this time. The Motion should be either denied or postponed by the Court. A transfer order would at the least be premature.

Dated: September 18, 2021

RESPECTFULLY SUBMITTED

/s/ Jonathon Alden Moseley
Jonathon Alden Moseley, Esq.
Jonathon Moseley, Attorney at Law
DC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 18, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

_____
Jonathon Moseley, Esq.