UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case Number 21-cr-175 (TJK) |
| ETHAN NORDEAN *et al.*, : | |
| : | |
| Defendants. : | |

**UNITED STATES' RESPONSE TO DEFENDANTS' NOTICE OF INFORMATION RELEVANT TO BAIL PROCEEDINGS**

On September 19, 2021, defendant Ethan Nordean filed a notice of information "relevant to bail proceedings," alleging that the government engaged in misconduct relating to co-defendant Zachary Rehl (ECF No. 174). On September 20, 2021, defendant Joseph Biggs joined that notice. (ECF No.175).

The allegations of government misconduct are false. It would be improper for the government to address these allegations with counsel for defendants Nordean or Biggs, neither of whom represent defendant Rehl, or to address them further in a public filing. Defendant Rehl is represented by counsel, with whom the government has conferred regarding these allegations.

Contrary to defendant Nordean's suggestion (ECF No. 174 at 4-7), the allegations have no bearing on his or defendant Biggs' pending motions to reopen bail hearings. Moreover, the allegations are spurious and should not be countenenced by the Court.

                    Respectfully submitted,

                    CHANNING D. PHILLIPS
                    Acting United States Attorney
                    DC Bar No. 415793

By:    */s/ Luke M. Jones*
                    LUKE M. JONES
                    VA Bar No. 75053
                    JASON B.A. MCCULLOUGH
                    D.C. Bar No. 998006; NY Bar No. 4544953
                    Assistant United States Attorneys
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-7066
                    Luke.Jones@usdoj.gov