UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175 |
| | ) |
| ETHAN NORDEAN, et al., | ) District Judge Timothy J. Kelly |
| | ) |
| Defendants. | ) |

### DECLARATION OF HENDRIK BLOCK

I, HENDRIK "EDDIE" BLOCK, a resident of the State of California, hereby declare under penalty of perjury that the following is true and correct:

1. On January 6, 2021, I walked from the Washington Monument to the U.S. Capitol, filming members of the Proud Boys group along the way with a GoPro action camera.

2. I understand that, on September 20, the government submitted one of my clips to the Court in the above-captioned case, filmed by the food trucks near the Frances Perkins Building in Washington, D.C. on January 6. On the date of this declaration I reviewed that clip and recall the moment it captures.

3. It is my understanding that the government represented to the Court that the clip depicts me "hurriedly removing [myself] from a conversation involving Mr. Nordean while commenting, 'I better get out of here. You guys are talking stuff I don't want to hear.'"

4. The government seems to be insinuating that I turned my wheelchair away from Rufio's conversation to avoid hearing something bad about the "conspiracy" to commit the "insurrection." The government is wrong.

5. I was livestreaming online the group's march around the National Mall that day.

1

If I had streamed the group's comments in real time about where we were headed next, people who wanted to find us to start a fight, like Antifa, could easily do so. I turned my camera away from Rufio's conversation because I did not want those kinds of people to ambush us with knowledge of where we were headed.

    6.    Neither in that filmed moment nor in any other that day did I hear Rufio say that the plan was to jump barriers at, or enter, the Capitol.

Executed on September 21, 2021.

Respectfully submitted,

*Hendrik Block*
Hendrik Block