UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                                          Case No.  21-CR-175-2

**JOSEPH RANDALL BIGGS,**                Judge Timothy J. Kelly

      **Defendant.**

## BIGGS' SECOND AND FINAL SUPPLEMENT TO MOTION TO REOPEN HEARING AND FOR RELEASE FROM DETENTION

Defendant Joseph Randall Biggs ("Biggs"), by undersigned counsel, files this second and final Supplement to his Motion to Reopen (ECF No. 137) under 18 U.S.C. Section 3142 (f):

### Feasible Additional Home Release Restrictions

Between January 20 and April 22, and without objection until March 20, defendant Biggs served a strict-conditions home detention release. Biggs here repeats and underscores past suggestions of defense counsel that a future home detention release could additionally minimize the risk of any perceived forward-looking public dangerousness if the release were combined with regimes of (1) 24-hour real time video monitoring at his Florida residence, (2) a requirement of no public internet-capable devices at the residence and (3) a "walling off" of the residence from public internet or other public portals. These features are feasible, effective, and inexpensive.

                                        Respectfully submitted,

                                        Counsel for Joseph R. Biggs

Dated: September 27, 2021        By: _/s/ John Daniel Hull_
                                        J. DANIEL HULL
                                        DC Bar No. 323006
                                        HULL MCGUIRE PC
                                        1420 N Street, N.W.
                                        Washington, D.C.  20005
                                        202-429-6520/619-895-8336
                                        jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 27, 2021, he served a true and correct copy of the forgoing Supplement via Electronic Case Filing (ECF) system upon counsel for the government and all counsel of record.

By: /s/ *John Daniel Hull*
J. DANIEL HULL
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
202-429-6520/619-895-8336
jdhull@hullmcguire.com