IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Complainant,<br>   v.<br><br>ZACHARY REHL<br><br>*(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)*<br><br>         Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

### ZACHARY REHL's MOTION FOR WAIVER OF MOTION FORMATTING RULES UNDER LOCAL RULES

Comes now the Accused ZACHARY REHL, by counsel, and hereby files this motion for waiver of local rules as to the formatting of his Renewed Motion For Release Of Accused Zachary Rehl From Pre-Trial Detention And Motion To Re-Open Detention Hearing, ECF Dkt. # 190, 191, 192, and for his grounds states as follows:

Local Rule 7 "Motions" (a) requires that:

 (a) STATEMENT OF POINTS AND AUTHORITIES.

Each motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts. If a table of cases is provided, counsel shall place asterisks in the margin to the left of those cases or authorities on which counsel chiefly relies.

For ZACHARY REHL's Renewed Motion For Release Of Accused Zachary Rehl From Pre-Trial Detention And Motion To Re-Open Detention Hearing the length and complexity requires a table of contents and table of authorities.

However, at the same time ZACHARY REHL has been in pre-trial detention since his arrest in March 2021.  When a Defendant is incarcerated, the priority of the Defendant, his family, his counsel and hopefully the Court is to fully consider any grounds for pre-trial release that may apply.  Given the complexity of this case and the record so far, and the time counsel has needed to get to just this early point in digesting all of the record, the *Brady* disclosures and the history, counsel believes that his motion concerning bail comes late already, and that further time to refine, polish, and better present REHL's motion for pre-trial release would come at the expense of REHL remaining incarcerated.

It has often been said by many great authors and scholars, "I would have written you a shorter letter, but I didn't have enough time [to make it shorter]."

THEREFORE, REHL by counsel requests that the Court either (a) allow counsel to submit a table of contents and table of authorities as a supplement document, (b) allow counsel to file an amended version to include the table of contents and table of authorities, or (c) waive the requirement for those tables, and (d) accept the long Motion, although counsel interprets the rules as allowing 45 pages, but out of an abundance of caution, counsel requests acceptance under these circumstances.

Dated:  October 1, 2021               RESPECTFULLY SUBMITTED
                                       ZACHARY REHL, by counsel,

                                       Jonathon A. Moseley, Esq.

                                       USDCDC Bar No. VA005
                                       Virginia State Bar No. 41058
                                       Mailing address only:
                                       5765-F Burke Centre Parkway, PMB #337
                                       Burke, Virginia 22015

Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

**CERTIFICATE OF CONSULTATION**

The Government has in the past for ZACHARY REHL and for all of the Defendants in this group of Defendants in this case opposed the release of any of these Defendants from pre-trial detention, for some Defendants repeatedly and vigorously.  Counsel for REHL therefore believes that the Government's position is clear, and that delay for consultation would be futile and moot.

Jonathon A. Moseley, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to the prosecution for distribution internally to all counsel involved for the proseuction.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7066
(202) 616-8470 (fax)
ahmed.baset@usdoj.gov

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 252-7233
jason.mccullough2@usdoj.gov

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
(202) 252-6986
james.nelson@usdoj.gov

                                                                          _____
                                                                          Jonathon Moseley, Esq.