# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case Number 21-cr-175 (TJK) |
| ETHAN NORDEAN, : | |
| : | |
| Defendants. : | |

### GOVERNMENT'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANT NORDEAN'S MOTION REGARDING SENSITIVITY DESIGNATION AS TO U.S. CAPITOL POLICE SURVEILLANCE VIDEO

On September 30, 2021, the Court Ordered the Government to file a status report by October 7, 2021, in which the Government would address whether the videos at issue in Nordean's Motion to Remove Sensitivity Designation (ECF 129) have been released, if other footage from the same cameras has been released, and whether the Government still opposes the release of the videos at issue in Defendant's Motion.

The Government respectfully requests a one-day extension to respond to the Court's Order. The additional day will allow the Government time to obtain the required approvals to answer the questions posed by the Court. If granted, the Government will submit its response on October 8, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  */s/ Jason McCullough*
LUKE M. JONES
VA Bar No. 75053
JASON B.A. MCCULLOUGH

D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov