IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Complainant,<br>　v.<br><br>ZACHARY REHL<br><br><br>(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)<br><br><br>　　　　　　　Accused | Criminal Case No.<br><br>1:21-cr-00175-TJK-3 |

**ACCUSED ZACHARY REHL'S SECOND SUPPLEMENT
IN SUPPORT OF HIS RENEWED MOTION FOR RELEASE
OF ACCUSED ZACHARY REHL FROM PRE-TRIAL DETENTION
AND MOTION TO RE-OPEN DETENTION HEARING**

　　　　Comes now the Accused ZACHARY REHL, by counsel, and hereby asks leave to and files this Second Supplement to his renewed motion for release on bail from pre-trial detention, moving to reopen his detention hearing, pursuant to 18 U.S.C. § 3142(f), and for his grounds states as follows:

　　　　The one person who claims to have been the National Organizer of the "Stop the Steal movement" through events across the country and the "Stop the Steal rally" in Washington, D.C., is Ali Alexander, born Ali Abdul-Razaq Akbar.  *See* Allam, Hannah; Nakhlawi, Razzan (May 16, 2021). "Black, Brown and extremist: Across the far-right spectrum, people of color play a more visible role". <u>The Washington Post</u>, accessible at:

https://www.washingtonpost.com/national-security/minorities-far-right-visible-role/2021/05/16/e7ba8338-a915-11eb-8c1a-56f0cb4ff3b5_story.html

> The mob that stormed the U.S. Capitol on Jan. 6 was overwhelmingly White,[1] but the official speaker lineup for the rally that day was more diverse.
>
> Vernon Jones, a Black former Georgia state lawmaker, and Katrina Pierson, a Black adviser and former spokeswoman for the Trump campaign, were among the speakers parroting the baseless assertion that the 2020 election was stolen from Trump. **Another familiar face was main rally organizer Ali Alexander, born in Texas as Ali Abdul-Razaq Akbar, of mixed Black American and Middle Eastern descent.**

*Id. (emphasis added).*

Ari Alexander is – as far as Defendant Zachary Rehl knows – entirely innocent of the crimes committed on January 6, 2021. Surely, the FBI is busy identifying and charging those who actually attacked police officers. We are confident that the FBI will complete that important task of bringing to justice those who actually battled with police before silencing parents who are petitioning for the redress of grievances in school board meetings, thus alienating suburban mothers.

However, without undermining Alexander for exercising his rights as a citizen, the one person who **_CLAIMS_** credit for organizing the "Stop the Steal" rally and movement including in Washington, D.C. on January 6, 2021,[2] is being basically ignored while Zachary Rehl who **_DID_**

---

[1] Even The Washington Post occasionally swerves into the truth, but even then can't resist distortion: Of course, the U.S. population is 60% White, its lowest point in U.S. history but still "**overwhelmingly White**" for better or worse. Any crowd that reflects the U.S. population should not be commented upon in racial terms. Photographs and videos of the January 6, 2021, rally are filled with Vietnamese flags and flags of other Asian nations and of tens of thousands of Asian Americans protesting for Donald Trump because of Trump's push back against the Chinese Communist Party. It is intellectually dishonest to suggest something wrong any time a crowd roughly corresponds to the racial composition of the country.

[2] Then President Donald Trump had 83 to 86 million followers on Twitter alone while promoting the January 6, 2021, demonstrations. He was standing against the slow-motion decay of our democracy, in which Democrats still have not admitted that the 2016 Presidential election wasn't stolen from Hillary Clinton, and Democrats lionize Stacy Abrams who still thinks she was elected Governor of Georgia in 2018, and Congresswoman Eleanor Holmes Norton just yesterday in a congressional hearing praised Al Gore for **_NOT_** contesting the 2000 Presidential election. *See, Bush v. Gore*, **531 U.S. 98 (2000),** which ordered a halt to dozens of election lawsuits and County by County recounts in Florida. Yet while the political class flip-flops positions for transitory advantage, Rehl should not be sitting in jail awaiting trial for merely showing up at a demonstration and peacefully poking his head inside the People's House to see what was going on long after the Joint Session of Congress had recessed.

