# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case Number 21-cr-175 (TJK)** |
| **ETHAN NORDEAN,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S STATUS REPORT REGARDING SENSITIVITY DESIGNATION AS TO U.S. CAPITOL POLICE SURVEILLANCE VIDEO

On September 30, 2021, the Court ordered the government to file a status report that set forth its position as to the removal of the sensitivity designation for the four videos at issue in Nordean's Motion (at ECF 129) to Remove Sensitivity Designation From Certain Capitol Videos Produced in Discovery. The government responds as follows: the government does not oppose Nordean's Motion to Remove Sensitivity Designation for the four videos at issue.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     */s/ Jason McCullough*
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
LUKE M. JONES
VA Bar No. 75053
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov