# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-cr-175 (TJK) |
| : | |
| **ETHAN NORDEAN, et. al.** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and counsel that Assistant United States Attorney Erik M. Kenerson will substitute as counsel of record for Assistant United States Attorney James Nelson in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  /s/ *Erik M. Kenerson*
Erik M. Kenerson
Ohio Bar No. 82960
Assistant U.S. Attorney
National Security Section, Room 11-909
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Erik.Kenerson@usdoj.gov
(202) 252-7201