UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-175-TJK |
| ETHAN NORDEAN, et al., | ) |
| Defendants. | ) |

**DECLARATION OF JUDY NORDEAN**

I, JUDY NORDEAN, a resident of the State of Washington, hereby declare under penalty of perjury that the following is true and correct:

1. I am the mother of Ethan Nordean. On August 8 and 10, my son filed sworn declarations by Michael Nordean, my husband. Mike offered a bond of $1 million cash, which constitutes the bulk of his life savings. He added that he made the pledge without fear of loss because he knows that Ethan will honor the terms of his release. ECF No. 139.

2. My husband and I maintain a residence within a block's distance from the home where Ethan resided during his previous pretrial release on strict conditions.

3. If Ethan's renewed bail motion is granted, my husband and I make the following additional commitments to the Court.

4. My husband and I will remain at our aforementioned residence throughout the entire length of Ethan's release on conditions. We will conduct daily in-person visits to Ethan's home-detention residence, both in the morning and the evening, to ensure that all bail conditions are being satisfied. We commit that at least one or both parents will conduct these visits.

5. We additionally commit to filing any signed reports the Court may require to ensure

1

Ethan's home-detention residence, both in the morning and the evening, to ensure that all bail conditions are being satisfied. We commit that at least one or both parents will conduct these visits.

5.  We additionally commit to filing any signed reports the Court may require to ensure satisfaction of all bail conditions and to document our monitoring schedule.

6.  We will maintain these commitments throughout the length of Ethan's pretrial release on conditions.

7.  From my conversations with Ethan and his wife, I understand that my son has been receiving meager portions of food in jail for weeks that leave him hungry and unable to focus.

Respectfully submitted,

Executed on November 3, 2021
Seattle, Washington

*Judy Nordean*
Judy Nordean

2