IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Complainant,**<br>      v.<br><br>**ZACHARY REHL**<br>**(Styled as <u>USA v. NORDEAN</u> incorporating cases against four Defendants collectively)** | **Criminal Case No.**<br>**1:21-cr-00175-TJK-3** |

### <u>ZACHARY REHL'S</u><br><u>REQUEST FOR SCHEDULING HEARING, ARGUMENT, AND DECISION ON</u><br><u>MOTION FOR GRAND JURY INFORMATION</u>

COMES NOW the Defendant Zachary Rehl, by counsel, and requests that the Court scheduled a hearing, oral argument, and decision upon Zachary Rehl's **Motion For Discovery Of Grand Jury Proceedings.**

### REQUEST FOR ORAL ARGUMENT

Defendant Zachary Rehl, by counsel, requests oral argument upon the motion.

_____
Jonathon Moseley, Esq.

Dated:  November 23, 2021            RESPECTFULLY SUBMITTED
                                                              KELLY MEGGS, *By Counsel*


Jonathon A. Moseley, Esq.

>USDCDC Bar No. VA005
>Virginia State Bar No. 41058
>Mailing address only:
>5765-F Burke Centre Parkway, PMB #337
>Burke, Virginia 22015
>      Telephone:  (703) 656-1230
>**Contact@JonMoseley.com**
>**Moseley391@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.