# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
**Complainant,**
                              **v.**

**ZACHARY REHL**
**(Styled as** <u>**USA v. NORDEAN**</u> **incorporating**
**cases against four Defendants collectively)**

**Criminal Case No.**
**1:21-cr-00175-TJK-3**

### ZACHARY REHL'S
### REQUEST FOR SCHEDULING HEARING, ARGUMENT, AND DECISION ON
### MOTION FOR GRAND JURY INFORMATION

COMES NOW the Defendant Zachary Rehl, by counsel, and requests that the Court

scheduled a hearing, oral argument, and decision upon Zachary Rehl's **Motion For Discovery**

**Of Grand Jury Proceedings.**

### REQUEST FOR ORAL ARGUMENT

Defendant Zachary Rehl, by counsel, requests oral argument upon the motion.

Jonathon Moseley, Esq.

Dated:  November 23, 2021

RESPECTFULLY SUBMITTED
ZACHARY REHL, *By Counsel*

<u>/s/ Jonathon Alden Moseley</u>
Jonathon Alden Moseley, Esq.
DC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
     Telephone:  (703) 656-1230  Fax: (703) 997-0397
**Contact@JonMoseley.com**
**Moseley391@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s).  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Mr. Luke Matthew Jones, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, DC 20530
Telephone:  (202) 252-7066  Facsimile:  (202) 616-8470
**ahmed.baset@usdoj.gov**

**Mr. Jason Bradley Adam McCullough, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
Telephone:  (202) 252-7233
**jason.mccullough2@usdoj.gov**

**Mr. James B. Nelson, Esq.**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW, Room 4112
Washington, DC 20530
Telephone: (202) 252-6986
**james.nelson@usdoj.gov**

Jonathon Moseley, Esq.