# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) </br> ) |
| v. | ) Case No. 1:21-cr-175-TJK </br> ) |
| ETHAN NORDEAN, et al., | ) </br> ) |
| Defendant. | ) </br> ) |

## NOTICE THAT DEFENDANT NORDEAN HAS BEEN CONFINED IN THE SHU WITHOUT EXPLANATION

Defendant Nordean, through his counsel, submits this notice to inform the Court about his current conditions of confinement in pretrial incarceration. At some point last week, Nordean was removed from the general inmate population in FDC SeaTac—where he has been incarcerated for the past eight months—and placed in a Special Housing Unit (SHU), i.e., solitary confinement. Counsel understands that Nordean has been held in solitary confinement 24 hours a day through the date of this filing with the exception of a few minutes to make a single phone call. Counsel understands that Nordean has been given no explanation for his placement in the SHU and counsel has been unable to obtain one.

Dated: December 8, 2021                                        Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC

1

7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Nordean*

### Certificate of Service

I hereby certify that on the 8th day of December 8, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com