UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175-3 (TJK) |
| | : | |
| ZACHARY REHL, | : | |
| | : | |
| Defendant. | : | |

**JOINT REPORT REGARDING MOTIONS FILED BY PRIOR COUNSEL**

During the status hearing on December 14, 2021—at which time new counsel for defendant Zachary Rehl was appointed—the Court directed the parties to file a joint report to address two motions to compel (ECF 230, 234) filed by defendant Rehl's prior counsel.

The parties have conferred, and defendant Rehl, through new counsel, wishes to withdraw the pending motions (ECF 230, 234) without prejudice to re-filing such motions (or any other motions) in the future, once counsel for Mr. Rehl is able to review the discovery and pleadings filed in the case. The government does not object.[1]

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ Luke M. Jones
LUKE M. JONES
VA Bar No. 75053
ERIK M. KENERSON
OH Bar No. 82960
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066; Luke.Jones@usdoj.gov

---

[1] Mr. Rehl's counsel confirmed that the government may submit this report as a joint filing.