# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. __21-cr-175__
)
__Ethan Nordean, et al.__ )

## NOTICE OF APPEAL

Name and address of appellant:   Ethan Nordean
FDC SeaTac
2425 SOUTH 200TH STREET
SEATTLE, WA  98198

Name and address of appellant's attorney:   Nicholas D. Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Offense:   18 USC 1512(c)(2); 18 USC 1361

Concise statement of judgment or order, giving date, and any sentence:

12/14/21 Order denying motion to reopen bail proceedings; and related 12/14/21 oral Order denying motion to dismiss charges.

Name and institution where now confined, if not on bail:   FDC SeaTac

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/27/21                                        /s/ Ethan Nordean
__DATE__                                        APPELLANT

                                                *Nicholas D. Smith*
                                                ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✔]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                 YES [✔]   NO [ ]
Has counsel ordered transcripts?                       YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]