UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                        Case No. 21-CR-175-2 (TJK)

**JOSEPH RANDALL BIGGS,**
**Seminole County Jail**
**100 Eslinger Way**
**Sanford, FL 32773**
        **Defendant.**

## NOTICE OF APPEAL

Joseph Randall Biggs, by undersigned counsel, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3145, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the December 14, 2021 order denying motion for bond and to reopen detention proceeding (Docket Item 137) and related oral rulings of even date.

                      Respectfully submitted,

                      J. DANIEL HULL
                      COUNSEL FOR APPELLANT JOSEPH R. BIGGS

                      By: /s/ John Daniel Hull
                      J. DANIEL HULL
                      DC Bar No. 323006; California Bar No. 222862
                      Hull McGuire PC
                      1420 N Street, N.W.
                      Washington, D.C. 20005
                      619-895-8336
                      202-429-6520
                      jdhull@hullmcguire.com

                      Date: December 27, 2021