# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-0175-3 (TJK)
)
Zachary Rehl )

## NOTICE OF APPEAL

Name and address of appellant:   Zachary Rehl, Reg #34945-509
FDC Philadelphia
P.O. BOX 562
PHILADELPHIA, PA  19105

Name and address of appellant's attorney:   Carmen D. Hernandez
7166 Mink Hollow Rd
Highland, MD  20777

Offense:   18  U.S.C. § 371; 18  U.S.C. § 1512(c)(2); 18  U.S.C. § 231(A)(3); 18  U.S.C. § 1361 et al.

Concise statement of judgment or order, giving date, and any sentence:

Denial of bail, 12/14/21.

Name and institution where now confined, if not on bail:   FDC Philadelphia

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/28/2021

DATE

Zachary Rehl

APPELLANT

Carmen D. Hernandez

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✔]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?   YES [✔]   NO [ ]
Has counsel ordered transcripts?   YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]