UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN, | : | |
| JOSEPH BIGGS, | : | |
| ZACHARY REHL, and | : | |
| CHARLES DONOHOE, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF CORRESPONDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B)

On January 21, 2022, the Court entered a scheduling order in this cast that, among other things, directed the government to "notify the Defendants of its intention to introduce any 404(b) evidence by February 11, 2022." ECF No. 282. The government hereby notifies the Court that earlier today, it provided written notice to counsel for defendants via email, pursuant to Fed. R. Evid. 404(b), of crimes, wrongs, or acts that that the government may seek to introduce at trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Erik M. Kenerson*
ERIK M. KENERSON, OH Bar No. 82960
LUKE M. JONES, VA Bar No. 75053
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov