UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : Case Nos. | 21-CR-175-1 (TJK) |
| | : | 21-CR-175-2 (TJK) |
| ETHAN NORDEAN, | : | |
| also known as "Rufio Panman," | : | |
| | : | |
| JOSEPH BIGGS, | : | |
| DEFENDANTS. | : | |

**GOVERNMENT'S INITIAL REPORT ON THE STATUS OF THE
TRANSPORT OF DEFENDANTS TO THE DISTRICT OF COLUMBIA**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides an initial report on behalf of the United States Marshals Service ("USMS") regarding the transport to the District of Columbia of defendants Ethan Nordean and Joseph Biggs. On January 21, 2022, the Court ordered the USMS to transport defendants Nordean and Biggs to the District of Columbia (ECF 281).  On February 8, 2022, the defendants were still in their respective jurisdictions:  Ethan Nordean remained detained in Seattle, Washington, and Joseph Biggs remained detained in Seminole County, Florida.  At the status hearing on February 8, 2022, the Court ordered the government to file a detailed response by February 9, 2022, on behalf of USMS, explaining when the Court's January 21, 2022, order would be complied with. On February 9, 2022, the Court granted the government a two-day extension to February 11, 2022.

In the interim period, counsel for the government has worked diligently to ascertain that information.  Based on representations from USMS personnel, the government understands that defendant Nordean's movement will begin on or around February 25, 2022.  The USMS reports

that defendant Nordean should be present in the District of Columbia in advance of the March 8, 2022, hearing.

With respect to defendant Biggs, the government understands that his movement will begin on or around February 23, 2022. The government expects that defendant Biggs will also be present in the District of Columbia in advance of the March 8, 2022, hearing, but is awaiting confirmation of that fact from USMS.

As the Court knows, prisoner movement is a complex process, and the current protocols related to COVID-19 have further complicated prisoner movement. The USMS is aware of the Court's January 21, 2022, order, and is also aware that the next status date in this case is scheduled for March 8, 2022. The government intends to provide a further status update next week regarding confirmation from the USMS that defendant Biggs is scheduled to arrive prior to the next status.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

    */s/ Luke M. Jones*
    LUKE M. JONES, VA Bar No. 75053
    ERIK M. KENERSON, OH Bar No. 82960
    JASON B.A. MCCULLOUGH
    D.C. Bar No. 998006; NY Bar No. 4544953
    Assistant United States Attorneys
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-7066
    Luke.Jones@usdoj.gov