UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                      Case No. 1:21-cr-175-TJK

JOSEPH R. BIGGS, et al.

      Defendants.

### BIGGS' NOTICE OF INTENTION TO JOIN NORDEAN MOTION AT ECF 266

    Defendant Joseph Biggs notifies the Court that he intends to join the motion filed by co-defendant Nordean at ECF No. 266 under seal on December 29, 2021. Biggs and Nordean stand on equal footing in all matters covered by Nordean's sealed motion. Therefore, Biggs would ask that this Notice effectuate his joinder in ECF No. 266 or that the Court direct Biggs to file a short motion to accomplish that.

                                                  Respectfully submitted,

                                                  COUNSEL FOR JOSEPH BIGGS

Dated: February 12, 2022              By: /s/ *J. Daniel Hull*
                                                  JOHN DANIEL HULL
                                                  DC Bar No. 323006
                                                  HULL MCGUIRE PC
                                                  1420 N Street, N.W.
                                                  Washington, D.C.  20005
                                                  (202) 429-6520
                                                  jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 12, 2022 he served a true and correct copy of the foregoing Notice of Intention to Join Nordean Motion at ECF 266 upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520
jdhull@hullmcguire.com