UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case No. 21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS, et al.,

Defendants.

## MOTION TO JOIN ETHAN NORDEAN'S MOTION FILED AT ECF 266

Defendant Joseph R. Biggs, by undersigned counsel, and pursuant to the Court's minute order dated February 15, 2022, respectfully moves for leave to join the motion filed by his codefendant Ethan Nordean on December 29, 2021 and under seal at ECF No. 266. Defendants Biggs and Nordean stand in similar postures, legally and factually, for most issues presented by this January 6 proceeding. They are charged in the indictment with the same six counts, and are alleged to have engaged in similar or identical conduct on Capitol Hill that day. Further, Biggs and Nordean are recipients of overlapping pretrial discovery that often presents the same legal and evidentiary issues. Therefore, and for good cause shown, Biggs asks to join in all respects the motion filed by Ethan Nordean on December 29, 2021 at ECF No. 266.

Respectfully submitted,

COUNSEL FOR JOSEPH R. BIGGS

Dated: March 2, 2022

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520
jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 2, 2022, he served the foregoing Motion to Join Ethan Nordean's Motion Filed at ECF 266 upon all counsel of record via the Electronic Case Filing (ECF) system.

                                      By: /s/ *J. Daniel Hull*
                                      JOHN DANIEL HULL
                                      DC Bar No. 323006
                                      HULL MCGUIRE PC
                                      1420 N Street, N.W.
                                      Washington, D.C.  20005
                                      (202) 429-6520
                                      jdhull@hullmcguire.com