UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  )  ) |
| v. | ) Case No. 1:21-cr-175-TJK )  ) |
| ETHAN NORDEAN, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANT NORDEAN'S OPPOSITION TO THE GOVERNMENT'S MOTION TO CONTINUE MARCH 8, 2022 STATUS CONFERENCE**

On March 6, 2022, the government filed an under-seal motion to continue the status conferences scheduled in this matter on March 8. ECF No. 299. The Court should deny the motion, which should not have been filed under seal. LCrR 49(f)(6).

The government's stated reason for postponing the hearing is that one conference is scheduled at 10:00 a.m. for Defendants Biggs, Rehl and Donohoe while Nordean's conference is to be held at 2:00 p.m. Nordean cannot participate in the 10:00 a.m. hearing, the government represents, because he is now detained at Northern Neck Regional Jail (NNRJ), "where virtual hearings are only held between 2:00 p.m. and 4:00 p.m." ECF No. 299, p. 1.

After filing its motion, the government was advised that Nordean's presence is not required at the conference under the federal rules, Fed. R. Crim. P. 43(b)(3), and even if it were, he waives that right. Counsel for Nordean will attend the 10:00 a.m. hearing on March 8, which can therefore proceed with all parties present. There is no need for a continuance. As of the filing of this response, the government has not withdrawn its motion, as it should.

Even if Nordean's presence were required at the conference notwithstanding Rule 43 and his waiver, he would not need to attend during NNRJ's apparently limited video teleconferencing

1

hours but by dialing in. That is how Nordean has attended virtually all of the status conferences to date.

Continuing the status conference is not just unnecessary but prejudicial. Tuesday, March 15, the date proposed by the government, does not work for Nordean's counsel. It also falls only one day before the deadline set by the Court for pretrial motions. Given already pending motions and motions Nordean anticipates filing in the near future, the parties will need more than one day to coordinate with the Court regarding scheduling. One of Nordean's outstanding motions regarding the service of a trial subpoena on a witness whose statements contain *Brady* material was filed in December 2021; further delaying resolution of this issue will prejudice the defense's ability to secure the witness's essential testimony.

Then the Court must consider the government's continuous discovery productions. On February 10, the government filed a status memorandum stating that "it does not anticipate" being able to complete its discovery obligations by the May 16, 2022 trial date. ECF No. 290, p. 20. Since that time, the government has made approximately eight additional discovery productions. Its motion to continue the status conference says it "anticipates providing a further discovery update to counsel and the Court in advance of the proposed March 15, 2022 status hearing." ECF No. 299, p. 2. But it does not make sense for the government to advise the defense and Court on how close it will be to completing discovery production only one day before the parties' pretrial motions must be filed. If it appears that the government will be forced to seek a trial continuance, the defense should be notified now, before it wastes time preparing pretrial motions on the assumption they must be filed by March 16.

For all these reasons, the Court should deny the government's motion and maintain the March 8 status conference at 10:00 a.m., which will be attended by Nordean's counsel.

Dated: March 6, 2022            Respectfully submitted,

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 902-3869
nds@davidbsmithpllc.com

## Certificate of Service

I hereby certify that on the 6th day of March, 2022, I filed the foregoing opposition with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Counsel to Ethan Nordean*

3