UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 21-cr-175 (TJK) |
| v. | : UNDER SEAL |
| ETHAN NORDEAN,<br>also known as "Rufio Panman,"<br>(Counts 1, 2, 3, 4, 5, 6, 7) | : |
| JOSEPH BIGGS,<br>(Counts 1, 2, 3, 4, 5, 6, 7) | : |
| ZACHARY REHL,<br>(Counts 1, 2, 3, 4, 5, 6, 7) | : |
| CHARLES DONOHOE,<br>(Counts 1, 2, 3, 4, 5, 6, 7) | : |
| ENRIQUE TARRIO,<br>also known as "Henry Tarrio"<br>(Counts 1, 2, 3, 4, 5, 6, 7) | : |
| DOMINIC PEZZOLA,<br>also known as "Spaz,"<br>also known as "Spazzo,"<br>also known as "Spazzolini,"<br>(Counts 1, 2, 3, 4, 5, 6, 7, 8) | : |
| Defendants. | : Case: 1:21-cr-00175<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 3/7/2022<br>Description: Superseding Indictment (B)<br>Related Case: 21-cr-175 (TJK) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal the Indictment, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, the Arrest Warrant for Enrique Tarrio, the instant application to seal, and this Order are sealed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Indictment.

3. IT IS FURTHER ORDERED that the Indictment in this case be unsealed upon the government's written notification to the Court of the execution of the Arrest Warrant for Enrique Tarrio and the execution of the search warrants for his two co-conspirators.

Date: March 7, 2022

THE HONORABLE ZIA FARUQUI
UNITED STATES MAGISTRATE JUDGE