UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        v.                                    Case No.  21-CR-175-2 (TJK)

**JOSEPH RANDALL BIGGS, et al.,**

        **Defendants.**

## BIGGS' PRETRIAL DETENTION STATUS REPORT: BRIEF HISTORY, TRAVELOGUE AND CURRENT CONDITIONS

    Today defendant Joseph R. Biggs begins his twelfth month in pretrial detention.

    Biggs's initial hearing on January 20, 2021 in the U.S. District Court for the Middle District of Florida was followed by a strict conditions home release which he served with kudos over for three months. In mid-March 2021, a superseding indictment was returned based on predominantly the same January 6 breach facts.  After a detention hearing of April 6 and 20, 2021, the Court on April 21 ordered Biggs detained—based on future dangerousness—and to report back to the Florida Middle District. Biggs did so on April 22.  Between April 22, 2021 and March 3, 2022, Biggs was detained in the federal hold of the Seminole County Jail, in Sanford, Florida.

    Pursuant to an order of this Court on January 21, 2022 (ECF#381), the government was directed to transport Biggs to a Washington, D.C. jail. On March 4, 2022, Biggs was removed from custody in Florida and flown to the Grady County, Oklahoma Jail, where he remained in solitary confinement until March 11.  On March 11, he was removed from that jail and transported to the Alexandria Detention Center in Alexandria, Virginia (ADC), where he has remained since March 12 on COVID quarantine.

    Biggs just completed day 10 of a 10-day COVID quarantine in the ADC. According to jail officials, after he is tested for COVID, he will begin a 30-day administrative lockdown, a form of solitary confinement, on a trial or experimental basis.  No other details about Biggs' future pretrial

detention at ADC or the DC Main Jail are known.

        Respectfully submitted,

        COUNSEL FOR JOSEPH R. BIGGS

Dated: March 22, 2022         By: /s/ *J. Daniel Hull*
        JOHN DANIEL HULL
        DC Bar No. 323006
        California Bar No. 222862
        HULL MCGUIRE PC
        1420 N Street, N.W.
        Washington, D.C.  20005
        (202) 429-6520
        jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 22, 2022, Defendant Biggs' Status Report on Pretrial Detention was served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com