# In The United States District Court
# For The District of Columbia District

------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                                                     Criminal 21-CR-00175

          - **against** -                      **NOTICE OF <u>APPEARANCE</u>**

**ETHAN NORDEAN, ET AL.**,

                              Defendant.

------------------------------------------------------------X

MSSRS:

    Please Take Notice that the above-named Defendant, DOMINIC PEZZOLA has retained the undersigned counsel (Steven Metcalf and Martin Tankleff *via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

 Dated:  New York, New York
             March 23, 2022

                                                                        Respectfully Submitted,

| /s/ *Steven Metcalf* | /s/ *Martin Tankleff* |
|---|---|
| STEVEN METCALF, Esq. | MARTIN H. TANKLEFF, Esq, |
| *Attorney for Dominic Pezzola* | *Attorney for Dominic Pezzola* |
| **Metcalf & Metcalf, P.C**. | Metcalf & Metcalf, P.C. |
| 99 Park Avenue, 6th Flr. | 99 Park Avenue, 6th Floor |
| New York, NY 10016 | New York, NY 10016 |
| (*Office*) 646.253.0514 | (Office) 646.253.0514 |
| (*Fax*) 646.219.2012 | (Fax) 646.219.2012 |
| (*Email*) metcalflawnyc@gmail.com | (Email)  mtankleff@metcalflawnyc.com |
| (Email)  fedcases@metcalflawnyc | |