UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                                                                         Case No. 21-CR-175-2 (TJK)

**JOSEPH RANDALL BIGGS, et al.,**

      **Defendants.**

### UPDATED BIGGS' PRETRIAL DETENTION STATUS REPORT:
### HISTORY, TRAVELOGUE AND NOTICE OF CURRENT CONDITIONS

    This filing updates the pretrial detention Status Report filed for Joseph R. Biggs 3 days ago on March 22 at ECF 315. ECF 315 provided details on Biggs' jail itinerary spanning (a) his April 22, 2021-March 3, 2022 pretrial jailing at a Seminole County, Florida jail, (b) his March 4, 2022 transport from Florida and pretrial jailing through March 9 at a Grady County, Oklahoma jail and (c) his March 10, 2022 transport from Oklahoma to the Alexandria, Virginia Detention Center (ADC) for pretrial jailing about ten miles from E. Barrett Prettyman federal courthouse in Washington, D.C. On his arrival at ADC, Biggs and his lawyer were informed that after serving his quarantine period, Biggs would be placed in solitary confinement (known euphemistically at ADC as 'administrative lockdown') for 30 days. No cogent reason has ever been given for this. At approximately 9:00 pm on March 24, Biggs, as expected, was finally removed from quarantine at the ADC after testing negative for COVID. He was placed in cell 4A3 for solitary confinement for a period of 30 days. When Biggs was placed in cell 4A3 it had dried feces smeared on each of its walls and dried blood on the floor and in the wash basin left by a previous inmate who had been there for three years. Even the ADC guard who accompanied Biggs to cell 4A3 was appalled and audibly grossed-out (Guard: "Whoa! Can you believe this!") by the condition of cell 4A3. The ADC guard left Biggs in there and locked the door anyway. Biggs, as usual, said little at the time but has since cleaned up cell 4A3 on his own and made it habitable.

                                                Respectfully submitted,

                                                COUNSEL FOR JOSEPH R. BIGGS

Dated: March 25, 2022               By: /s/ *J. Daniel Hull*
                                                JOHN DANIEL HULL
                                                DC Bar No. 323006
                                                California Bar No. 222862
                                                HULL MCGUIRE PC
                                                1420 N Street, N.W.
                                                Washington, D.C.  20005
                                                (619) 895-8336 cell
                                                (202) 429-6520 office
                                                jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 25, 2022, Defendant Biggs' Status Report (Updating ECF 315 filed March 22, 2022) on Pretrial Detention was served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com