United States District Court
For the District of Columbia
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                 1: 21-CR-175 (TJK)

          - *against* -                  **NOTICE OF APPEARANCE**

ETHAN NORDEAN, ET. AL.,

              *Defendants.*
-------------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the Defendant DOMINIC PEZZOLA has retained the undersigned to represent them in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
           March 25, 2022

                                              Respectfully Submitted,

                                              */s/ Steven A. Metcalf*
                                              STEVEN A. METCALF II, ESQ.
                                              *Attorney for Dominic Pezzola*
                                              Metcalf & Metcalf, P.C.
                                              99 Park Avenue, 6th Flr.
                                              New York, NY 10016
                                              (*Office*) 646.253.0514
                                              (*Fax*) 646.219.2012

To: All Counsel (via ECF)