Case 1:21-cr-00175-TJK   Document 324   Filed 03/25/22   Page 1 of 2



**STEVEN A. METCALF II, ESQ.**, Managing Attorney\*\*\*
**NANETTE IDA METCALF, ESQ.**, Managing Attorney\*\*
**MARTIN TANKLEFF, ESQ.**, Attorney+
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**JOSEPH D. MCBRIDE, ESQ.**, *of Counsel*

March 23, 2022

Honorable Judge Kelly
United States District Court Judge
United States District Court for
The District of Columbia
333 Constitution Avenue N.W.
Washington D.C 20003

**Re**: **USA v. Nordean, et al.** , **21-CR-00175**

Your Honor:

Please Be Advised that this firm, represents defendant Dominic Pezzola in the above referenced matter. This letter is submitted in response to the Court's directive on Tuesday, March 23, 2022, and we state that the following is our position regarding the matters the Court raised:

1. We will not be prepared to proceed to trial in May 2022. We are not able to state when we will be prepared to move forward to a trial;

2. We take the position that at any future trial, due to the length of the trial and the fact that counsel does not live in DC that the trial should take place Monday-Thursday only;

\*Licensed in California
\*\*Licensed in New York and California
\*\*\*Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court
+Licensed in NY, SDNY, EDNY, DC Federal Court, DC Circuit & 2nd Circuit Court of Appeals

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 1

3. We take the position that a joint trial would be averse to our client's position and plan on filing the appropriate motion at a later date;

4. We take the position that our client cannot obtain a fair trial in DC and plan on filing the appropriate motion at a later date;

5. We have been unable to share discovery with our client as it was not provided to him at the DC jail and now he is housed a different facility where we are trying to determine ways to provide him the discovery;

6. We submit that based on the current posture of the case, and the continued incarceration of our client, that our client be granted bond;

7. That the Government should state with an affirmative position that all discovery has been turned over that they intend to use at a future trial and they have an ongoing duty to disclose *Brady* materials; and

8. That the Government state whether or not they plan to supersede this indictment with additional charges and/or defendants by the end of April, 2022.

We thank you in advance for your attention in this matter.

Respectfully submitted,

_____/s/_____
STEVEN METCALF
MARTIN TANKLEFF
**METCALF & METCALF, P.C.**
*Attorneys for Mr. Pezzola*
99 Broadway, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
fedcases@metcalflawnyc.com
mtankleff@metcalflawnyc.com
metcalflawnyc@gmail.com

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 2