UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      **Defendant.**

_____/

### NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, Enrique Tarrio, for trial purposes, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office Erik Kenerson, Luke Jones, and Jason McCollough on this 4th day of April, 2022.

      **Respectfully submitted,**

      */s/ Nayib Hassan*
      _____
      **Nayib Hassan, Esq., (Fla Bar No. 20949)**
      **Attorney for Defendant**
      **LAW OFFICES OF NAYIB HASSAN, P.A.**
      **6175 NW 153 St., Suite 209**
      **Miami Lakes, Florida 33014**
      **Tel. No.: 305.403.7323**
      **Fax No.: 305.403.1522**
      **Email Address:** *hassan@nhassanlaw.com*