UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 21-CR-175 (TJK)

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ENRIQUE TARRIO,
Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance as counsel on behalf of the Defendant, Enrique Tarrio, for trial purposes, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 4th day of April, 2022.

Respectfully submitted,
**BY: /s/Sabino Jauregui, Esq.**
Attorney for Mr. Enrique Tarrio
D.C. Bar No. 494765
Florida Bar No. 503134
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901