# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-175-TJK |
|  | ) |
| ETHAN NORDEAN, et al., | ) |
|  | ) |
| Defendants. | ) |

## JOINT NOTICE OF DEFENDANTS' TRIAL AVAILABILITY

Defendant Nordean, through his counsel, files this joint notice in response to the Court's order that the Defendants confer regarding their availability for a rescheduled trial.

Having conferred with counsel, the following Defendants are available for a trial beginning August 8, 2022:

- Defendant Nordean
- Defendant Biggs
- Defendant Rehl
- Defendant Donohoe
- Defendant Tarrio

The following Defendant is not available for trial in August 2022 and cannot provide a date by which he will be prepared to begin trial:

- Defendant Pezzola

Given the conflict with Defendants Nordean, Biggs, Rehl, Donohoe and Tarrio, on the one hand, and Defendant Pezzola, on the other, Defendants Tarrio and Pezzola should not be considered as a unit for purposes of scheduling trial, severance, or tolling under the Speedy Trial

1

Act.

Dated: April 7, 2022                                  Respectfully submitted,

                                                      /s/ David B. Smith
                                                      David B. Smith (D.C. Bar No. 403068)
                                                      108 N. Alfred St.
                                                      Alexandria, VA 22314
                                                      Phone:(703)548-8911
                                                      Fax:(703)548-8935
                                                      dbs@davidbsmithpllc.com

                                                      Nicholas D. Smith (Va. Bar No. 79745)
                                                      7 East 20th Street
                                                      New York, NY 10003
                                                      Phone: (917) 902-3869

## Certificate of Service

I hereby certify that on the 7th day of April, 2022, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

   Jim Nelson
   Assistant United States Attorney
   555 4th Street, N.W., Room 4408
   Washington, D.C. 20530
   (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                                      /s/ David B. Smith
                                                      David B. Smith, D.C. Bar No. 403068
                                                      David B. Smith, PLLC
                                                      108 North Alfred Street, 1st FL
                                                      Alexandria, Virginia 22314
                                                      (703) 548-8911 / Fax (703) 548-8935
                                                      dbs@davidbsmithpllc.com