CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-CR-175-4 (TJK)
)
)
CHARLES DONOHOE )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant
S/ IRA Knight/ce

I consent:

_____
Assistant United States attorney

Approved: _____ Date: 4/8/22

Timothy J. Kelly
United States District Judge