UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN et. al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Luke M. Jones as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov