# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-175 (TJK) |
| **ETHAN NORDEAN, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Nadia E. Moore, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at (718) 254-6362 or by email at nadia.moore@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. AUSA Moore joins AUSAs Jason McCullough and Erik Kenerson, who remain assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Nadia E. Moore*
Nadia E. Moore
NY Bar No. 4826566 (Detailee)
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6362
nadia.moore@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Nadia E. Moore*
Nadia E. Moore
Assistant United States Attorney