UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-175 (TJK) |
| ETHAN NORDEAN, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Department of Justice Trial Attorney Conor Mulroe, who may be contacted by telephone at (202) 330-1788 or by email at conor.mulroe@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Trial Attorney Mulroe joins AUSAs Jason McCullough, Erik Kenerson, and Nadia Moore, who remain assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Conor Mulroe*
Conor Mulroe
NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW
Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov

**CERTIFICATE OF SERVICE**

 On this 13th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

             */s/ Conor Mulroe*
             Conor Mulroe
             Dept. of Justice Trial Attorney