UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      **Defendant.**

_____/

**_DEFENDANT'S NOTICE OF FILING VIDEO RECORDINGS (Nick Quested recordings)_**

COMES NOW, Defendant, Enrique Tarrio, by and through undersigned counsel and states the following discovery in compliance with Fed. R. Crim P. (6)(A) and provides here to this Honorable Court for the purposes of Defense Motion to Revoke Pretrial Detention Order [D.E. 341] multiple videos:

1. Video at the jail with Tarrio in which Independent Reporter states that she has to go to Phoenix Park Hotel to grab her belongings.

2. Video of Tarrio being driven to Phoenix Hotel to discuss a matter with a person regarding her recommendation for an attorney. Driver of the vehicle is then told to move the car at which time they decide to meet in the parking garage.

3. Video of Tarrio discussing that he needs to meet with individual for purposes of the attorney.

4. Video of Tarrio recapping with Independent Reporter going to Phoenix Park Hotel to grab the belongings for herself and documentary crew.

-THIS SPACE IS LEFT INTENTIONALLY BLANK-

Respectfully submitted,

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**

## CERTICICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 16th day of May, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**