UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

## NOTICE OF ENRIQUE TARRIO'S DETENTION AND INABILITY TO REVIEW DISCOVERY

**COMES NOW** the Defendant, Enrique Tarrio (Tarrio), and gives the following notice:

1. On May 14, 2022 undersigned and co-counsel were in Washington D.C. to visit with Tarrio and take part in the scheduled Capitol Tour.

2. Tarrio is currently being held in the Rappahannock Regional Jail in Stafford, Virginia.

3. It is an approximate hour-long drive from the Capitol to the jail during normal early Saturday morning traffic.

4. The Defense had been assured by jail personnel that we would have the ability to visit with him from 8:20am to 11:30am on Saturday. While the undersigned had originally planned to visit with the Defendant on Sunday, jail personnel stated in no uncertain terms that legal visits are not allowed on Sunday under any circumstances.

5. The undersigned and co-counsel arrived promptly on Saturday morning, but were met with a dark and closed main lobby. After some

phone calls and help from the adjacent bond office, a corrections officer materialized and let us into the facility.

6. After much waiting, we were finally allowed to see our client at 9:45-9:50 a.m., about an hour and half after we arrived.

7. The jail visit took place behind plexiglass, where communication could only take place by speaking loudly (borderline screaming) through small little holes in the metal sides surrounding the plexiglass enclosure. There were a total of six plexiglass stalls that seem more appropriate to short familial visitation.

8. Tarrio struggled to hear and see the videos of discovery that were played for him, with frequent questions of what was said or heard from the videos.

9. Undersigned also brought documents to show and read with Tarrio, but could not show them to him.

10. The undersigned inquired if there was another room where we could have meaningful contact visitation to review evidence and documents with Tarrio. Jail personnel indicated that there was none available. The only visitation available was in that room, or online (45 minutes maximum), which is even worse.

11. All the corrections officers were courteous and professional, but the facilities are simply not designed for a case of this magnitude.

12. It is impossible for the defense to properly prepare for this case and render effective assistance of counsel if Tarrio is warehoused in these conditions where even rudimentary discovery review is impractical.

2

Respectfully submitted,

**BY: /s/ Sabino Jauregui, Esq.**
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

*/s/ Nayib Hassan*
Florida Bar No. 20949
Attorney for Defendant
LAW OFC.OF NAYIB HASSAN
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 16st day of May, 2022 to the following:

Jason McCollough
Luke Jones
Erik Kenerson
Nadia Moore
Conor Mulroe

**BY: /s/ Sabino Jauregui, Esq.**
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

3