# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-175-5 (TJK)** |
| : | |
| **ENRIQUE TARRIO,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT REGARDING VIDEO EXHIBITS

The United States of America, by and through undersigned counsel, and the defendant Enrique Tarrio, by and through his attorneys Nayib Hassan and Sabino Jauregui, Esqs., hereby submit this joint status report in response to the Court's minute order, entered May 19, 2022, which directs the parties indicate whether they oppose the Press Coalition's motion to access video exhibits, ECF No. 362. The parties inform the Court that neither the government nor the defendant has an objection to the Press Coalition's motion at ECF No. 362. Messrs. Hassan and Jauregui, counsel for the defendant, have informed the undersigned counsel that the government may file this as a joint status update.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Erik M. Kenerson*
ERIK M. KENERSON // Ohio Bar No. 82960
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov