## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE TARRIO,<br><br>    *Defendant*. | Criminal Action No. 21-175-5 (TJK) |

### ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Tarrio's Motion for Revocation of Detention Order, ECF No. 341, is **DENIED**.

   **SO ORDERED.**

                                         /s/ Timothy J. Kelly
                                         TIMOTHY J. KELLY
                                         United States District Judge

Date: May 27, 2022