# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE TARRIO,<br>      *Defendant*. | Criminal Action No. 21-175-5 (TJK) |

## ORDER

At the request of Defendant Tarrio and the Government, it is hereby **ORDERED** that the United States Marshals Service transport Tarrio forthwith to Federal Detention Center ("FDC") Miami in the Southern District of Florida.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 27, 2022