UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

**ENRIQUE TARRIO,**

      **Defendant.**
_____/

### *DEFENDANT'S ENRIQUE TARRIO MOTION TO ADOPT/JOIN CO-CONSPIRATOR ETHAN NORDEAN MOTION [D.E.365]*

The Defendant, by and through undersigned counsel, hereby files this Motion to Adopt/ Join co-conspirator Ethan Nordean Motion [D.E. 365]

During the course of the hearing conducted on June 2, 2022, multiple counsel, not including the undersigned took the position the position to join in the motion presented by Ethan Nordean. Defendant, Enrique Tarrio, requests that this Honorable Court allow him to join in the motion as well. Said motion is scheduled to be heard on June 9, 2022.

**WHEREFORE**, it is respectfully requested that the Defendant's Motion to Adopt/ Join co-conspirator's Motion for Joinder be Granted.

      **Respectfully submitted,**

      */s/ Nayib Hassan*
      _____
      **Nayib Hassan, Esq., (Fla Bar No. 20949)**
      **Attorney for Defendant**
      **LAW OFFICES OF NAYIB HASSAN, P.A.**
      **6175 NW 153 St., Suite 209**
      **Miami Lakes, Florida 33014**
      **Tel. No.: 305.403.7323/ Fax No.: 305.403.1522**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 2nd day of June, 2022, the undersigned electronically filed this foregoing document with the Clerk of the Court using CM/ECF.

Jason McCullough
Erik Kenerson
Nadia Moore
Connor Mulroe

*/s/ Nayib Hassan*
_____
**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**