UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.                                  Case No.  21-CR-175-2 (TJK)

JOSEPH RANDALL BIGGS, et al.,

    Defendants.

## MOTION TO JOIN DEFENDANT TARRIO'S
## MOTION TO CHANGE VENUE AT ECF 349

In view of the increased and unquestionably spectacular 24/7 negative press and media coverage about the fraternity known as the Proud Boys, from *Morning Joe* to *Stephen Colbert's Late Show,* and coupled with this week's televised hearings of the House Select Committee on January 6, all of which continue to saturate the jury pool of media-obsessive Washington, D.C., defendant Biggs respectfully moves to join defendant Tarrio's May 2, 2022 Motion to Transfer Venue (ECF 349) in all respects applicable to Biggs. Further, defendant Biggs would respectfully also ask for the right to supplement his Motion to Join later with additional points and authorities.

Accordingly, and for good cause shown, Biggs asks that his Motion to Join be granted.

                                  Respectfully submitted,

                                  COUNSEL FOR JOSEPH BIGGS

Dated: June 9, 2022                By: */s/ J. Daniel Hull*
                                          JOHN DANIEL HULL
                                          DC Bar No. 323006
                                          California Bar No. 222862
                                          HULL MCGUIRE PC
                                          1420 N Street, N.W.
                                          Washington, D.C.  20005
                                          (202) 429-6520 office
                                          jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 9, 2022, defendant Biggs' Motion to Join Defendant Tarrio's Motion to Change Venue at ECF 349 was served via the Electronic Case Filing (ECF) system upon the government and all counsel of record.

                        By: /s/ *J. Daniel Hull*
                        JOHN DANIEL HULL
                        DC Bar No. 323006
                        California Bar No. 222862
                        HULL MCGUIRE PC
                        1420 N Street, N.W.
                        Washington, D.C.  20005
                        (202) 429-6520
                        jdhull@hullmcguire.com