UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN, et al.,** | : | |
| | : | |
| Defendants. | : | |

### UNITED STATES' UNOPPOSED MODIFICATION TO DEFENDANTS' PROPOSED SCHEDULING ORDER

Earlier today, Defendants Biggs, Nordean, Rehl, Pezzola, and Tarrio (the "Defendants") filed a joint motion to amend the Court's pretrial scheduling order. ECF 387. The government agrees to the schedule proposed by the Defendants with two modifications, which modifications have been agreed to by the Defendants. For the Court's convenience, the government sets forth below a proposed schedule that has been agreed to by the parties, and the government moves this Court to enter an Order that sets the following pretrial schedule:

1. Pretrial motions, including motions to suppress and motions *in limine*, to be filed by June 29, 2022 (continued from June 15); oppositions to the motions to be filed by July 11, 2022[1] (continued from June 29); and replies to be filed by July 18, 2022[2] (continued from July 6).

2. The Joint Pretrial Statement (*see* ECF 346) shall be filed July 20, 2022 (continued from July 6).

3. The parties shall appear for a motions hearing and pretrial conference on July 27, 2022 (continued from July 13), at 10:00 a.m.

4. Jury selection and trial shall commence on August 8, 2022, at 9:00 a.m.

---

[1] Defendants originally proposed July 6. (ECF 387 at ¶ 1)
[2] Defendants originally proposed July 13. *Id.*

WHEREFORE, and for good cause shown, the government joins the Defendants in respectfully asking that this Motion to Amend Scheduling Order be granted.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    */s/ Jason McCullough*
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        ERIK M. KENERSON
        Ohio Bar No. 82960
        NADIA E. MOORE, NY Bar No. 4826566
           On Detail to the District of Columbia
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233 //
        jason.mccullough2@usdoj.gov

By:    */s/ Conor Mulroe*
        CONOR MULROE, NY Bar No. 5289640
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        1301 New York Ave. NW, Suite 700
        Washington, D.C. 20530
        (202) 330-1788
        Conor.Mulroe@usdoj.gov