# In The United States District Court
# For The District of Columbia

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                 Case No. 1:21-cr-00175(TJK)

    - **against** -                  **NOTICE OF**
                                                 **WITHDRAWAL**

**ETHAN NORDEAN, ET AL.**
                Defendant.

---------------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the undersigned seeks to withdraw as one of the attorneys of record for Defendant, DOMINIC PEZZOLA, pursuant to Local Rule of Criminal Procedure 44.5. The reason for the application is that undersigned counsel no longer works at Metcalf & Metcalf, P.C. Steve Metcalf remains counsel for the above-named defendant, and the defendant will not suffer any prejudice from this application.
.

Dated: New York, New York
         June 8, 2022

                                          Respectfully Submitted,

                                          /s/ *Martin Tankleff*

                                          _____
                                          MARTIN TANKLEFF, ESQ.
                                          BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP
                                          666 Old Country Road, 7th Floor
                                          Garden City, NY 11530
                                          (*Office*) 516-745-1500
                                          (*Fax*) 516-745-1245
                                          (*Email*) mtankleff@barketepstein.com