UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ETHAN NORDEAN
JOSEPH R. BIGGS
ZACHARY REHL
ENRIQUE TARRIO
DOMINIC J. PEZZOLA,

      **Defendant.**

_____/

### *JOINT STATUS REPORT*

Pursuant to the Court's Minute Order of June 10, 2022, undersigned counsel files this Status Report stating that the anticipated pretrial motion filings should not require testimony. Undersigned anticipates that those motions filed by the pretrial motion deadline will be primarily based on legal arguments for this Honorable Court to make judgement on whether such evidence will be allowed to come in such as a Motion a Limine and/or a Motion a Dismiss. If, during the drafting of said motions, Undersigned becomes aware that said pretrial motions will require testimony, undersigned will notify this Honorable Court immediately.

Dated: June 11, 2022

      Respectfully submitted,

      */s/ Nayib Hassan*

      _____
      **Nayib Hassan, Esq., Fla Bar No. 20949**
      **Attorney for Defendant**
      **LAW OFFICES OF NAYIB HASSAN, P.A.**
      **6175 NW 153 St., Suite 209**
      **Miami Lakes, Florida 33014**
      **Tel. No.: 305.403.7323**
      **Fax No.: 305.403.1522**

## CERTICICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 11th day of May, 2022 to the following:

Jason McCollough
Conor Mulroe
Nadia Moore
Erik Kenerson

**Respectfully submitted,**

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., Fla Bar No. 20949
Attorney for Defendant
LAW OFFICES OF NAYIB HASSAN, P.A.
6175 NW 153 St., Suite 209
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522**