# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 21-CR-175 (TJK) |
| : | |
| ETHAN NORDEAN, et al., : | |
| : | |
| Defendants.   : | |

## GOVERNMENT'S STATUS REPORT REGARDING MOTIONS

The United States of America, by and through undersigned counsel, respectfully submits this status report in response to the Court's Minute Order entered on June 10, 2022, directing the parties to file "status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony." In response to that order, the government hereby notifies the Court and parties as follows:

The government anticipates that it will file motions *in limine* that do not require testimony. The government anticipates that these motions will fall into four categories: (1) motions to preclude various evidence and arguments that the government believes would be irrelevant or improper, *e.g.*, self-defense, entrapment by estoppel, jury nullification, and improper character evidence; (2) to admit statements; (3) to admit video, audio, and similar evidence; and (4) motions *in limine* specific to the events of January 6th, *e.g.*, regarding the location of closed-circuit cameras, the restricted area, and to limit cross-examination of a Secret Service witness.

As the government continues to prepare for the motions deadline, if it identifies any other categories of motions or identifies any motions it will file that require testimony, it will so notify the Court and the parties.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
       ERIK M. KENERSON // Ohio Bar No. 82960
       JASON B.A. MCCULLOUGH
         D.C. Bar No. 998006
       NADIA E. MOORE // NY Bar No. 4826566
         On Detail to the District of Columbia
       Assistant United States Attorneys
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-7201
       Erik.Kenerson@usdoj.gov

       */s/ Conor Mulroe*
       Conor Mulroe // NY Bar No. 5289640
       Trial Attorney // U.S. Department of Justice,
         Criminal Division
       1301 New York Ave. NW
       Suite 700
       (202) 330-1788
       conor.mulroe@usdoj.gov