UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No.  21-cr-00175-TJK-3 |
| | * | |
| ZACHARY REHL | * | |

**DEFENDANTS' STATUS REPORT REGARDING PRETRIAL MOTIONS**

Zachary Rehl, by his undersigned counsel, submits this status report regarding the Court's Minute Order, entered June 12, 2022, with respect to pretrial motions.[1]

While it may not have been clear, the Joint Status Report filed by counsel for Enrique Tarrio on June 11, 2022 (ECF 392) was submitted on behalf of all the defendants.  Accordingly, Mr. Rehl submits the instant Status Report to clarify for the Court that his position is as stated in the Tarrio Status Report (ECF 392, filed 6/11/2022).  The other co-defendants also joined the Tarrio Status Report.

Respectfully submitted,

/s/ *Carmen D.  Hernandez*

**Carmen D.  Hernandez**
Trial Bar No.  03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

---

[1] MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties [387] [388] request that the Court modify its scheduling order in this case. But before it ruled on that request, the Court ordered the parties to file, jointly or separately, by yesterday, June 11, 2022, a status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony. Only the Government and Tarrio have filed such a status report. It is hereby ORDERED that the [387] [388] request is HELD IN ABEYANCE until Defendants Nordean, Biggs, Rehl, and Pezzola comply with this Court's order. Signed by Judge Timothy J. Kelly on 6/12/2022. (lctjk1)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Status Report on all counsel of record via ECF this 12th day of June, 2022.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**