**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00175 (TJK) |
| | : | |
| V. | : | |
| | : | |
| ETHAN NORDEAN, et al. | : | JUNE 14, 2022 |

## NOTICE OF APPEARANCE

    The undersigned gives notice of his appearance on behalf of the Defendant, Joseph R. Biggs.

THE DEFENDANT

By: /s/ NORMAN A. PATTIS /s/
    NORMAN A. PATTIS
    PATTIS & SMITH, LLC
    383 Orange Street
    New Haven, CT 06511
    T: 203.393.3017
    F: 203.393.9745
    npattis@pattisandsmith.com

## CERTIFICATION OF SERVICE

    The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Norm Pattis /s/