IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| v. | *   Case No.  21-CR-0175-3 (TJK) |
| | * |
| **ZACHARY REHL**, | * |
| Defendant. | * |
| | * |

ooOoo

### RESPONSE CONSENTING TO GOVERNMENT REQUEST FOR EXTENSION

Zachary Rehl, by his undersigned counsel, consents to the Government's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (ECF 444) and the corresponding extension for Defendants' reply.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 25th day of August, 2022 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**