UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                          Case No. 1:21-cr-175-TJK

JOSEPH BIGGS, et al.,

      **Defendants.**

### BIGGS' MOTION TO JOIN NORDEAN MOTION TO DISMISS AT ECF 434

Defendant Joseph Biggs respectfully moves for leave to join in all applicable respects the motion to dismiss filed August 19, 2022 by defendant Ethan Nordean (ECF 434). As the Court is aware, the cases of Biggs and Nordean are legally nearly identical, and are factually very similar. Further, Biggs does not intend to file any separate brief or supplement or to present argument at the scheduled hearing on Nordean's motion unless of course asked. Therefore, and for good cause shown, defendant Biggs asks for leave to join in all applicable respects Nordean's motion to dismiss filed at ECF 434.

                        Respectfully submitted,

                        COUNSEL FOR JOSEPH BIGGS

Dated: August 26, 2022          By: /s/ *J. Daniel Hull*
                                      JOHN DANIEL HULL
                                      DC Bar No. 323006
                                      California Bar No. 222862
                                      HULL MCGUIRE PC
                                      1420 N Street, N.W.
                                      Washington, D.C.  20005
                                      (202) 429-6520
                                      jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 26, 2022 he served a true and correct copy of the foregoing Biggs' Motion to Join Nordean Motion to Dismiss at ECF 434 upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com