# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **v.**                                                                 **Case No. 1:21-cr-175-TJK**

**JOSEPH BIGGS, et al.,**

      **Defendants.**

### BIGGS MOTION TO JOIN ZACHARY REHL'S MOTION TO DISMISS
### ON FIRST AMENDMENT GROUNDS AT ECF 439

Defendant Joseph Biggs respectfully moves for leave to join defendant Zachary Rehl's

motion to dismiss on first amendment grounds filed August 19, 2022 (ECF 439). Law governing

protected speech issues for Biggs and Rehl is the same. Moreover, except for allegations that

Biggs breached a barrier, and Biggs' time of entering the Capitol, their cases present very similar

facts on speech issues. Biggs does not intend to file any separate brief or supplement or present

oral argument on Rehl's motion. Therefore, and for good cause shown, Biggs asks to join in all

applicable respects Rehl's motion to dismiss filed at ECF 439.

      Respectfully submitted,

      COUNSEL FOR JOSEPH RANDALL BIGGS

Dated: August 29, 2022                         By: /s/ *J. Daniel Hull*
                                       JOHN DANIEL HULL
                                       DC Bar No. 323006
                                       California Bar No. 222862
                                       HULL MCGUIRE PC
                                       1420 N Street, N.W.
                                       Washington, D.C.  20005
                                       (202) 429-6520 office
                                       (619) 895-8336 cell
                                       jdhull@hullmcguire.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2022 he served a true and correct copy of

the foregoing defendant Biggs' Motion to Join Zachary Rehl's Motion to Dismiss on First

Amendment Grounds at ECF 439 upon all counsel of record via the Electronic Case Filing

(ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com