UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                      Case No. 1:21-cr-175-TJK

JOSEPH BIGGS, et al.,

      **Defendants.**

## BIGGS' MOTION TO JOIN TARRIO'S *BRADY* MOTION AT ECF 431

Defendant Biggs moves for leave to join defendant Henry Tarrio's motion (at ECF 431) for the government to produce *Brady* materials reflecting planning by or coordination between the defendants and Washington, D.C. Metropolitan police, Secret Service or other law enforcement in advance of national Proud Boys rallies and protests over a period of several years. Biggs will not file a brief, supplement, or present argument at the hearing of Tarrio's motion on September 7 at 11:00.

Therefore, and for good cause shown, Biggs asks to join in Tarrio's *Brady* motion filed at ECF 431.

                                              Respectfully submitted,

                                              COUNSEL FOR JOSEPH RANDALL BIGGS

Dated: September 4, 2022                By: */s/ J. Daniel Hull*
                                                      JOHN DANIEL HULL
                                                      DC Bar No. 323006
                                                      California Bar No. 222862
                                                      HULL MCGUIRE PC
                                                      1420 N Street, N.W.
                                                      Washington, D.C.  20005
                                                      (202) 429-6520 office
                                                      (619) 895-8336 cell
                                                      jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2022, he served a true and correct copy of the foregoing defendant Joseph Biggs' Motion to Join Tarrio's *Brady* Motion at ECF 431 upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com