UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

### DEFENDANT TARRIO'S MOTION FOR EXTENSION OF TIME OF 7 DAYS TO COMPLY WITH ORDER RE: SONENBERG CONFLICTS REPORT

**COMES NOW** the Defendant, Enrique Tarrio, by and through his attorneys, and respectfully moves this Honorable Court to allow him a short extension of time (7) days to comply with the Court's September 15, 2022 Order to submit proposed redactions to the *ex parte* Sonenberg Report filed under seal at ECF 460.

The (49) page Sonenberg report was emailed this afternoon, and unfortunately, counsel for Mr. Tarrio have been unable to meet to discuss and review the report. It is also imperative that counsel meet with Mr. Tarrio to discuss and review the report. A short extension is required to properly address the redactions needed before this report is filed in the public docket.

**WHEREFORE**, Tarrio respectfully moves this Honorable Court to allow a short (7) day extension until September 29, 2022 to comply with the Court's minute order of September 15, 2022.

                                                Respectfully submitted,
                                                */s/ Nayib Hassan*
                                                Florida Bar No. 20949
                                                Attorney for Defendant
                                                Law Office of Nayib Hassan, PA
                                                6175 NW 153 St., Suite 221
                                                Miami Lakes, Florida 33014
                                                Tel. No.: 305.403.7323
                                                Fax No.: 305.403.1522

/s/ *Sabino Jauregui, Esq.*
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 21th day of September, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

/s/ *Nayib Hassan*
Florida Bar No. 20949
Attorney for Defendant
Law Office of Nayib Hassan, PA
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522