UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

    Defendant.

_____/

### NOTICE TO JOIN ON
### MOTION TO DISMISS FILED BY ZACHARY REHL

Enrique Tarrio, by and through undersigned counsel, hereby notifies this Honorable Court that Tarrio joins Defendant Zachary Rehl's Motion to Dismiss filed as ECF No. 439, 442, and 443.

Dated: September 26, 2022

                          **Respectfully submitted,**

                          */s/ Nayib Hassan*

                          **Nayib Hassan, Esq., (Fla Bar No. 20949)**
                          **Attorney for Defendant**
                          **LAW OFFICES OF NAYIB HASSAN, P.A.**
                          **6175 NW 153 St., Suite 209**
                          **Miami Lakes, Florida 33014**
                          **Tel. No.: 305.403.7323/ Fax No.: 305.403.1522**

                          */s/ Sabino Jauregui*
                          **Jauregui and Jauregui, P.A.**
                          **1014 West 49 St.**
                          **Hialeah, FL 33012**
                          **Tel. No. 305.822.2901**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of September 2022, the undersigned electronically filed this foregoing document with the Clerk of the Court using CM/ECF.

Jason McCullough
Erik Kenerson
Nadia Moore
Connor Mulroe

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**

**CERTICICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 19th day of August, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**