NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number  1:21-cr-00175-TJK-2

JOSEPH R. BIGGS
　　　(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Sebastian M. Norton, 1008961
(Attorney & Bar ID Number)

King, Campbell, Poretz & Mitchell, PLLC
(Firm Name)

(Street Address)

118 N. Alfred Street, Alexandria, VA 22314
(City)          (State)          (Zip)

(703) 683-7070
(Telephone Number)