NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.    Criminal Number  21-cr-0175 (TJK)

Enrique Tarrio
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

[■] CJA   [ ] RETAINED   [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

DC 451518
(Attorney & Bar ID Number)

Ronald Sullivan Law, PLLC
(Firm Name)

1300 I Street NW, Suite 400 E
(Street Address)

Washington    DC    20005
(City)    (State)    (Zip)

(203) 505-4871
(Telephone Number)