UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                        Case No. 1:21-cr-175-2-TJK

JOSEPH R. BIGGS, et al.,

      **Defendants.**

## MOTION TO CLARIFY DECEMBER 2022 TRIAL SCHEDULE

    Defendant Biggs respectfully moves the Court to clarify or confirm its current thinking on the trial schedule for this action in December 2022. Defendant Tarrio also joins in this motion. Three months ago, the Court granted a motion to continue the trial from August 8 until December 12. It is the undersigned's good faith recollection that at that time the schedule preferred by the Court was as follows:

December 12-16 (entire week),
December 19-22 (exclude Friday, December 23),
December 27-30 (exclude Monday, December 26), and
Resume trial on Tuesday, January 3, 2023.

    Biggs, Tarrio and possibly other parties would be grateful for any guidance the Court could provide on trial days during the holiday season it envisions at this point.

                                                                Respectfully submitted,

Dated: October 16, 2022            By: /s/ *J. Daniel Hull*
                                                   JOHN DANIEL HULL
                                                   D.C. Bar No. 323006/CA Bar No. 222862
                                                   HULL MCGUIRE PC
                                                   1420 N Street, N.W.
                                                   Washington, D.C. 20005
                                                   (202) 429-6520 office
                                                   (619) 895-8336 cell
                                                  jdhull@hullmcguire.com

                                                COUNSEL FOR JOSEPH BIGGS

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2022, he served a true and correct copy of the foregoing Motion to Clarify December 2022 Trial Schedule upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
D.C. Bar No. 323006/CA Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520 office
(619) 895-8336 cell
jdhull@hullmcguire.com