## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**CASE NO: 21-CR-175-TJK**

**v.**

**ENRIQUE TARRIO,**
                    **Defendant.**

_____/

### ENRIQUE TARRIO'S MOTION TO ADOPT AND JOIN THE MEMORANDUM IN OPPOSITION BY ETHAN NORDEAN AND MOTION TO DIRECT THE GOVERNMENT TO IDENTIFY CO-CONSPIRATOR STATEMENTS IT INTENDS TO MOVE INTO EVIDENCE

Enrique Tarrio, by his undersigned counsel, hereby respectfully moves for leave to adopt and join the Memorandum in Opposition by Ethan Nordean re [75] Motion in Limine and Motion to Direct the Government to Identify Co-Conspirator Statements it Intends to Move into Evidence (ECF 499).

1. Mr. Tarrio seeks to join and adopt the legal arguments made and relief sought in Nordean's Memorandum and Motion (ECF 499).

2. The issues raised and arguments made by Mr. Nordean apply with equal force to Mr. Tarrio.

3. Proceeding in this fashion will promote the just determination of the case, simplify procedures and eliminate unjustifiable expense and delay.

Respectfully submitted,

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically

noticed through the CM/ECF system to the US Attorney's Office on this 19th day of August, 2022

to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**