**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    v.

DOMINIC PEZZOLA,

    *Defendant*.

No. 1:21-cr-175 (TJK)

### MOTION TO JOIN AND ADOPT DEFENDANT'S MOTIONS TO CHANGE VENUE

In light of the increased, unchallengeable, negative press coverage of the Proud Boys, and Dominic Pezzola, in particular, DEFENDANT PEZZOLA by his undersigned counsel, respectfully moves for leave to join Defendant's motions to venue filed under ECF #'s: 349, 386, and 477. To make the negative press worse, Pezzola's name has be posted and televised throughout the House Select Committee on January 6. The individual name "Dominic Pezzola" has been televised and presented without any foundation, objection, and simply stated as "truths". Therefore, it is respectfully requested that for good cause shown, Pezzola request to join in all applicable respects Defendant's motion to change venue be granted.

Dated: October 28, 2022

                                             */s/ Steven A. Metcalf II*

                                             STEVEN A. METCALF II, ESQ.
                                             **METCALF & METCALF, P.C.**
                                             *Attorneys for Pezzola*
                                             99 Park Avenue, 6th Floor
                                             New York, NY 10016
                                             *Phone* 646.253.0514
                                             *Fax* 646.219.2012
                                             metcalflawnyc@gmail.com

## CERTIFICATE OF SERVICE

  I hereby certify that, on October 28, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

                */s/ Steven A. Metcalf II, Esq.*
                _____
                STEVEN A. METCALF II, ESQ.
                **Metcalf & Metcalf, P.C.**
                99 Park Avenue, 6th Floor
                New York, NY 10016
                *Phone* 646.253.0514
                *Fax* 646.219.2012
                [metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)