UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | No. 1:21-cr-175-3 (TJK) |
| v. | : | |
| | : | |
| | : | |
| **ZACHARY REHL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT REHL'S MTION TO PRECLUDE DISCLOSURE AND USE OF PRIVILEGED MARITAL COMMUNICATIONS

Defendant Rehl has moved the Court from using against him or disclosing publicly any communications between himself and his wife made during the course of their marriage. ECF No. 486. Without waiving any position as to whether the privilege applies or has been waived, the government hereby notifies the Court and Mr. Rehl that it presently has no intention of either introducing at trial any messages between Mr. Rehl and his wife or of releasing them publicly. Should that intention change, the government will notify Mr. Rehl and/or the Court prior to taking any action.

**CONCLUSION**

Because the government has no intent of using the messages at issue against Mr. Rehl at trial or of releasing them publicly, the defendant's motion should be denied as moot.

                                        Respectfully Submitted,
                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
        ERIK M. KENERSON // Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
          D.C. Bar No. 998006
        NADIA E. MOORE // N.Y. Bar No. 4826566
          On Detail to the District of Columbia
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7201
        Erik.Kenerson@usdoj.gov

        */s/ Conor Mulroe*
        Conor Mulroe // N.Y. Bar No. 5289640
        Trial Attorney // U.S. Department of Justice,
          Criminal Division
        1301 New York Avenue, Suite 700
        (202) 330-1788
        conor.mulroe@usdoj.gov