UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-175-5 (TJK) |
| v. | : | |
| | : | |
| **ENRIQUE TARRIO,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STATEMENT REGARDING PRETRIAL CONVICTIONS

Pursuant to the Court's Scheduling Order (ECF No. 426), counsel for the government and counsel for Enrique Tarrio hereby jointly submit a list of Mr. Tarrio's prior convictions, along with objections.[1]  The parties request that the Court permit the parties to brief the admissibility of the disputed convictions ahead of trial.

| Date of Conviction | Docket Information | Charge(s) |
|---|---|---|
| August 26, 2013 | 1:12-cr-20947-2<br><br>U.S. District Court for the Southern District of Florida | • Misbranding FDCA Devices (21 U.S.C. § 331(k), 333(a)(2), and 352(a))<br>• Conspiracy to Receive, Possess, and Sell Stolen Goods (18 U.S.C. § 371)<br>• Possessing, Concealing, Storing, Selling and Disposing of Stolen Goods (18 U.S.C. §2315)<br>• Transporting, Transmitting, and Transferring Stolen Goods in Interstate Commerce (18 U.S.C. § 2314) |
| August 13, 2021 | 2021 CF2 105<br><br>Superior Court of the District of Columbia | • Attempted Possession of a Large Capacity Ammunition Feeding Device (D.C. Code §§ 22-1803 & 7-2506.01(b)) |

---

[1] The government is not aware of prior convictions for any other defendants in this case and has not provided notice of prior convictions to any other defendant in this case.

| Date of Conviction | Docket Information | Charge(s) |
|---|---|---|
| August 13, 2021 | 2021 CMD 106<br><br>Superior Court of the District of Columbia | - Destruction of Property less than $1,000 D.C. Code § 22-303 |

The defendant has notified the government that he objects to all of the above convictions being admitted for impeachment, or for any other purpose. Undersigned counsel has provided a copy of this statement to Nayib Hassan and Sabino Jauregui, Esqs., counsel for Mr. Tarrio, and counsel indicated that the government may file this as a joint statement.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:    /s/ Erik M. Kenerson
        ERIK M. KENERSON // Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
          D.C. Bar No. 998006
        NADIA E. MOORE // N.Y. Bar No. 4826566
          On Detail to the District of Columbia
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7201
        Erik.Kenerson@usdoj.gov

        /s/ Conor Mulroe
        Conor Mulroe // N.Y. Bar No. 5289640
        Trial Attorney // U.S. Department of Justice,
          Criminal Division
        1301 New York Avenue, Suite 700
        (202) 330-1788
        conor.mulroe@usdoj.gov