UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                     Case No. 1:21-cr-175-TJK

JOSEPH BIGGS, et al.,

      Defendants.

### BIGGS'S MOTION TO JOIN CERTAIN DEFENSE FILINGS TO BE ARGUED AT PRETRIAL CONFERENCE

Defendant Joseph Biggs respectfully moves to join the following two defense motions and one defense opposition which will be argued before the Court at the pretrial conference of this matter on November 18, 2022:

1. Rehl Motion in Limine based on first amendment protections (ECF 495).

2. Nordean Motion to Exclude proposed government expert testimony (ECF 490).

3. Nordean Opposition to Government Motion in Limine (Omnibus) (ECF 505).

Biggs faces identical or similar evidentiary issues to those presented in the above filings and/or has lodged similar filings on the same issues for argument. Therefore, and for good cause shown, Biggs asks that he be permitted to join these two defense motions and one opposition related to the November 18, 2022 pretrial conference.

Respectfully submitted,

Dated: November 18, 2022        By: /s/ *J. Daniel Hull*
                                                JOHN DANIEL HULL
                                                DC Bar No. 323006/CA Bar No. 222862
                                                HULL MCGUIRE PC
                                                1420 N Street, N.W.
                                                Washington, D.C.  20005
                                                (202) 429-6520 office
                                                jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2022, the foregoing Biggs's Motion to Join was served upon all counsel of record via the Electronic Case Filing (ECF) system.

> By: /s/ *J. Daniel Hull*
> JOHN DANIEL HULL
> DC Bar No. 323006
> California Bar No. 222862
> HULL MCGUIRE PC
> 1420 N Street, N.W.
> Washington, D.C. 20005
> (202) 429-6520
> jdhull@hullmcguire.com