## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.   * | **CASE NO: 21-CR-0175-3 (TJK)** |
| * | |
| **ZACHARY REHL,** * | |
|     **Defendant** * | |

**\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL

Zachary Rehl, by his undersigned counsel, appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, hereby appeals the decision of the district court to deny his motion to reopen the detention hearing and release him on conditions of release entered on November 8, 2022 (ECF 530).

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 22nd day of November, 2022.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**