## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE TARRIO,<br><br>      *Defendant*. | Criminal Action No. 21-175-5 (TJK) |

## TRANSPORT ORDER

Trial in this matter will begin on December 12, 2022. Therefore, it is hereby **ORDERED** that the United States Marshals Service shall transport Defendant Enrique Tarrio forthwith to the Alexandria Detention Center in Alexandria, Virginia.

    **SO ORDERED**.

                                                        /s/ Timothy J. Kelly
                                                        TIMOTHY J. KELLY
                                                        United States District Judge

Date: November 29, 2022