# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00175 (TJK) |
| | : | |
| V. | : | |
| | : | |
| ETHAN NORDEAN, et al. | : | NOVEMBER 30, 2022 |

## REQUEST FOR SCHEDULING ALTERATION

The Court issued notice on the afternoon of November 29, 2022 of a hearing to take place on Friday December 2, 2022 at p:30 a.m.  The undersigned requests that the hearing be moved to 2 p.m. on account of his being required to attend a hearing in an unrelated case. In the alternative, the undersigned requests permission to be excused on the morning of December 2, as he has co-counsel, Attorney Hull, who can appear.


THE DEFENDANT

By: /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: 203.393.3017
F: 203.393.9745
npattis@pattisandsmith.com


## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept

1

2

electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Norm Pattis /s/*