UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     v.                                           Case No. 1:21-cr-175-TJK

JOSEPH BIGGS, et al.,

     Defendants.

### BIGGS'S MOTION TO JOIN TARRIO MOTION TO DISMISS AT ECF 569

Defendant Joseph Biggs respectfully moves to join defendant Henry Tarrio's Motion to Dismiss at ECF 569. The proffered Lt. Lamond testimony is exculpatory as to all five defendants and goes directly to the overarching issue of whether a Proud Boy "conspiracy" existed or could have existed on or before January 6, 2021.  Therefore, and for good cause shown, Biggs asks that he be permitted to join ECF 569 in all applicable respects.

                                              Respectfully submitted,

Dated: December 5, 2022                By: /s/ *J. Daniel Hull*
                                                JOHN DANIEL HULL
                                                DC Bar No. 323006/CA Bar No. 222862
                                                HULL MCGUIRE PC
                                                1420 N Street, N.W.
                                                Washington, D.C.  20005
                                                (202) 429-6520
                                                jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2022, the foregoing Biggs's Motion to Join Tarrio Motion to Dismiss at ECF 569 was served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com