UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:21-cr-175-TJK |
| v. ) | |
| ETHAN NORDEAN, et al., ) | |
| Defendants. ) | |

**DEFENDANT NORDEAN'S RESPONSE TO THE GOVERNMENT'S "OPPOSITION TO DEFENDANT MOTION TO CONTINUE TRIAL OR SEVER DEFENDANTS"**

On January 9, 2023, the government filed an "opposition to any motion by defendants to continue trial or sever defendants as a result of the sixth-month suspension of Norman Pattis from the practice of law." ECF No. 629.

Nordean wants the Court to clearly understand his position: he has not moved, nor will he move, for a trial continuance. Nordean has been detained pretrial for nearly two years, since April 2021. There is no circumstance that would prompt Nordean to move for, or consent to, a trial continuance, up to and including a zombie apocalypse.

Dated: January 23, 2023           Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010

1

(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Ethan Nordean*

**Certificate of Service**

I hereby certify that on the 10th day of January, 2023, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Jim Nelson
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com