UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-CR-175-TJK |
| v. | ) | |
| | ) | |
| ETHAN NORDEAN, et al. | ) | |
| Defendants | ) | |

PRAECIPE

**TO THE CLERK:**

Please enter the appearance of the undersigned counsel as the court-appointed attorney for a witness Hendrick Block.

Respectfully submitted,

/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

## Certificate of Service

I hereby certify that on the 18th day of January, 2023, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>AUSA Erik Kenerson
>Via ECF to Erik.Kenerson@usdoj.gov

>/signed by/
>Gregory B. English, DC Bar #398564
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368/Fax (703) 836-6842
>gbeuva@gmail.com
>*Counsel for the Defendant*