UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      v.                                      Case No. 1:21-cr-175-TJK-2

**JOSEPH BIGGS, et al.,**

    **Defendants.**

**MOTION TO REQUEST COURT TO GIVE ON A DAILY BASIS ADMONITION TO JURORS CONCERNING OUTSIDE COMMUNICATIONS, RESEARCH AND MEDIA**

New developments, news, commentary, and lively public debate concerning events at the Capitol on January 6, 2021 have appeared in the media on a repeated, regular and high-decibel basis since the start of this trial on December 19, 2022. Accordingly, defendant Joseph Biggs respectfully requests that the following instruction (or something similar) be given to the jury daily at the end of each trial day until the trial is concluded: "As always, [conduct] no discussion of the evidence in this case with anyone, [conduct] no independent investigation, and please avoid the media regarding January 6 or this case especially." E.g., March 7, 2023 Tr. at 12409.

For good cause shown, defendant respectfully requests that this Motion be granted.

                                    COUNSEL FOR JOSEPH R. BIGGS

Dated: March 13, 2023           By: /s/ *J. Daniel Hull*
                                        JOHN DANIEL HULL
                                        DC Bar No. 323006/California Bar No. 222862
                                        HULL MCGUIRE PC
                                        1420 N Street, N.W.
                                        Washington, D.C.  20005
                                        (202) 429-6520 office
                                        (619) 895-8336 cell
                                        jdhull@hullmcguire.com

CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2023 the foregoing motion was served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006/California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com