UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | No. 1:21-cr-175-1 (TJK) |
| v. | : | |
| | : | |
| | : | |
| **ETHAN NORDEAN,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO NORDEAN'S MOTION FOR ORDER
PERMITTING WITNESS TO TESTIFY ACCOMPANIED BY SERVICE DOG**

On March 15, 2023, defendant Nordean filed a motion to permit Hendrick "Eddie" block to testify accompanied by his St. Bernard, which Nordean asserts is a "service and therapy dog." ECF 701. The government hereby notifies the Court that it takes no position on the defendant's motion. Accordingly, the government defers to the Court.

                    Respectfully Submitted,
                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
        ERIK M. KENERSON // Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
          NY Bar No. 4544953
       NADIA E. MOORE // N.Y. Bar No. 4826566
         On Detail to the District of Columbia
       Assistant United States Attorneys
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-7201
       Erik.Kenerson@usdoj.gov

       */s/ Conor Mulroe*
      Conor Mulroe // N.Y. Bar No. 5289640
      Trial Attorney // U.S. Department of Justice,
       Criminal Division
      1301 New York Avenue, Suite 700
      (202) 330-1788
      conor.mulroe@usdoj.gov