UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                      Case No. 1:21-cr-175-TJK-2

JOSEPH BIGGS, et al.,

      Defendants.

### BIGGS MOTION TO JOIN REHL MOTION FOR DISMISSAL AT ECF 743

Defendant Biggs respectfully moves this Court that he be permitted to join codefendant Rehl's motion for dismissal of Counts 2 and 3 (at ECF No. 743) in all respects in view of the D.C. Circuit's fractured decision two days ago in *U.S. v. Fischer*. Defendants Biggs and Rehl on facts and law are similarly (if not identically) situated on all obstruction questions arising under 18 U.S.C. § 1512. For good cause shown, Biggs and his counsel respectfully ask that this Motion to Join be granted.

                                        COUNSEL FOR JOSEPH R. BIGGS

Dated: April 9, 2023              By: /s/ *J. Daniel Hull*
                                             JOHN DANIEL HULL
                                             DC Bar No. 323006/California Bar No. 222862
                                             HULL MCGUIRE PC
                                             1420 N Street, N.W.
                                             Washington, D.C.  20005
                                             (202) 429-6520 office
                                             jdhull@hullmcguire.com

CERTIFICATE OF SERVICE

The undersigned certifies that on April 9, 2023, the foregoing Biggs Motion to Join ECF 743 was filed and served upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006/California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com