CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: 21-CR-175 (TJK)
)
ETHAN NORDEAN et al )
)

## NOTE FROM JURY

Hi! Could the government please remind us of two exhibit numbers —
1) the video from Pehl's phone crossing the barricade at breach ①
and
2) the video where Biggs suggests they pull their masks up?

Thank you!

Date: 4/26
Time: 4:35

FOREPERSON