UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
ENRIQUE TARRIO, and
DOMINIC PEZZOLA,

    *Defendants.*

Criminal Action No. 21-175 (TJK)

## RESPONSE TO JURY NOTE OF APRIL 27, 2023 AT 11:45 A.M.

You will be provided exhibit 490A and a stapler.

TIMOTHY J. KELLY
United States District Judge