CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

## NOTE FROM JURY

Upcoming appointments

Juror 0339   Monday, May 8 @ 4 pm   (need to leave by 3:30 pm)
Juror 0732   Friday, May 5 @ 2 pm
(need to leave by 1:30 pm)

Juror 1324   Monday, May 8 @ 3 pm
(need to leave by 2:30 pm)
Juror 0339   Wednesday, May 10 @ 2:30 pm   (need to leave by 1:30 pm)
Juror 1390   Tuesday, May 9 @ 10 am
(can arrive at pick-up by noon)

Juror 1133   Thursday, May 11 (all day)
(out of town)

Juror 0935   Friday, May 12 (8 am)
(can arrive at pick-up by 10 am)

Date: 5/1/23

Time: 8:52 am