CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

## NOTE FROM JURY

Please provide the exhibit numbers for the Donohoe water bottle throwing examples.

Date: 5/1/23
Time: 3:19 pm

FOREPERSON