UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br>JOSEPH BIGGS,<br>ZACHARY REHL,<br>ENRIQUE TARRIO, and<br>DOMINIC PEZZOLA,<br><br>*Defendants.* | Criminal Action No. 21-175 (TJK) |

**RESPONSE TO JURY NOTE OF MAY 1, 2023 AT 3:19 P.M.**

The exhibits you requested are Government exhibit numbers 440A, 440Ax, 205, 205x, 160B, and 160Bx.

TIMOTHY J. KELLY
United States District Judge