CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

### NOTE FROM JURY

We would like clarification on a few items.

1) For counts 1 + 4, the conspiracy charges that have more than one goal listed, can one agreed-upon objective of the conspiracy simultaneously satisfy both goals?

2) We did not receive instructions on what to do if the jury does not reach unanimity on a charge. How should we proceed in this scenario?

Date: 5/2/2023

Time: 10:47 am

FOREPERSON