CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

)
)
)
)
)
)

Civil/Criminal No.: ___21-CR-175 (TJK)___

### NOTE FROM JURY

We would like clarification on jury instructions under "Organizations and Persons Not Present," (p. 13), which states: "You should not make any inferences or speculate about other individuals you have heard about in this trial or whether they have been charged with crimes."

However, Count 8 (regarding the water bottle) appears to require us to make inferences about a person who is not a defendant in this case. Can you provide clarification on how the Theories of Liability could potentially apply to the defendants in relation to such individual?

Thank you!

Date: __5/2/2023__
Time: __11:54 am__