CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

### NOTE FROM JURY

We have noticed a typo on our verdict form. On page 4, letter "B" should state "Count Four" (it currently says "Count 1").

Can you please send us an updated version?

thank you!

Date: 5/3/2023
Time: 9:11 am

FOREPERSON