UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | 21-cr-0175-3 (TJK) |
| | * | |
| **Zachary Rehl** | * | |

*************

## OBJECTION TO TAKING OF PARTIAL VERDICT ON COUNT ONE
## AND MOTION FOR MISTRIAL ON COUNT ONE

Mr. Rehl, through undersigned counsel, hereby respectfully objects to the taking of a partial verdict on Count One (seditious conspiracy) while the jury is still deliberating on one of the co-conspirators charged in that Count. There is no authority for taking a partial verdict under such circumstances. As the jury deliberations have now been improperly interrupted, Mr. Rehl moves for a mistrial on Count One.

Respectfully submitted,

/s/

**CARMEN D. HERNANDEZ**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Motion was served via ECF this 4th day of May, 2023.

/s/

**CARMEN D. HERNANDEZ**