CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

## NOTE FROM JURY

Your Honor,
    We have reached unanimous verdicts on all charges, except for the following:

- Count 1, Goal #1 (Pezzola)
- Count 2 (Pezzola)
- Count 7 (Nordean, Biggs, Rehl, Tarrio)
- Count 8 (All defendants)

Date: 5/4/2023
Time: 9:35 am

FOREPERSON