CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

Civil/Criminal No.: 21-CR-175 (TJK)

## NOTE FROM JURY

Your Honor,

We have come to a unanimous decision on Count 1 for defendant Pezzola.

After continued deliberations, we remain unable to reach a unanimous decision on the remaining counts:
- Count 2 (Pezzola)
- Count 7 (Nordean, Biggs, Rehl, Tarrio)
- Count 8 (all defendants)

After lengthy discussions, all jurors firmly agree that further deliberations will not lead to a unanimous decision on these counts.

Date: 5/4/2023
Time: 1:57 pm

FOREPERSON