| Government | ☐ | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-175-3 (TJK) | |
| Defendant | ✓ | ZACHARY REHL | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Mrs Rehl and child | 2-2-2023 | 2-2-2023 | E. DeAngelo | 4/26/2023 2:45PM |
| 2 | Mr. Rehl and child | 3-30-2023 | 3-30-2023 | A. Rehl | ↓ |
| 3 | Mr. Rehl - Marine uniform | | | | |
| 4 | Mr. Rehl and other Marines | 4-11-2023 | 4-11-2023 | Z. Rehl | 4/26/2023 2:45PM |
| 5 | Mr. Rehl's father | 3-30-2023 | 3-30-2023 | A. Rehl | ↓ |
| 6 | Mr. Rehl's grandfather | ↓ | ↓ | ↓ | ↓ |
| 7 | Mr. Rehl - delivering food | | | | |
| 8 | Back the Blue circular | | | | |
| 9 | Mr. Rehl, Giddings, Healion, Vy et al | | | | |
| 10 | Mr. Rehl and others | | | | |

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government ☐ | | VS. | | Civil/Criminal No. | 21-CR-175-3 (TJK) |
| Plaintiff ☐ | | | | | |
| Defendant ☑ | | ZACHARY REHL | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | US Capitol Police Demonstration permits | 1-17-2023 | | T. Loyd | |
| 12 | First Amendment to the US Constitution | | | | |
| 13 | Telegram chat - January 4, 2020 | | | | |
| 14 | Telegram chat - January 5, 2020 | | | | |
| 15 | Telegram chat - January 5, 2020 | | | | |
| 16 | Telegram chat - January 5, 2020 | | | | |
| 17 | Telegram chat - January 5, 2020 | | | | |
| 18 | Telegram chat - January 6, 2020 | | | | |
| 19 | January 6 video - Rehl and others | | | | |
| 20 | January 6 video - Rehl and others | | | | |

| | | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-CR-175-3 (TJK) |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | | |
| Plaintiff | ☐ | ZACHARY REHL | | | |
| Defendant | ☑ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Ministry of Self Defense - full transcript (12/30/22) | | | | |
| 22 | Ministry of Self Defense - transcript segment (12/30/22) | | | | |
| 23 | Ministry of Self Defense - transcript segment (12/30/22) | | | | |
| 24 | Ministry of Self Defense - transcript segment (12/30/22) | | | | |
| 25 | Ministry of Self Defense - transcript segment (12/30/22) | | | | |
| 26 | Ministry of Self Defense - transcript segment (12/30/22) | | | | |
| 27 | Ministry of Self Defense - zoom video (12/30/20) | 2-13-2023 | 2-13-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 28 | Parler - image | | | | |
| 29 | Parler - article | | | | |
| 30 | Ministry of Self Defense Application Form | | | | |

| Government ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. 21-CR-175-3 (TJK) | |
|---|---|---|---|---|---|
| Plaintiff ☐ | VS. | | | | |
| Defendant ✓ | ZACHARY REHL | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Cross Examination - Lloyd | 1-17-2023 | | T. Loyd | |
| 32 | Cross Examination - Bertino | | | | |
| 33 | Cross Examination - Stewart | | | | |
| 34 | Cross Examination - Giddings | | | | |
| 11A | Map | 1-18-2023 | 3-1-2023 | L. Hawa | 4/26/2023 2:45PM |
| 43 | Telegram Message | 2-14-2023 | 2-14-2023 | P. Dubrowski | ↓ |
| 44 | Telegram Message | 2-15-2023 | 2-15-2023 | P. Dubrowski | ↓ |
| 45 | Telegram Message | ↓ | | ↓ | |
| 46 | Bertino Photos | 2-27-2023 | 2-27-2023 | J. Bertino | 4/26/2023 2:45PM |
| 47 | Indictment | 2-27-2023 | | J. Bertino | |

UNITED STATES OF AMERICA

VS.

Zachary Rehl

Civil/Criminal No. 21-CR-175-3 (TJK)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 35 | Quested Cross Examination | 1-23-2023 | 1-23-2023 | N. Quested | 4/26/2023 2:45PM |
| 36 | S/A Klapic - Cross Examination | | | | |
| 37 | Matthew Green - Cross Examination | 1-25-2023 | 1-25-2023 | M. Greene | 4/26/2023 2:45PM |
| 37A | 1st Superseding Indictment | 1-25-2023 | | M. Greene | |
| 37B | Transcript | 1-31-2023 | | R. Cumliere | |
| 39 | Barr Statement | 2-8-2023 | | J. Cain | |
| 40 | Chats | 2-13-2023 | 2-13-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 41 | Transcript | | | | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Rehl)

Civil/Criminal No. 21-CR-175 (TJK)

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 48 | Photo | 3-2-2023 | | K. McCumber | 4/20/2023 2:45PM |
| 50 | Video | 3-14-2023 | 3-14-2023 | N. Miller | |
| 51 | Cellebrite | 3-16-2023 | 3-16-2023 | P. Dubrowski | |
| 11A | Document | 3-29-2023 | 3-29-2023 | B. Endle | |
| 11B | Document | ↓ | ↓ | | → |
| 11C | Document | ↓ | ↓ | | |
| 11DD | Packet | 3-29-2023 | | | 4/20/2023 2:45PM |
| 11D | Document | | 3-29-2023 | | → |
| 11E | Document | ↓ | ↓ | | → |
| 11F | ↓ | ↓ | ↓ | ↓ | ↓ |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Rehl)

Civil/Criminal No. 21-CR-175 (TJK)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 116 | Document | 3-29-2023 | 3-29-2023 | B. Endale | 4/26/2023 2:45PM |
| 117 | Document | ↓ | ↓ | ↓ | |
| 52 | Video Clip | 3-30-2023 | 3-30-2023 | J. Finley | 4/26/2023 2:45PM |
| 53 | Video Clip | | | | |
| 54 | Video Clip | | | | |
| 55 | Video Clip | | | | |
| 56 | Video Clip | | | | |
| 57 | Video Clip | | | | |
| 58 | Video Clip | | | | |
| 59 | Video Clip | ↓ | ↓ | ↓ | ↓ |

UNITED STATES OF AMERICA
VS.
ETHAN NORDEAN et al (Rehl)

Civil/Criminal No. 21-CR-175 (TJK)

Government Plaintiff ☐
Defendant ☐
Joint ✓
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 60 | Video Clip | 3-30-2023 | 3-30-2023 | J. Finley | 4/26/2023 2:45PM |
| 62 | Video Clip | 4-3-2023 | 4-3-2023 | D. Robins | |
| 63 | Video Clip | 4-3-2023 | 4-3-2023 | D. Robins | |
| 64 | Photograph | 4-3-2023 | 4-3-2023 | D. Robins | |
| 65 | Video | 4-11-2023 | 4-11-2023 | D. Jones | |
| 66 | Photo | ↓ | ↓ | ↓ | |
| 67 | Video Clip | ↓ | ↓ | ↓ | ✓ |
| 68 | Identification Doc | 4-18-2023 | 4-18-2023 | Z. Rehl | 4/26/2023 2:45PM |
| 69 | Video | ↓ | 4-19-2023 | ↓ | |
| 70 | texts | ↓ | ↓ | ↓ | ✓ |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Rehl)

Civil/Criminal No. 21-CR-175 (TJK)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 71 | text | 4-18-2023 | 4-18-2023 | Z. Rehl | 4/20/2023 2:45PM |
| 72 | texts | ↓ | ↓ | ↓ | ↓ |