Government ☐
Plaintiff ☐
Defendant ☒
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (ENRIQUE TARRIO)

Civil/Criminal No. 21-CR-175 (TJK)

TARRIO ADOPTS ALL GOVERNMENT EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Whatsapp Messages between Ethan Mennen and Shane Lamond | | | | |
| 2 | Whatsapp Messages between Ben Tyler and Shane Lamond | | | | |
| 3 | Whatsapp Messages Shane Lamond (The New Intel Group) | | | | |
| 4 | Text Messages between Enrique Tarrio and Shane Lamond | 2-14-2023 | 2-14-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 5 | Telegram between Enrique Tarrio and Shane Lamond | ↓ | ↓ | ↓ | ↓ |
| 6 | Telegram Secret Chats between Enrique Tarrio and Shane Lamond (BikNBil) | 2-8-2023 | | J. Cain | |
| 7 | Text Messages between Shane Lamond and Mark Varanelli | | | | |
| 8 | Text Messages between Shane Lamond, David Lamond, and Mark Varanelli | | | | |
| 9 | Signal Communication (PF Event Info.) | | | | |
| 10 | Text Messages between Adrienna DiCioccio and Shane Lamond | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARK! FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Text Messages between Shane Lamond, Mark Varanelli and Carl Holmberg | | | | |
| 12 | Text Messages between Shane Lamond and Jeffery Carroll | | | | |
| 13 | Native Messages between Shane Lamond and Jeffrey Carroll @dc.gov | | | | |
| 14 | Text Messages between Shane Lamond and Jack Donohue | | | | |
| 15 | Signal Communication between Shane Lamond and Jack Donohue | | | | |
| 16 | Text Messages between Shane Lamond and Dave Engel | | | | |
| 17 | Text Messages between Shane Lamond and Matt Bromeland | | | | |
| 18 | Text Messages between Shane Lamond and Richard Rogers | | | | |
| 19 | Text Messages between Shane Lamond and Peter Villahoz | | | | |
| 20 | Text Messages between Shane Lamond, Guillermo Rivera, Carolyn Montagna, Robert Glover, and Jeffrey W. Carroll | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Text Messages between Carolyn Montagna, Guillermo Rivera and Shane Lamond | | | | |
| 22 | Telegram chat between Felisia MAGA and Tarrio | | | | |
| 23 | Telegram chat between Amy Harris and Tarrio | | | | |
| 24 | Telegram chat between Matt Gutman and Tarrio | | | | |
| 25 | Telegram chat between Eryka Gemma Flores and Tarrio | | | | |
| 26 | Telegram chat between Kyle Prescott and Tarrio | | | | |
| 27 | Telegram chat between Mike and Tarrio | | | | |
| 28 | Telegram chat between Jeremy Bertino (Noblebeard) and Tarrio | | | | |
| 29 | Telegram chat between Joseph Biggs and Tarrio | | | | |
| 30 | Telegram chat between Bianca Garcia and Tarrio | | | | |
| 31 | Telegram secret chat between Charles Donohoe and Tarrio | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 32 | Telegram secret chat between ANIMAL and Tarrio | | | | |
| 33 | Telegram chat between Zachary Rehl and Tarrio | | | | |
| 34 | Telegram chat between Jon2A and Tarrio | | | | |
| 35 | Telegram chat between Johnny Blackbeard and Tarrio | | | | |
| 36 | Telegram chat between Tara MAGA and Tarrio | | | | |
| 37 | Telegram chat between Chief Bowles and Tarrio | | | | |
| 38 | Telegram chat between Scott Chafian and Tarrio | | | | |
| 39 | Telegram chat between RADAR and Tarrio | | | | |
| 40 | Telegram chat between Greg AZ President and Tarrio | | | | |
| 41 | Telegram chat between Dominic Pezzola (Spazzo) and Tarrio | | | | |
| 42 | Telegram chat between Swollen Cannoli and Tarrio | | | | |
| 43 | Telegram chat between Hope Faith and Tarrio | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 44 | Telegram chat between "Avva" (Nicole Roberson) and Tarrio | | | | |
| 45 | Telegram chat between KNOWLEDGEisPOWER and Tarrio | | | | |
| 46 | Telegram chat between Sunchaser and Tarrio | | | | |
| 47 | Telegram chat between The Dread Boomer Chimichanga and Tarrio | | | | |
| 48 | Telegram chat between Harry Elders, Twisted Zack and Tarrio | | | | |
| 49 | Telegram chat between Thad Williams and Tarrio | | | | |
| 50 | Telegram chat Ministry of Self-Defense – MAIN 1 | 2-8-2023 | | J. Cain | |
| 51 | Telegram chat Ministry of Self-Defense – MAIN 2 | | | | |
| 52 | Telegram chat DC 6th PB dance off | | | | |
| 53 | Telegram chat The Official PB Leadership | | | | |
| 54 | Telegram chat Ministry of Self-Defense | | | | |
| 55 | Telegram chat PB Security | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 56 | Telegram chat Ministry of Self-Defense – OP 1 | | | | |
| 57 | Telegram chat Ministry of Self-Defense – OP 2 | | | | |
| 58 | Telegram chat LFT 2020 Executive Board Room (Latinos for Trump) | | | | |
| 59 | Telegram chat MOSD Vetting Chat | | | | |
| 60 | Telegram chat Operation DC Street Sweepers 12/12 | | | | |
| 61 | Telegram chat East Coast Rally Command | | | | |
| 62 | Text Messages between Jeremy Bertino and Tarrio | | | | |
| 63 | Text Messages between 7249963597 and Tarrio | | | | |
| 64 | Text Messages between Ethan Nordean and Tarrio | | | | |
| 65 | Text Messages between Philip Anderson and Tarrio | | | | |
| 66 | Text Messages between Adrienna DiCioccio and Tarrio | | | | |
| 67 | Text Messages between Amy Harris and Tarrio | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED F. I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 68 | Text Messages between Nick Quested and Tarrio | | | | |
| 69 | Text Messages between Jillian and Tarrio | | | | |
