UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DOMINIC PEZZOLA

No. 21-cr-00175

**DEFENDANT'S EXHIBIT LIST**

| Series  Photographs and Video Evidence | | | | |
| --- | --- | --- | --- | --- |
| **_Ex. No._** | **_Description of Exhibit_** | **_Source_** | **_Date Offered_** | **_Date Admitted_** |
| 1 | Slideshow of Photos of Mr. Pezzola & Family or Friends | | | |
| 2 | Open Source Footage of Officer misconduct | Open Source | | |
| 3 | **Photo of protestor injury** | Discovery | | |
| 4 | **Bodycam footage of Officer H.F.** | Discovery | | |
| 5 | **Bodycam Footage of Officer S.S.** | Discovery | | |
| 6 | **Bodycam Footage of Officer C.M.** | Discovery | | |
| 7 | **Officers Shooting at Protestors from Above** | Discovery | | |
| 8 | **Bodycam Footage of Officer J.B** | Discovery | | |
| 9 | **Pezzola marching in Capitol** | Open Source | | |
| 10 | **Individual breaking window** | Open Source | | |

| | | | | |
|---|---|---|---|---|
| 11 | **20210106-_FIRST_AMMENDMENT_ASSEMBLY-_VERMONT_&_H_STREET_NW_** | Discovery | | |
| 12 | **0102USCS01SenateWingDoornearS139_2021-01-06_14h11min04s377ms.mp4** | Discovery | | |
| 13 | **20210106 Riot Capitol Building Bodycam Footage** | Discovery | | |
| 14 | **20210106 First Amendment Assembly Vermont & H Street** | Discovery | | |
| 15 | **20210106 First Amendment 800 16th St NW** | Discovery | | |
| 16 | 20210106 Capitol Siege United States Capitol | Discovery | | |
| 17 | **FELONY_APO_RIOTOUS_ACTS-US_CAPITOL_COMPLEX** | Discovery | | |
| 18 | **20210106_-_RIOT_-_CAPITAL_BUILDING** | Discovery | | |
| 19 | **GO-PER-120.23 (Serious Misconduct Investigations)** | MPD Website-Policies and Procedures | | |
| 20 | **GO-RAR-901.07 (Use of Force);** | MPD Website-Policies and Procedures | | |
| 21 | **GOSPT-302.13 (Body-Worn Camera Program)** | MPD Website-Policies and Procedures | | |
| 22 | **RAR-901-04- Less Lethal Weapons** | MPD Website-Policies and Procedures | | |

| 23 | Someone Else Breaking the Window | Open Source | | |
| 24 | RiotID_Guide_ENGLISH | Open Source | | |
| 25 | Impact_Munitions_Guide_ENGLISH | Open Source | | |
| 26 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | Open Source | | |
| 27 | How to Deploy Impact Munitions - Article - POLICE Magazine (1) | Open Source | | |
| 28 | covering_riot_control_in_the_united_states_0 (1) | Open Source | | |
| 29 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | MPD Website-Policies and Procedures | | |
| 30 | PepperBall-Catalog-2022_web | Open Source | | |
| 31 | PEP-21006-Round-LIVE-Specs-120121 | Open Source | | |
| 32 | PEP-21006-Round-LIVE-X-Specs-120121 | Open Source | | |
| 33 | PEP-21006-Round-LIVE-MAXX-Specs-120121 | Open Source | | |
| 34 | PEP-21006-Glass-Breaker-Specs-120121 | Open Source | | |

