UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN,
JOSEPH BIGGS,
ZACHARY REHL,
ENRIQUE TARRIO, and
DOMINIC PEZZOLA,

    *Defendants.*

Criminal Action No. 21-175 (TJK)

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count One?**

        No \_\_\_\_\_  Yes **X**

    If your answer is "No," you must enter a verdict of Not Guilty as to Count One for each defendant listed in C below.

    If your answer is "Yes," answer parts B and C below.

    B. **Did the conspiracy charged in Count One include one or both of the following goals?**

        **Goal One:** To oppose by force the authority of the Government of the United States?

        No \_\_\_\_\_  Yes **X**

        **Goal Two:** To use force to prevent, hinder, or delay the execution of any law of the United States?

        No \_\_\_\_\_  Yes **X**

C. Verdict as to each defendant:

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty __X__

    **(2) *Joseph Biggs***

    Not Guilty _____ Guilty __X__

    **(3) *Zachary Rehl***

    Not Guilty _____ Guilty __X__

    **(4) *Enrique Tarrio***

    Not Guilty _____ Guilty __X__

    **(5) *Dominic Pezzola***

    Not Guilty __X__ Guilty _____

---

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Two?**

    No _____ Yes __X__

If your answer is "No," you must enter a verdict of Not Guilty as to Count Two for each defendant listed in B below.

If your answer is "Yes," answer part B below.

B. Verdict as to each defendant:

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty __X__

    **(2) *Joseph Biggs***

    Not Guilty _____ Guilty __X__

 **(3) *Zachary Rehl***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(4) *Enrique Tarrio***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(5) *Dominic Pezzola***

 Not Guilty \_\_\_\_\_  Guilty \_\_\_\_\_

---

**Count Three: Obstruction of an Official Proceeding**

 **(1) *Ethan Nordean***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(2) *Joseph Biggs***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(3) *Zachary Rehl***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(4) *Enrique Tarrio***

 Not Guilty \_\_\_\_\_  Guilty _X_

 **(5) *Dominic Pezzola***

 Not Guilty \_\_\_\_\_  Guilty _X_

---

**Count Four: Conspiracy to Prevent Members of Congress or Federal Officers from Discharging Their Duties**

 A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Four?**

  No \_\_\_\_\_  Yes _X_

 If your answer is "No," you must enter a verdict of Not Guilty as to Count Four for each defendant listed in C below.

3

If your answer is "Yes," answer parts B and C below.

B. **Did the conspiracy charged in Count Four include one or both of the following goals?**

   **Goal One:** To prevent a Member of Congress or federal officer from discharging a duty as a Member of Congress or federal officer?

   No _____   Yes _X_

   **Goal Two:** To induce a Member of Congress or federal officer to leave the place where the Member of Congress or federal officer's duties are required to be performed?

   No _____   Yes _X_

C. **Verdict as to each defendant:**

   **(1) *Ethan Nordean***

   Not Guilty _____   Guilty _X_

   **(2) *Joseph Biggs***

   Not Guilty _____   Guilty _X_

   **(3) *Zachary Rehl***

   Not Guilty _____   Guilty _X_

   **(4) *Enrique Tarrio***

   Not Guilty _____   Guilty _X_

   **(5) *Dominic Pezzola***

   Not Guilty _____   Guilty _X_

---

**Count Five: Obstructing Officers During a Civil Disorder**

   **(1) *Ethan Nordean***

   Not Guilty _____   Guilty _X_

4

**(2) *Joseph Biggs***

Not Guilty _____   Guilty __X__

**(3) *Zachary Rehl***

Not Guilty _____   Guilty __X__

**(4) *Enrique Tarrio***

Not Guilty _____   Guilty __X__

**(5) *Dominic Pezzola***

Not Guilty _____   Guilty __X__

---

**Count Six: Destruction of Government Property of Value Over $1,000 (fence)**

**(1) *Ethan Nordean***

Not Guilty _____   Guilty __X__

**(2) *Joseph Biggs***

Not Guilty _____   Guilty __X__

**(3) *Zachary Rehl***

Not Guilty _____   Guilty __X__

**(4) *Enrique Tarrio***

Not Guilty _____   Guilty __X__

**(5) *Dominic Pezzola***

Not Guilty _____   Guilty __X__

If you find a defendant Not Guilty of Count Six, proceed to Count Six (A). If you find a defendant Guilty of Count Six, do not answer Count Six (A).

**Count Six (A): Destruction of Government Property of Value Less Than $1,000 (fence)**

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty _____

    **(2) *Joseph Biggs***

    Not Guilty _____ Guilty _____

    **(3) *Zachary Rehl***

    Not Guilty _____ Guilty _____

    **(4) *Enrique Tarrio***

    Not Guilty _____ Guilty _____

    **(5) *Dominic Pezzola***

    Not Guilty _____ Guilty _____

---

**Count Seven: Destruction of Government Property of Value Over $1,000 (Capitol window)**

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty _____

    **(2) *Joseph Biggs***

    Not Guilty _____ Guilty _____

    **(3) *Zachary Rehl***

    Not Guilty _____ Guilty _____

    **(4) *Enrique Tarrio***

    Not Guilty _____ Guilty _____

    **(5) *Dominic Pezzola***

    Not Guilty _____ Guilty __X__

If you find a defendant Not Guilty of Count Seven, proceed to Count Seven (A). If you find a defendant Guilty of Count Seven, do not answer Count Seven (A).

**Count Seven (A): Destruction of Government Property of Value Less Than $1,000 (Capitol window)**

    **(1)** *Ethan Nordean*

    Not Guilty _____ Guilty _____

    **(2)** *Joseph Biggs*

    Not Guilty _____ Guilty _____

    **(3)** *Zachary Rehl*

    Not Guilty _____ Guilty _____

    **(4)** *Enrique Tarrio*

    Not Guilty _____ Guilty _____

    **(5)** *Dominic Pezzola*

    Not Guilty _____ Guilty _____

---

**Count Eight: Assaulting, Resisting, or Impeding Certain Officers (water bottle)**

    **(1)** *Ethan Nordean*

    Not Guilty _____ Guilty _____

    **(2)** *Joseph Biggs*

    Not Guilty _____ Guilty _____

    **(3)** *Zachary Rehl*

    Not Guilty _____ Guilty _____

    **(4)** *Enrique Tarrio*

    Not Guilty _____ Guilty _____

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

---

**Count Nine:   Assaulting, Resisting, or Impeding Certain Officers (riot shield)**

**(1) *Ethan Nordean***

Not Guilty __X__ Guilty \_\_\_\_\_

**(2) *Joseph Biggs***

Not Guilty __X__ Guilty \_\_\_\_\_

**(3) *Zachary Rehl***

Not Guilty __X__ Guilty \_\_\_\_\_

**(4) *Enrique Tarrio***

Not Guilty __X__ Guilty \_\_\_\_\_

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty __X__

---

**Count Ten: Robbery of Personal Property of the United States**

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty __X__

If you find the defendant Not Guilty of Count Ten, proceed to Count Ten (A). If you find the defendant Guilty of Count Ten, do not answer Count Ten (A).

**Count Ten (A): Theft of United States Government Property**

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

8

---

Date: May 4, 2023                                                    Signature of Foreperson