UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ETHAN NORDEAN, et al,

*Defendants.*

Criminal Action No. 21-175 (TJK)

## SCHEDULING ORDER

After consideration of the Government's proposed schedule, ECF No. 806, Defendant Nordean's response, ECF No. 807, and a request from the United States Probation Office for more time than usual to prepare presentence reports because of the complexity of the case and the volume of reports that it must prepare in the coming months, it is hereby **ORDERED** that:

1. Post-trial motions, including briefing on motions made orally at trial pursuant to Fed. R. Crim. P. 29 and any motions pursuant to Fed. R. Crim P. 33, shall be filed by **June 7, 2023**, with oppositions due **June 28, 2023** and replies due **July 14, 2023**;

2. Sentencing memoranda shall be filed by **August 17, 2023**, with any responses due by **August 24, 2023**[1]; and

3. Sentencing hearings shall proceed in Courtroom 11 as follows: Defendant Tarrio on **August 30, 2023** at 10:00 a.m.; Defendant Nordean on **August 30, 2023** at 2:00 p.m.; Defendant

---

[1] These dates assume that final presentence reports will be available by August 3, 2023, which—as the Court understands it—is three weeks later than they would ordinarily be complete.

Biggs on **August 31, 2023** at 10:00 a.m.; Defendant Rehl on **August 31, 2023** at 2:00 p.m.; and Defendant Pezzola on **September 1, 2023** at 10:00 a.m.[2]

    **SO ORDERED.**

                                          /s/ Timothy J. Kelly
                                          TIMOTHY J. KELLY
                                          United States District Judge

Date: May 16, 2023

---

[2] The Court no longer perceives the need for a hearing addressing sentencing-guideline issues common to all Defendants.