**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00175 (TJK) |
| | : | |
| V. | : | |
| | : | |
| ETHAN NORDEAN, et al. | : | JUNE   , 2023 |

## NOTICE OF APPEARANCE

The undersigned gives notice of his appearance on behalf of the Defendant, achary Rehl. Mr. Rehl's trial attorney, Ms. Carmen Hernandez, filed to withdraw as counsel and extend time for Post-Verdict motions, on 06/04/2023 , Docket Entry 811. That Motion is annexed hereto as *Exhibit A.*

THE DEFENDANT

By: /s/ NORMAN A. PATTIS /s/
    NORMAN A. PATTIS
    PATTIS & SMITH, LLC
    383 Orange Street
    New Haven, CT 06511
    T: 203.393.3017
    F: 203.393.9745
    npattis@pattisandsmith.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

*/s/ Norman A. Pattis /s/*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO: 21-CR-0175-3 (TJK)** |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

********

**MOTION TO WITHDRAW AS APPOINTED COUNSEL AND
FOR AN EXTENSION OF TIME FOR FILING OF POST-VERDICT MOTIONS**

Undersigned counsel, appointed under the Criminal Justice Act, moves to withdraw as counsel for Zachary Rehl for the reason that retained counsel will be entering his appearance on Mr. Rehl's behalf.

In addition, Mr. Rehl, through undersigned counsel, moves pursuant to FED. R. CRIM. P. 45(b)(1)(A), to extend the time for filing post-verdict motions that are currently due on June 7, 2023 for two weeks to allow new counsel to file whatever applications are necessary to preserve Mr. Rehl's rights. *See* Scheduling Order (ECF 808, filed 5/16/23) (setting June 7, 2023 deadline for filing motions pursuant to FED. R. CRIM. P. 29 and 33).

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 4th day of June, 2023.

                                                                                         /s/ *Carmen D. Hernandez*
                                                                                         **Carmen D. Hernandez**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO: 1:21-cr-0175-3 (TJK) |
| | * | |
| **ZACHARY REHL,** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\***
# ORDER

Upon consideration of the Motion to Withdraw as Appointed Counsel and For an Extension of Time for Filing of Post-Verdict Motions filed on behalf of Zachary Rehl, good cause having been shown, it is _____ day of _____, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**