UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| DOMINIC PEZZOLA, | ) |
| Defendant. | ) CASE NO: 21-CR-0175-3 (TJK) |

### MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

DOMINIC PEZZOLA, by and through undersigned counsel, hereby files this motion for continuance and enlargement of time of two additional weeks to file post-trial motions, such that the motions will be due on June 21, 2023.  (At present, post-trial motions are due on June 7.)

Pezzola's two attorneys have been separately swamped with work emergencies.  Attorney Metcalf has had to catch up on numerous cases, including numerous court appearances and an oral argument before the U.S. Second Circuit.  Counselor Roots has had a recent prolonged trial which was scheduled for one week but which turned into three weeks.  Metcalf and Roots are still comparing notes in preparation for Rule 29 and Rule 33 motions.

Additionally, recent motions for change of counsel regarding codefendant Rehl have added confusion to the situation.  As there is need to try to coordinate

post-trial motions with other defendants and counsel, Defendant asks for an additional 14 days.

RESPECTFULLY SUBMITTED,

/s/ Roger I. Roots                    /s/Steven Metcalf

Roger Roots                           Steven Metcalf


CERTIFICATE OF SERVICE

I hereby certify that on June 5 I uploaded and filed this document to the Court's electronic filing system, serving every counsel of record.

/s/ Roger I. Roots, esq.