UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      **Defendant.**

_____/

### *ENRIQUE TARRIO'S MOTION TO ADOPT AND SUPPLEMENT NIORDEAN'S MOTION FOR JUDGMENT OF ACQUITTAL*

Enrique Tarrio, by his undersigned counsel, hereby respectfully moves for leave to adopt the Motion for Judgement of Acquittal filed by Defendant Nordean (ECF DE 822) and states as follows:

Mr. Tarrio seeks to join and adopt the legal arguments made and relief sought in Nordean's Motion for Judgment of Acquittal (DE 822). In addition to said arguments made by Defendant Nordean and adopted hereto, by this motion, Tarrio furthers any such arguments by the mere fact that Defendant was not present on January 6, 2021 for any of the events that occurred on the grounds of the Washington DC, much less the United States Capitol. As the evidence has shown repeatedly, Tarrio had no communication with any of the Defendants leading up to January 6, 2021 subsequent to his arrest on January 4, 2021. Tarrio had no method of communication leading up to the initial breach. All communications that were shown by the Government from Defendant Tarrio were subsequent to the breach of the United States Capitol as illustrated during the Government's closing.

In DE 822, Defendant Nordean highlights an interview made by one of the jurors made subsequent to the trial which points out that "he (Tarrio) was still calling the shots behind the scenes with those who he wanted to talk to". *Inside the Proud Boys Jury*, May 5, 2023, available

at https://www.vice.com/en/article/epvxqw/enrique-tarrio-proud-boys-jury. But yet, no such evidence exist and/or existed. To suggest otherwise would be a fallacy of the evidence presented in the case.

As such, Defendant Tarrio request that he be permitted to Adopt Nordean's Motion for Judgment of Acquittal and permit him to Supplement with above referenced arguments.

                                **Respectfully submitted,**

                                */s/ Nayib Hassan*

                                _____
                                **Nayib Hassan, Esq., Fla Bar No. 20949**
                                **Attorney for Defendant**
                                **LAW OFFICES OF NAYIB HASSAN, P.A.**
                                **6175 NW 153 St., Suite 209**
                                **Miami Lakes, Florida 33014**
                                **Tel. No.: 305.403.7323**
                                **Fax No.: 305.403.1522**

## CERTICICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 22nd day of June, 2023 to the following:

    Jason McCollough
    Erik Kenerson
    Nadia Moore
    Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**