# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DOMINIC PEZZOLA,**<br><br>*Defendant.* | No. 1:21-cr-175 (TJK) |

## DEFENDANT PEZZOLA'S (JOINED BY CODEFENDANTS) UNOPPOSED MOTION FOR TWO ADDITIONAL DAYS TO COMPLETE REPLIES TO GOVERNMENT'S RESPONSE TO POST-TRIAL MOTIONS

Dominic Pezzola, joined by codefendants, hereby files this unopposed motion for additional time to file defense replies to the United States' Opposition to Defendants' Motions for Acquittal and New Trial (filing # 833). Replies are due today but Defendants seek to file replies by the end of August 6.

Date: August 1, 2023

Respectfully Submitted,

*/s/ Roger I. Roots*

Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023 I uploaded this document to the Court's ECF filing system, thereby serving the document upon all parties.

*/s/ Roger Roots, esq.*
Roger I. Roots