Biggs Exhibit 3

Biggs Interview with FBI

(Multimedia file submitted via USAFx)