UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      **Defendant.**

_____/

## DEFENDANTS TARRIO UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

Enrique Tarrio hereby files this unopposed motion for additional time to file Sentencing Memorandum. Sentencing Memorandum was due August 17, 2023, but Defendant sought to file by the end of August 18, 2023 *(which has already been done)*. Undersigned spoke with AUSA Jason McCollough on August 17, 2023 in the late hours and the Government expressed their non opposition to said request.

Date: August 18, 2023

                                      **Respectfully submitted,**

                                      */s/ Nayib Hassan*

                                      **Nayib Hassan, Esq., Fla Bar No. 20949**
                                      **Attorney for Defendant**
                                      **LAW OFFICES OF NAYIB HASSAN, P.A.**
                                      **6175 NW 153 St., Suite 209**
                                      **Miami Lakes, Florida 33014**
                                      **Tel. No.: 305.403.7323**
                                      **Fax No.: 305.403.1522**

**CERTICICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 18th day of August, 2023

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949
Attorney for Defendant
LAW OFFICES OF NAYIB HASSAN, P.A.
6175 NW 153 St., Suite 209
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522**