UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-175 (TJK) |
| | : | |
| ETHAN NORDEAN, et. al. | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S SURREPLY TO PEZZOLA'S RULE 29 AND 33 MOTIONS**

Pending before the Court is defendant Dominic Pezzola's motion for a new trial and judgment of acquittal, ECF 824. On August 6, 2023, counsel for Pezzola filed a reply brief, ECF 841. On the government's motion, the Court struck portions of that brief that exceeded the page limit imposed by the local rules. *See* Minute Order of August 21, 2023. As part of that order, the Court noted that the reply brief "devot[ed] far more attention to raising new arguments than supporting old ones" and noted its "expect[ation]" that such arguments would be treated as forfeited; the government was nonetheless permitted to file a surreply. *Id.*

The government shares the Court's doubts about "the utility of further briefing" on this issue. *Id.* We file this pleading merely to formally note the government's position that: (1) the remaining newly raised issues from Pezzola's reply brief (that is, the points argued at pages 2-7 and 17-25 of ECF 841) should be treated as forfeited; and (2) the defendant's cursory allegations of "flagrant" *Brady* violations, *e.g.,* ECF 841 at 4, have no basis in fact or law.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Erik M. Kenerson
ERIK M. KENERSON // Ohio Bar No. 82960
JASON B.A. MCCULLOUGH //
  NY Bar No. 4544953
NADIA E. MOORE // N.Y. Bar No. 4826566
  On Detail to the District of Columbia
Assistant United States Attorneys
601 D Street NW, Washington, D.C. 20530

By: /s/ Conor Mulroe
Conor Mulroe // N.Y. Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Avenue, Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov