# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )      Criminal No. __21-cr-175__
)
Ethan Nordean, et al. )

## NOTICE OF APPEAL

Name and address of appellant:    Ethan Nordean
DC Central Detention Facility
1901 D St SE
Washington, DC 20003

Name and address of appellant's attorney:    Nicholas Smith
1123 Broadway
Suite 909
New York, NY 10010

Offense:   § 2384; § 1512(k); § 1512(c)(2); § 372; § 231(a)(3); § 1361

Concise statement of judgment or order, giving date, and any sentence:

Order dated 12/28/2021; Order dated 12/11/2022; Sentence of 216 months' incarceration entered on 9/1/2023; judgment.

Name and institution where now confined, if not on bail:   DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/6/2023                                              /s/ Ethan Nordean
DATE                                                  APPELLANT

                                                      *Nicholas Smith*
                                                      ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [✔]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?                      YES [✔]   NO [ ]
Has counsel ordered transcripts?                            YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✔]   NO [ ]