# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-00175-TJK
)
NORDEAN et al )
)

## NOTICE OF APPEAL

Name and address of appellant:    Dominic J. Pezzola
The Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Name and address of appellant's attorney:   Steven A. Metcalf
99 Park Avenue, 6th floor
New York, NY
10016

Offense: top charge?

Concise statement of judgment or order, giving date, and any sentence:
Sentenced to Destruction of Property 18 USC 1361, on September 1, 2023.

Name and institution where now confined, if not on bail:   The Central Detention Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/8/23                        /s/ [signature]
DATE                          APPELLANT
                              [signature]
                              ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | |
| PAID USCA FEE | |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |