Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                             )<br>)<br>ETHAN NORDEAN, ET AL          ) | Criminal No. __21-CR-175__ |

## NOTICE OF APPEAL

Name and address of appellant:

JOSEPH BIGGS
D.C. Central Detention Facility
1901 D. St. SE
Washington, DC 20003

Name and address of appellant's attorney:

Norman A. Pattis, Esq.
Pattis & Associates, LLC
383 Orange St.
New Haven, CT 06511

Offense: 18 U.S.C. Sections 2384, 1512(k), 1512(c)(2), 372, 231(a)(3), and 1361

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on 08/31/23; 204 months

Name and institution where now confined, if not on bail: DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

September 12, 2023                          /s/ Joe Biggs
_____                    _____
DATE                                                  APPELLANT
                                                            _____
                                                            ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE                      ☐
PAID USDC FEE              ☑
PAID USCA FEE              ☐

Does counsel wish to appear on appeal?                               YES ☑   NO ☐   (application pending)
Has counsel ordered transcripts?                                              YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☑   NO ☐