Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. __21-CR-175__ |
| vs. ) | |
| ETHAN NORDEAN, ET AL ) | |

## NOTICE OF APPEAL

Name and address of appellant:

    JOSEPH BIGGS
    D.C. Central Detention Facility
    1901 D. St. SE
    Washington, DC  20003

Name and address of appellant's attorney:

    Norman A. Pattis, Esq.
    Pattis & Associates, LLC
    383 Orange St.
    New Haven, CT  06511

Offense:   18 U.S.C. Sections 2384, 1512(k), 1512(c)(2), 372, 231(a)(3), and 1361

Concise statement of judgment or order, giving date, and any sentence:

    Sentence imposed on 08/31/23; 204 months

Name and institution where now confined, if not on bail:  DC Jail

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| September 12, 2023 | /s/ Joe Biggs |
|---|---|
| DATE | APPELLANT |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☑
PAID USCA FEE  ☐

| | | | |
|---|---|---|---|
| Does counsel wish to appear on appeal? | YES ☑ | NO ☐ | (application pending) |
| Has counsel ordered transcripts? | YES ☐ | NO ☑ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☑ | NO ☐ | |