UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-175-4 (TJK) |
| | : | |
| CHARLES DONOHOE, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Charles Donohoe ("Donohoe"), by and through his counsel, respectfully file this joint status report. On April 8, 2022, Defendant Charles Donohoe appeared before this Honorable Court and entered a plea of guilty to Counts One and Six of the Second Superseding Indictment. As set forth in the Plea Agreement, Donohoe's estimated Sentencing Guidelines range is 70 – 87 months. ECF 335 at *4. Pursuant to the terms of the Plea Agreement, Donohoe agreed to cooperate with the Office of the United States Attorney for the District of Columbia, including full, complete and truthful testimony at any future trial or court proceeding. *Id.* at *7.

The parties hereby propose to schedule the Sentencing Hearing between December 18 – 22, 2023, with the filing of Sentencing Memoranda in advance of the hearing on any schedule that would be most beneficial to the Court. Donohoe has been incarcerated for approximately 30 months as of the date of this filing, and the parties do not seek any change in Donohoe's terms of confinement at this time.

//

//

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Jason McCullough*

        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        ERIK M. KENERSON
        Ohio Bar No. 82960
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233 //
        jason.mccullough2@usdoj.gov

By:   */s/ Conor Mulroe*

        CONOR MULROE, NY Bar No. 5289640
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        1301 New York Ave. NW, Suite 700
        Washington, D.C. 20530
        (202) 330-1788
        Conor.Mulroe@usdoj.gov