***NOT*** organize anyone or anything but himself, and tell his friends that he would be there, too, is sitting in a jail cell for things he did not do.  Zachary Rehl did not get to see his child being born while being locked up since March.  His wife with a newborn is struggling to arrange a forbearance on the mortgage on their modest rowhouse.

*See,* video interview with Ali Alexander, with Jenny Chang, "Ali Alexander on What Will Happen on January 6," NTD News, December 31, 202, *htttps://www.ntd.com/ali-alexander-on-what-will-happen-on-january-6_547084.html.*  Ari Alexander is presented as the "National Organizer of 'Stop the Steal.'



Without question, some idiots and brawlers also showed up who committed criminal acts of brawling with police, apparently initiated violent assaults on police, and reportedly (though counsel has not seen it directly) there were calls before the rally that were for a variety of violent acts that are not peacefully expressing a message under the First Amendment.

This is why Zachary Rehl has been a persistent activist for "Back the Blue," including as the son and grandson of police officers in Pennsylvania.



The government argues that Zachary Rehl might do again what he never did.  However, Rehl does not have a Twitter account with 86 million followers.  He also does not have an organization like Ari Alexander's "Stop the Steal" nor a national media campaign like Alexander such as on NTD TV.

Dated:  October 8, 2021            RESPECTFULLY SUBMITTED
                                   ZACHARY REHL, *By Counsel*

                                   Jonathon A. Moseley, Esq.

                                   USDCDC Bar No. VA005
                                   Virginia State Bar No. 41058
                                   Mailing address only:
                                   5765-F Burke Centre Parkway, PMB #337
                                   Burke, Virginia 22015
                                   Telephone:  (703) 656-1230
                                   Facsimile:  (703) 997-0937
                                   Contact@JonMoseley.com
                                   Moseley391@gmail.com

*Jonathon A. Moseley,* signature

Jonathon A. Moseley, Esq.

Mr. Damon Hewitt, Esq.
Jon Greenbaum, Esq., D.C. Bar No. 489887
Edward G. Caspar, Esq., D.C. Bar No. 1644168
David Brody, Esq., D.C. Bar No. 1021476
Arusha Gordon, Esq., D.C. Bar No. 1035129
Noah Baron, D.C. Esq., Bar No. 1048319
Adonne Washington Esq.,
Lawyers' Committee for Civil Rights Under Law
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jgreenbaum@lawyerscommittee.org
dhewitt@lawyerscommittee.org
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org
nbaron@lawyerscommittee.org
awashington@lawyerscommittee.org
*Legal Co-Counsel for Plaintiffs*

Mr. Robert C Buschel, Esq.
BUSCHEL & GIBBONS, P.A.
501 East Las Olas Boulevard, Suite 304
Fort Lauderdale, Florida 33301
Telephone: 954-530-5748
Buschel@bglaw-pa.com
*Legal Counsel for Defendant Roger Stone*

Juli Zsuzsa Haller, Esq.
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW, Suite 900
S. Building
Washington, DC 20036
Telephone: 202-352-2615
hallerjulia@outlook.com
*Legal Counsel for Kelly Meggs*

5

Stephen R. Klein, Esq.
BARR & KLEIN PLLC
1629 K Street NW, Suite. 300
Washington, DC 20006
Telephone: 202-804-6676
steve@barrklein.com
*Legal Counsel for Brandon J. Straka*

Nicholas D. Smith
DAVID B. SMITH, PLLC
7 East 20th Street, Suite 4r
New York, NY 10003
Telephone: 917-902-3869
nds@davidbsmithpllc.com
*Legal Counsel for Felipe Antonio Martinez*

                                                        Jonathon A. Moseley, Esq.