| 70 | Text Messages between Jaimy and Tarrio | | | | |
| 71 | Text Messages between Joseph Biggs and Tarrio | | | | |
| 72 | Text Messages between 6024278908 and Tarrio | | | | |
| 73 | Text Messages between Tim Enlow and Tarrio | | | | |
| 74 | Text Messages between Kyle Prescott and Tarrio | | | | |
| 75 | Text Messages between Catcha, Tom Shad and Tarrio | | | | |
| 76 | Text Messages between Brandon TCPB and Tarrio | | | | |
| 77 | Text Messages between Joe Oak, Joseph Biggs, Paul Rae and Tarrio | | | | |
| 78 | Text Messages between Gilbert, Adolfo, Gabriel, Ozzy, Oly and Tarrio | | | | |
| 79 | Text Messages between 5106813882 and Tarrio | | | | |
| 80 | Text Messages between Ethan Nordean, Joseph Biggs and Tarrio | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 81 | Signal Chat between Pete Santilli and Tarrio | | | | |
| 82 | Text Messages between Jenny Loh and Tarrio | | | | |
| 83 | Text Messages between Mike and Tarrio | | | | |
| 84 | Text Messages between Danny [9087830432] and Tarrio | | | | |
| 85 | Text Messages between Cassandra F. and Tarrio | | | | |
| 86 | Text Messages between Felisia MAGA and Tarrio | | | | |
| 87 | Text Messages between Cindy Chafian and Tarrio | | | | |
| 88 | Text Messages between Bianca Garcia [TuVoz] and Tarrio | | | | |
| 89 | Text Messages between Eryka Gemma Flores and Tarrio | | | | |
| 90 | Text Messages between Erin and Tarrio | | | | |
| 91 | Text Messages between Dave Chester and Tarrio | | | | |
| 92 | Text Messages between Melanie Chester and Tarrio | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 93 | Text Messages between Michael Graves and Tarrio | | | | |
| 94 | Text Messages between Jeremy Quinn and Tarrio | | | | |
| 95 | Text Messages between Martin Moraitis and Tarrio | | | | |
| 96 | Text Messages between New Jersey (old) President and Tarrio | | | | |
| 97 | Text Messages between Paul Rae and Tarrio | | | | |
| 98 | Text Messages between Harry Elders and Tarrio | | | | |
| 99 | Telegram chat New MOSD | | | | |
| 100 | Telegram chat Elder's Chat | | | | |
| 101 | Telegram chat MOSD Member | | | | |
| 102 | Telegram chat President's Chat | | | | |
| 103 | Telegram chat Skull and Bones | | | | |
| 104 | Telegram chat Boots on Ground | | | | |
| 105 | ML_DC_20210105_A6500_C0034 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 106 | ML_DC_20210105_A6500_C0038 | | | | |
| 107 | ML_DC_20210105_Sony_FS5_Clip0008 | | | | |
| 108 | ML_DC_20210105_Sony_FS5_Clip0009 | | | | |
| 109 | ML_DC_20210105_Sony_FS5_Clip0012 | | | | |
| 110 | ML_DC_20210105_Sony_FS5_Clip0013 | | | | |
| 111 | ML_DC_20210105_Sony_FS5_Clip0017 | | | | |
| 112 | ML_DC_20210105_Sony_FS5_Clip0022 | | | | |
| 113 | ML_DC_20210105_Sony_FS5_Clip0025 | | | | |
| 114 | ML_DC_20210105_Sony_FS5_Clip0026 | | | | |
| 115 | ML_DC_20210105_Sony_FS5_Clip0028 | | | | |
| 116 | ML_DC_20210105_Sony_FS5_Clip0029 | | | | |
| 117 | ML_DC_20210105_Sony_FS5_Clip0030 | | | | |
| 118 | ML_DC_20210105_Sony_FS5_Clip0031 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 119 | ML_DC_20210105_Sony_FS5_Clip0032 | | | | |
| 120 | ML_DC_20210105_Sony_FS5_Clip0033 | | | | |
| 121 | ML_DC_20210105_Sony_FS5_Clip0042 | | | | |
| 122 | ML_DC_20210105_Sony_FS5_Clip0051 | | | | |
| 123 | ML_DC_20210105_Sony_FS5_Clip0052 | | | | |
| 124 | ML_DC_20210105_Sony_FS5_Clip0053 | | | | |
| 125 | ML_DC_20210105_Sony_FS5_Clip0054 | | | | |
| 126 | ML_DC_20210105_Sony_FS5_Clip0040 | | | | |
| 127 | ML_DC_20210105_Sony_FS7-GC_1853 | | | | |
| 128 | ML_DC_20210105_Sony_FS7-GC_1894 | | | | |
| 129 | ML_DC_20210105_Sony_GC280A_0480 | | | | |
| 130 | ML_DC_20210105_Sony_GC280A_0481 | | | | |
| 131 | CAPVID_00052_IMG_9508 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 132 | Chairman DUNKTANK Video | | | | |
| 133 | MOSD Brief | | | | |
| 134 | Gilbert Messages [Excel] | | | | |
| 135 | 1776 [Drafts] | | | | |
| 136 | Proud Boys Meet-Up – Stations of the Congregation | | | | |
| 137 | The Constitution and Bylaws of ProudBoys | 3-24-2023 | 3-24-2023 | G. Mesa | 4/26/2023 2:45PM |
| 138 | Adrienna DiCioccio Interview | | | | |
| 139 | Joseph Biggs Interview with Todd Myers | | | | |
| 140 | Chapter Application Quaker State Proud Boys PowerPoint | | | | |
| 141 | MOSD Application Form | 3-24-2023 | 3-24-2023 | G. Mesa | 4/26/2023 2:45PM |
| 142 | MOSD Responses | | | | |
| 143 | MOSD Telegram Chat Voice chat recordings | | | | |
| 144 | Facebook Event (Patriots United – March on Congress) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 145 | March for Trump Flyer | | | | |
| 146 | Latinos for TRUMP National Conference (June 21st & 22nd) Enrique [Florida State Director] Pass | | | | |
| 147 | Faith N Freedoms Conference [Tarrio] VIP Pass | | | | |
| 148 | Washington DC Agenda for Latinos for Trump | 3-24-2023 | 3-24-2023 | G. Mesa | 4/26/2023 2:45PM |
| 149 | #StopTheSteal Flyer [StopHate Group Photo] | | | | |
| 150 | MAGA MAP Guide Booklet Page | | | | |
| 151 | Latinos for Trump Freedom Rally Flyer | 3-24-2023 | 3-24-2023 | G. Mesa | 4/26/2023 2:45PM |
| 152 | Save America March VIP Pass | | | | |
| 153 | Texas Federation of Republican Women Certificate | | | | |
| 154 | Seattle Proud Boy card | | | | |
| 155 | Card with Proud Boy Tenants | | | | |
| 156 | Cellular Records (Joseph Biggs) | | | | |
| 157 | Cellular Records (Enrique Tarrio) | | | | |