| | | | | |
|---|---|---|---|---|
| 35 | Biggs and Rufio | Open Source | | |
| 36 | **Enrique Dec Speech 2** | Open Source | | |
| 37 | **Enrique Dec Speech 3** | Open Source | | |
| 38 | Enrique Dec Speech | Open Source | | |
| 39 | MoSD_Leadership_Chat_talking_about_how_to_be_ NON_Violent_and_DE | Open Source | | |
| 40 | **photo_2022-12-31_17-49-10** | | | |
| 41 | 0901_USCD_LA_Dome_South_-_2021-01-06_20h20min02s.mp4 | Discovery | | |
| 42 | **0906_USCD_LA_South_Dome_-_2021-01-06_18h40min15s.mp4** | Discovery | | |
| 43 | 0906_USCD_LA_South_Dome_-_2021-01-06_19h00min15s.mp4 | Discovery | | |
| 44 | 0906_USCD_LA_South_Dome_-_2021-01-06_20h20min15s.mp4 | Discovery | | |
| 45 | 0932_USCG_00_CVC_Elevator_Tower_S outh_-_2021-01-06_18h45min34s.mp4 | Discovery | | |
| 46 | **0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_19h01min40s.mp4** | Discovery | | |

| | | | | |
|---|---|---|---|---|
| 47 | 0940_QNW_00_NJ_&_Con_NW_-_2021-01-06_18h50min42s.mp4 | Discovery | | |
| 48 | 1037_RSOB_RF_Southwest_Roof_-_2021-01-06_18h46min00s.mp4 | Discovery | | |
| 49 | 3113_RHOB_RF_Southeast_Roof_-_2021-01-06_20h23min56s.mp4 | Discovery | | |
| 50 | 3168_RHOB_RF_South_Roof_Center_-_2021-01-06_20h18min30s.mp4 | Discovery | | |
| 51 | 3454_CHOB_RF_Northwest_Roof_-_2021-01-06_18h40min01s.mp4 | Discovery | | |
| 52 | PEP-21006-VXR-LIVE-Specs | Open Source | | |
| 53 | PEP-21006-VXR-LIVE-X-Spec-Sheet | Open Source | | |
| 54 | 3454_CHOB_RF_Northwest_Roof_- | Discovery | | |
| 55 | _2021-01-06_19h00min01s.mp4 | Discovery | | |

| | | | | |
|---|---|---|---|---|
| 56 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_18h40min01s.mp4 | Discovery | | |
| 57 | 7201_USCG_00_1st_&_E_Cap_SE_-_2021-01-06_19h00min01s.mp4 | Discovery | | |
| 58 | 20210106-FIRST_AMENDMENT-800_16TH_ST_NW | Discovery | | |
| 59 | Letter from VP Pence | Open Source | | |
| 60 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | Open Source | | |
| 61 | CAPITOL POLICE FIRED EXPLODING FLASH GRENADE INTO CROWD on Jan. 6 of Men, Women, Children | Open Source | | |
| 62 | January 6_ Black Bloc Enters Capitol First | Open Source | | |
| 63 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | Open Source | | |

| | | | | |
|---|---|---|---|---|
| 65 | 120_21re- Disciplinary Procedures and Processes | MPD Website-Policies and Procedures | | |
| 66 | 201_31re - Policing for Prevention: Use of High Visibility Patrol Tactics | MPD Website-Policies and Procedures | | |
| 67 | EO_20_021- Coronavirus 2019 Guidance on Calls for Service | MPD Website-Policies and Procedures | | |
| 68 | EO-20-027- Coronavirus 2019: Remote OPC Appearances and Electronic Submission Procedures | MPD Website-Policies and Procedures | | |
| 69 | EO-20-044- Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 | MPD Website-Policies and Procedures | | |
| 70 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | MPD Website-Policies and Procedures | | |
| 71 | GO–OPS–204.06- Victim/Witness Services | MPD Website-Policies and Procedures | | |
| 72 | GO – SPT – 204.01- Media | MPD Website-Policies and Procedures | | |
| 73 | PER-201-29- Police Officer Initial Training Program | MPD Website-Policies and Procedures | | |
| 74 | GO-PER-201.08- Outside Training Program | MPD Website-Policies and Procedures | | |
| 75 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | MPD Website-Policies and Procedures | | |
| 76 | 16-013- Senior Law Enforcement Officer Emergency Act of 2016 | MPD Website-Policies and Procedures | | |
| 77 | 17-015- Selection Criteria for Field Training Officers | MPD Website-Policies and Procedures | | |
| 78 | 18-003- Field Training Officer Compensation | MPD Website-Policies and Procedures | | |