| | |
|---|---|
| Government ☐ | UNITED STATES OF AMERICA |
| Plaintiff ☐ | VS. |
| Defendant ☑ | ETHAN NORDEAN et al (TARRIO) |
| Joint ☐ | |
| Court ☐ | |

Civil/Criminal No. 21-CR-175-5 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 620 | Video | 2-1-2023 | 2-1-2023 | K. Camiliere | 4/26/2023 2:45PM |
| 1A | Demostrative Video | 2-8-2023 | 2-8-2023 | J. Cain | |
| 613AA | Video | 2-14-2023 | 2-14-2023 | P. Dubrowski | |
| 613II | Video | | | | |
| 613JJ | | | | | |
| 613MM | | | | | |
| 613NN | | | | | |
| 613RR | / | / | / | / | / |
| 613SS | | | | | 4/26/2023 2:45PM |
| 613TT | ↓ | ↓ | ↓ | ↓ | |

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ✓ |
| | Joint | ☐ |
| | Court | ☐ |

UNITED STATES OF AMERICA
VS.
ETHAN NORDEAN et al (TARRIO)

Civil/Criminal No. 21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 613VV | Video | 2-14-2023 | 2-14-2023 | P. Dubrowski | 4/26/2023 2:45PM |
| 613EE | ↓ | ↓ | ↓ | ↓ | ↓ |
| 7X | Demonstrative Radio | 2-14-2023 | | P. Dubrowski | |
| 8X | Agenda | ↓ | 2-14-2023 | ↓ | 4/26/2023 2:45PM |
| 9X | Flyer | | | | |
| 158 | Page 45 3/18 Interview | 2-27-2023 | 2-27-2023 | J. Bertino | 4/26/2023 2:45PM |
| 159 | Recollection Texts | 2-27-2023 | | J. Bertino | |
| 160 | Email (Recollection) | 3-14-2023 | | N. Miller | |
| 50A | Page 189 | 3-24-2023 | 3-24-2023 | G. Mesa | 4/26/2023 2:45PM |
| 170-1 | TEXT MESSAGES | 4-6-2023 | 4-6-2023 | READ INTO THE RECORD | ↓ |
| 170-46 | ↓ | ↓ | ↓ | ↓ | ↓ |