| 79 | 20-003- Disciplinary Procedure Updates | MPD Website-Policies and Procedures | | |
| 80 | EO-21-013- Coronavirus 2019: Modified Phase Two of Washington, DC Reopening | MPD Website-Policies and Procedures | | |
| 81 | EO-21-014- MPD Email Requirements | MPD Website-Policies and Procedures | | |
| 82 | EO-21-019- Self-Directed Learning (SDL) Program | MPD Website-Policies and Procedures | | |
| 83 | EO-21-027- Rank Insignia | MPD Website-Policies and Procedures | | |
| 84 | GO – PER – 201.32- Policing for Prevention: High Visibility Deployment of Sworn Personnel | MPD Website-Policies and Procedures | | |
| 85 | EO-21-032- Off-Duty Service Firearms and Police Action | MPD Website-Policies and Procedures | | |
| 86 | 5822Ex 71- 99630-Proud-Boys-Undercover-FBI-Informant-reports-live-from-on-site-January-6 | Open Source | | |
| 87 | EO-22-002- Ballistic Shield Deployment | MPD Website-Policies and Procedures | | |
| 88 | EO-22-010- Regular or Continuous Associations and Involvements | MPD Website-Policies and Procedures | | |
| 89 | GO – PER – 201.22- Fire and Police Disciplinary Action Procedure Act of 2004 | MPD Website-Policies and Procedures | | |
| 90 | GO - PER - 120.23- Serious Misconduct Investigations | MPD Website-Policies and Procedures | | |
| 91 | OMA-101-00- Directives System | MPD Website-Policies and Procedures | | |

| 92 | OMA-101-03- Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps | MPD Website-Policies and Procedures | | |
|---|---|---|---|---|
| 93 | OMA-101-09- Duties and Responsibilities of Sworn Officials | MPD Website-Policies and Procedures | | |
| 94 | OMA-101-10- Organization of the Metropolitan Police Department (MPD) | MPD Website-Policies and Procedures | | |
| 95 | PER-101-12- Senior Police Officers | MPD Website-Policies and Procedures | | |
| 96 | PER-110-11- Uniform, Equipment, and Appearance Standards | MPD Website-Policies and Procedures | | |
| 97 | OMA- 120 24- Revocation/Restoration of Police Powers | MPD Website-Policies and Procedures | | |
| 98 | PER-120-25- Processing Complaints Against Metropolitan Police Department Members | MPD Website-Policies and Procedures | | |
| 99 | PER-120-29- Professional Conduct and Intervention Board | MPD Website-Policies and Procedures | | |
| 100 | PER-201-01- Non-Uniformed Assignments | MPD Website-Policies and Procedures | | |
| 101 | GO- 201 3- Grievance Procedures | MPD Website-Policies and Procedures | | |
| 102 | GO- 201-04- Special Assignment Positions | MPD Website-Policies and Procedures | | |
| 103 | GO- 201-11- Transfers and Changes in Assignments | MPD Website-Policies and Procedures | | |
| 104 | GO- 201-18- Detail Assignments | MPD Website-Policies and Procedures | | |

| 105 | PER-201-19- Employee Personnel Records | MPD Website-Policies and Procedures | | |
| 106 | PER-201-20- Performance Management and Development | MPD Website-Policies and Procedures | | |
| 107 | GO-PER-201.21- Limitations on Work Hours | MPD Website-Policies and Procedures | | |
| 108 | PER-201-26- Duties, Responsibilities and Conduct of Members of the Department | MPD Website-Policies and Procedures | | |
| 109 | PER-201-27- Master Patrol Officer Program | MPD Website-Policies and Procedures | | |
| 110 | GO-201-28- Metropolitan Police Employee Assistance Program ( MPEAP) | MPD Website-Policies and Procedures | | |
| 111 | PER 201 33- Field Training Program | MPD Website-Policies and Procedures | | |
| 112 | RAR-201-36- Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics | MPD Website-Policies and Procedures | | |
| 113 | 582275911-MOSD-Chat-in-Full | Discovery | | |
| 114 | 582286845-Proud-Boys-leadership-group-MOSD-chat-messages-December-27-2020-Part-1-of-2 | Discovery | | |
| 115 | OMA 203 02- Displaying and Handling of the United States Flag | MPD Website-Policies and Procedures | | |
| 116 | 2021-R-00386_Expenditures | Discovery | | |
| 117 | NEWSMAX_ Feds Caught, On Video, Attacking Capitol On J6 | Open Source | | |

| 118 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | Open Source | | |
| 119 | GO-205-03- Records Retention and Disposition | MPD Website-Policies and Procedures | | |
| 120 | GO-207-01- Clearance Procedures | MPD Website-Policies and Procedures | | |
| 121 | OPR Interview with Inspector Robert Glover | Discovery | | |
| 122 | OPS-301-02- Patrol Special Mission Units | MPD Website-Policies and Procedures | | |
| 123 | OPS-301-09- Police Bikes | MPD Website-Policies and Procedures | | |
| 124 | SPT 302 01- Calls for Service | MPD Website-Policies and Procedures | | |
| 125 | SPT-302-02- Radio Broadcasts and Look-outs | MPD Website-Policies and Procedures | | |
| 126 | GOC-07-05- GO-PER-120.21 (Disciplinary Procedures and Processes) | MPD Website-Policies and Procedures | | |
| 127 | GOC-14-01 [GO-OMA-101.09 (Duties and Responsibilities of Sworn Officials)] | MPD Website-Policies and Procedures | | |
| 128 | GOC-17-01 [GO-PER-120.21 (Disciplinary Procedures and Processes)] | MPD Website-Policies and Procedures | | |
| 129 | PER 100 11- Medical Services | MPD Website-Policies and Procedures | | |
| 130 | GO - PER - 201.31- Policing for Prevention: Use of High Visibility Patrol Tactics | MPD Website-Policies and Procedures | | |

| 131 | Window File 1.mp4 | | | |
|---|---|---|---|---|
| 132 | Window File 2.mp4 | | | |
| 133 | Window File 3.mp4 | | | |
| 134 | Window File 4.mp4 | | | |
| 135 | Bloody guy.mp4 | | | |
| 136 | Firing Rubber Bullets from above.mp4 | | 1-25-2023 | 1-25-2023 M. Greene S. Hill |
| 137 | rubber bullets from above 2.mp4 | | 2-7-2023 | 2-7-2023 M. Ode |
| 138 | BWC Camera Footage 2021-01-08 2218 - PROTESTS - 900 11th St NW    Molinari, Michael (9322)   X6039B7BM      08 Jan 2021 22:18:13      8m 9s | | | |
| 139 | BWC Camera Footage 2021-01-07 Contact -1ST AMENDMENT PROTEST US CAPITOL POOL SIDE 1         Hunter, Aaron (7233)        X6039BFKP      07 Jan 2021 17:27:37      5m 17s | | | |
| 140 | BWC Camera Footage 20210107 - STOP - 200 PA AVE NW      Terry, John (8138)        X6039BKA0      07 Jan 2021 11:55:35      4m 18s | | | |
| 141 | BWC Camera Footage 01072021 627 H St NW Curfew Violation  Suggs, Philip (4159)   X6039BKW4      07 Jan 2021 01:17:03      5m 60s | | | |
| 142 | BWC Camera Footage 20210107 - Mass Processing - 4665 Blue Plains Dr SW         Watson, Marcus (11848) X6032932M      07 Jan 2021 00:09:47    2m 36s | | | |

| 143 | BWC Camera Footage<br>20210107 FIRST AMENDMENT ASSEMBLY 14TH AND H STREET NW<br>Officer A.Z. X6039BJDN06 Jan 2021 23:47:27      12m 4s | Discovery | | |
| 144 | BWC Camera Footage<br>20210106 FIRST AMENDMENT ASSEMBLY  14TH AND H STREET NW Wheeler, Leslie (8725)     X6039BJE8      06 Jan 2021 23:47:25      11m 59s | Discovery | | |
| 145 | BWC Camera Footage<br>20210106-CURFEW-900 10TH ST NW     Wolf, Garrett (10484) X6039BH50      06 Jan 2021 23:36:11      2m 4s | Discovery | | |
| 146 | BWC Camera Footage<br>20210107 - RIOT - H DTREET NE      Weinfeld, Savyon (6114)   X6039BGLZ      06 Jan 2021 23:34:13      12m 37s | Discovery | | |
| 147 | BWC Camera Footage<br>20210106 - RIOT - CAPITAL BUILDING      Foulds, Henry (11401)      06 Jan 2021 13:29:49      1h 25m | Discovery | | |
| 148 | BWC Camera Footage<br>20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX<br>Sajumon, Steven (11834)  06 Jan 2021 16:24:07      1h 44m | Discovery | | |
| 149 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL COMPLEX<br>Moore, Carter (12094)             06 Jan 2021 17:01:40<br>             17m 46s | Discovery | | |
| 150 | BWC Camera Footage<br>20210106- RIOTOUS ACTS- US CAPITAL COMPLEXMoore, Carter (12094)             X6039BF8M      06 Jan 2021 16:22:27      18m 3s | Discovery | | |
| 151 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX<br>Bronstein, Marina (11523)             06 Jan 2021 16:33:28      44m 10s | Discovery | | |
| 152 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX<br>Bronstein, Marina (11523) X6039BD07 06 Jan 2021 15:13:52 31m 25s | Discovery | | |
| 153 | BWC Camera Footage<br>20210106-RIOTOUS ACTS-US CAPITOL COMPLEX<br>Bronstein, Marina (11523) 06 Jan 2021 13:39:47   1h 33m | Discovery | | |

| 154 | 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX Bronstein, Marina (11523) 06 Jan 2021 13:02:58   35m 6s | Discovery | | |
|---|---|---|---|---|
| 155 | 20210106 - Riot  - US Capital Bldg- Coley, Travis (7713)        06 Jan 2021 13:29:40      1h 13m | Discovery | | |
| 156 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | Discovery | | |
| 157 | PXL_20210730_151916286 | Open Source | | |
| 158 | RM-53211-Crowd-and-Riot-as-of-1298 | Discovery | | |
| 159 | 579168257-3-Person-Ten-Interview-Proposed-Redactions-Gov-Suggestions-Accepted | Discovery | | |
| 160 | HSC 801 02 Demonstrations Directed at Foreign Governments | MPD Policies and Procedures | | |
| 161 | BWC Camera Footage Foulds, Henry (11401) Title: 20210106 - RIOT - CAPITAL BUILDING ID:21002555 Video Length: 1:55:21-Starts at 4:10 pm | Discovery | | |
| 162 | BWC Camera Footage H. F. Title: 20210106 - RIOT - CAPITAL BUILDING ID: 21002555 Jan 6, 2021 3:53 PM | Discovery | | |
| 163 | Elijah Schaffer Open Source Video | https://twitter.com/ElijahSchaffer/status/1346966514990149639 | | |
| 164 | Stephen Horn Open Source Video 1 | https://twitter.com/stephenehorn/status/1611423120740556800 | | |
| 165 | Stephene Horn Open Source Video 2 | https://twitter.com/stephenehorn/status/1611427381184446470 | | |

| 166 | Stephene Horn Open Source Video 3 | https://twitter.com/stephenehorn/status/1517884254671282180 | | |
| 167 | Stephene Horn Open Source Video 4 | https://twitter.com/stephenehorn/status/1554844622379270144 | | |
| 168 | Parler Video 1 | https://twitter.com/ParlerVideos/status/1356869288502710272 | | |
| 169 | Stephene Horn Open Source Video 5 | https://twitter.com/stephenehorn/status/1441428726307196936 | | |
| 170 | Ford Fischer Video 1 | https://twitter.com/FordFischer/status/1346970079565590528 | | |
| 171 | ~~Ford Fischer Video 2~~ *VIDEO CLIP* | https://twitter.com/FordFischer/status/1346970079565590528 | *4-6-2023* | *4-6-2023*   *S. HILL* |
| 172 | Stephene Horn Open Source Video 6 | https://twitter.com/stephenehorn/status/1611441419448684572 | | |
| 173 | Stephene Horn Open Source Video 7 | https://twitter.com/stephenehorn/status/1611441857933807640 | | |
| 174 | Free State Will Open Source | https://twitter.com/FreeStateWill/status/1486163555237904384 | | |
| 175 | | https://dcfpd.us.evidence.com/axon/evidence-search?case_id=21003672%2C%2021002555 | | |
| 176 | Eddie Block Videos of January 6th in entirety | https://archive.org/details/20210105-eddie.-live-in-dc-for-real-18575s-1280x-720-urab-wfjljs_202102/20210106+-+Bad+WiFi+in+dc+-+(6041s)+%5B1280x720%5D+%5BoSOsG5kN5wc%5D.mkv | | |

*172A   PHOTOGRAPH OF MR. BLACK's FACE          S. HILL          4-6-2023   4-6-2023*

| | | | | |
|---|---|---|---|---|
| 177 | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | https://rumble.com/vcjxnp-shocking-new-video-capitol-police-appear-to-just-let-protesters-into-buildi.html | | |
| 178 | BWC Camera Footage- 20210106-FIRST AMENDMENT-800 16TH ST NW ID : 21001920, 21002550  X6039BGXT | Discovery | | |
| 179 | https://rumble.com/vchzin-capitol-police-appear-to-remove-fence-barrier-containing-protestors.html | Open Source | | |
| 180 | Photo of Stop Pence and Trump Protest Flyer | Open Source | | |
| 181 | BWC Footage 20210106-FIRST AMENDMENT-800 16TH ST NW Off. D.B. X6039BGXT | Discovery | | |
| 182 | ~~Article Real Clear Investigations~~ <br> *VIDEO CLIP* | https://www.realclearinvestigations.com/articles/2020/10/30/roots_of_a ntifa_this_idea_has_violent_conseq uences_125818.html | 4-6-2023 | 4-6-2023 | S. HILL |
| 183 | BWC Footage 20210106- FIRST AMMENDMENT ASSEMBLY-VERMONT Officer T.A. X6039B98K | Discovery | | |
| 184 | Schedule for Wednesday January 6th 2021 | https://www.democrats.senate.gov/2021/01/03/schedule-for-wednesday-january-6-2021 | | |
| 185 | Hayes and Tilden Photo | Open Source | | |
| 186 | Hayes and Tilden Article Wikipedia | https://en.wikipedia.org/wiki/1876_United_States_presidential_election#:~:text=The%201876%20United%20States%20presidential,presidential%20elections%20in%20American%20history. | | |

| 187 | 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX Off. S.S. X6039BJ8Z | Discovery | | |
|-----|--------------------------------------------------------------------------|-----------|--|--|
| 188 | Raz_of_the_CHAZ's_Livestream_Where_He_&_His_Henchmen_Attack,_Follow | Open Source | | |
| 189 | The Capitol Riot :  As it Happened [_6uSYhyFao4] | Open Source | | |
| 190 | Biggs and Rufio not talking about the Capitol cut | Open Source | | |
| 191 | Capitol_Police_Appear_to_Remove_Fence_Barrier_Containing_Protestors | Open Source | | |
| 192 | final_report_of_investigation_real | Open Source | | |
| 193 | Woman Using Walkie Talkie | Open Source | | |
| 194 | Shocking_New_Video_Capitol_Police_Appear_To_Just_Let_Protesters | Open Source | | |
| 195 | Mob storming the Capitol with no Instructions from PB's | Open Source | | |
| 196 | photo_2023-01-09_15-22-32 | | | |
| 197 | photo_2023-01-09_15-22-15 | | | |
| 198 | Reserved | | | |
| 199 | Reserved | | | |

| 200 | ~~Reserved~~ VIDEO CLIP | S. HILL | 4-6-2023 | 4-6-2023 |
|---|---|---|---|---|
| 201 | Reserved | | | |
| 202 | Reserved | | | |
| 203 | Reserved | | | |
| 204 | 0944_USCS_RF_West_Roof_-_2021-01-06_18h03min53s.mp4 | Discovery | | |
| 205 | rules.senate.gov/rules-of-the-senate | | | |
| 206 | govinfo.gov/app/collection/SMAN | | | |
| 207 | https://www.govinfo.gov/app/details/GPO-RIDDICK-1992/GPO-RIDDICK-1992-1/context | | | |
| 208 | CAPVID_00002_ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0.mp4 | | | |
| 209 | https://www.senate.gov/legislative/cloture/clotureCounts.htm | | | |
| 210 | The Legislative Process on the Senate Floor: An Introduction | | | |
| 211 | The Office of the Parliamentarian in the House and Senate | | | |
| 212 | The Legislative Process: Overview (Video) | | | |

| | | | | |
|---|---|---|---|---|
| 213 | How Our Laws Are Made | | | |
| 214 | https://www.senate.gov/about/powers-procedures/filibusters-cloture/resources.htm | | | |
| 215 | Reserved | | | |
| 216 | Reserved | | | |
| 217 | Reserved | | | |
| 218 | Reserved | | | |
| 219 | Reserved | | | |
| 220 | Reserved | | | |
| 221 | Unknown_202101061258_WFC1012292_37363435.mpeg | | | |
| 222 | Unknown_202101061317_WFC1012292_37365769.mpeg | | | |
| 223 | 20210106 - FELONY RIOT - US CAPITOL Off. L.M L.M  X6039BHJ1 | | | |
| 224 | photo_2023-01-09_14-57-19 | | | |
| 225 | People_at_CHAZ_Say_There_are_No_White_Supremacists_There_iCYYMFbypZ4 | | | |

| 226 | People Removing Barriers- Unverified to be PB | | | |
|---|---|---|---|---|
| 227 | Reserved | | | |
| 228 | Reserved | | | |
| 229 | Reserved | | | |
| 230 | November Stabbing DC | | | |
| 231 | Open Source Video Protestors 1 | | | |
| 232 | Open Source Video Protestors 2 | | | |
| 233 | Open Source Video Protestors 3 | | | |
| 234 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 32m 59s | | | |
| 235 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 25m 5s | | | |
| 236 | 20210106 - FELONY RIOT - US CAPITOL Officer L.M  X6039BHJ1 1h 39m | | | |
| 237 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL Officer J.B. X6039BLAL 3h 24m | | | |
| 238 | 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL 1h 16m Officer J.B. X6039BLAL | | | |

| | | | | |
|---|---|---|---|---|
| 239 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX<br>Officer C.M X6039BF8M<br>17m 46s | | | |
| 240 | 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX<br>Officer C.M X6039BF8M<br>18m 3s | | | |
| 241 | 2021-01-06 uscp riot<br>Officer D.T X6039B83Q<br>9m 43s | | | |
| 242 | 2021-01-06 uscp riot<br>Officer D.T X6039B83Q<br>23m 58s | | | |
| 243 | 2021-01-06 USCP Riot-Stinger<br>Officer D.T X6039B83Q | | | |
| 244 | 2021-01-06 USCP riot<br>Officer D.T X6039B83Q | | | |
| 245 | 2021-01-06 uscp riot- SKAT<br>Officer D.T X6039B83Q | | | |
| 246 | 2021-01-06 USCP riot-Mechanical<br>Officer D.T X6039B83Q | | | |
| 247 | HAU 3RD VIDEO - 2021-01-06 USCP RIOT ECD<br>DEPLOYM<br>Officer D.T X6039B83Q | | | |
| 248 | THAU 2ND VIDEO - 2021-01-06 uscp RIOT<br>Officer D.T X6039B83Q | | | |
| 249 | 2021-01-06 USCP RIOTS<br>Officer D.T X6039B83Q | | | |
| 250 | THAU 1ST VIDEO - 2021-01-06 USCP RIOTS<br>Officer D.T X6039B83Q | | | |
| 251 | ~~Reserved~~<br>Recollection Document | J. Bertino | 2-28-2023 | |
| 1A1 | Pic | J. McIntyre | 3-1-2023 | |

| 252 | Reserved Bertino Audio Clip | J. Bertino | 2-28-2023 | 2-28-2023 | 4/26/2023 2:45PM |
|---|---|---|---|---|---|
| 253 | Reserved Greene Phone Picture | N. Miller | 3-15-2023 | 3-15-2023 | ↓ |
| 254 | Reserved Note Documents | N. Miller | 3-15-2023 | | |
| 255 | Reserved PHOTOGRAPH | P. REILEY | 4-4-2023 | 4-4-2023 | 4/26/2023 2:45PM |
| 256 | BOXING PICTURES | L. MAGEE | 4-5-2023 | 4-5-2023 | ↓ |
| 257 | Reserved PEZZOLA PICTURES | L. MAGEE | 4-5-2023 | 4-5-2023 | |
| 258 | Reserved NEWSPAPER ARTICLE | L. MAGEE | 4-5-2023 | | |
| 259 | Reserved PHOTOGRAPH | S. HILL | 4-6-2023 | 4-6-2023 | 4/26/2023 2:45PM |
| 260 | Reserved | | | | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Pezzola)

Civil/Criminal No. 21-CR-175 (TJK)

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 300 | Video | 4-19-2023 | 4-19-2023 | D. Pezzola | 4/26/2023 2:45PM |
| 301 | Video | ↓ | ↓ | ↓ | |
| 302 | Video | 4-19-2023 | 4-19-2023 | D. Pezzola | |
| 303 | Video | ↓ | ↓ | ↓ | |
| 304 | Video | ↓ | ↓ | ↓ | |
| 305 | Photo | 4-19-2023 | 4-19-2023 | D. Pezzola | |
| 306 | Video Clip | 4-19-2023 | 4-19-2023 | D. Pezzola | |
| 307 | Video | ↓ | ↓ | ↓ | ↓ |
| 308 | | | | | |
| 309 | Video | 4-19-2023 | 4-19-2023 | D. Pezzola | 4/26/2023 2:45PM |

| | | | | |
|---|---|---|---|---|
| Government | ☐ | | | |
| Plaintiff | ☐ | | | |
| Defendant | ☑ | | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

UNITED STATES OF AMERICA

VS.

ETHAN NORDEAN et al (Pezzola)

**Civil/Criminal No.**  21-CR-175 (TJK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 310 | | | | | |
| 311 | Video Clip | 4-20-2023 | 4-20-2023 | D. Pezzola | 4/26/2023 2:45PM |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |