APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00175–TJK</u>–6

---

Case title: USA v. NORDEAN et al                Date Filed: 03/03/2021

---

Assigned to: Judge Timothy J. Kelly

**Defendant (6)**

| | | |
|---|---|---|
| **DOMINIC J. PEZZOLA** | represented by | **Roger Roots** |
| *also known as* | | 10 Dorrance Street |
| SPAZ | | Suite 700 #649 |
| *also known as* | | Providence, RI 02903 |
| SPAZZO | | 775–764–9347 |
| *also known as* | | Email: rroots@johnpiercelaw.com |
| SPAZZOLINI | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Steven Alan Metcalf , II**
METCALF & METCALF, P.C.
99 Park Avenue
6th Floor
New York, NY 10016
646–253–0514
Fax: 646–219–2012
Email: fedcases@metcalflawnyc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Martin Harold Tankleff**
BARKET EPSTEIN KEARON ALDEA &
LOTURCO, LLP
666 Old Country Road
Suite 700
Garden City, NY 11530
516–745–1500
Fax: 646–619–4807
Email: mtankleff@barketepstein.com
*TERMINATED: 06/10/2022*
*Designation: Retained*

**Pending Counts**

18 U.S.C. 1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to Obstruct

**Disposition**

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

1

Official Proceeding
(1)

18 U.S.C. § 2384; SEDITIOUS
CONSPIRACY; Seditious Conspiracy
(1s)

JURY VERDICT OF NOT GUILTY ON
5/4/2023

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(2)

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

18 U.S.C. § 1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to Obstruct an
Official Proceeding
(2s)

MISTRIAL DECLARED BY COURT ON
5/4/2023

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(3)

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

18 U.S.C. 1512(c)(2), 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(3s)

Defendant sentenced to one hundred twenty
(120) months of Incarceration on Count 3s,
to run concurrently with Counts 4s, 5s, 6s,
7s, 9s, and 10s, followed by thirty−six (36)
months of Supervised Release (with
conditions) on Count 3s to run concurrently
with Counts 4s, 5s, 6s, 7s, 9s, and 10s. $100
Special Assessment. JURY VERDICT OF
GUILTY 5/4/2023.

18 U.S.C. 1361, 2; GOVERNMENT
PROPERTY OR CONTRACTS >;
Destruction of Government Property and
Aiding and Abetting
(4−5)

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

18 U.S.C. 372; CONSPIRE TO IMPEDE
OR INJURE OFFICER; Conspiracy to
Prevent an Officer from Discharging Any
Duties
(4s)

Defendant sentenced to seventy−two (72)
months of Incarceration on Count 4s, to run
concurrently with Counts 3s, 5s, 6s, 7s, 9s,
and 10s, followed by thirty−six (36) months
of Supervised Release (with conditions) on
Count 4s to run concurrently with Counts 3s,
5s, 6s, 7s, 9s, and 10s. $100 Special
Assessment. JURY VERDICT OF GUILTY
5/4/2023.

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(5s)

Defendant sentenced to sixty (60) months of
Incarceration on Count 5s, to run
concurrently with Counts 3s, 4s, 6s, 7s, 9s,
and 10s, followed by thirty−six (36) months
of Supervised Release (with conditions) on
Count 5s to run concurrently with Counts 3s,

4s, 6s, 7s, 9s, and 10s. $100 Special
Assessment. JURY VERDICT OF GUILTY
5/4/2023.

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(6–7)

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

18 U.S.C. 1361, 2; GOVERNMENT
PROPERTY OR CONTRACTS >;
Destruction of Government Property and
Aiding and Abetting
(6s)

Defendant sentenced to one hundred twenty
(120) months of Incarceration on Count 6s,
to run concurrently with Counts 3s, 4s, 5s,
7s, 9s, and 10s, followed by thirty−six (36)
months of Supervised Release (with
conditions) on Count 6s to run concurrently
with Counts 3s, 4s, 5s, 7s, 9s, and 10s. $100
Special Assessment. JURY VERDICT OF
GUILTY 5/4/2023.

18 U.S.C. 1361, 2; GOVERNMENT
PROPERTY OR CONTRACTS >;
Destruction of Government Property and
Aiding and Abetting
(7s)

Defendant sentenced to one hundred twenty
(120) months of Incarceration on Count 7s,
to run concurrently with Counts 3s, 4s, 5s,
6s, 9s, and 10s, followed by thirty−six (36)
months of Supervised Release (with
conditions) on Count 7s to run concurrently
with Counts 3s, 4s, 5s, 6s, 9s, and 10s. $100
Special Assessment. JURY VERDICT OF
GUILTY 5/4/2023.

18 U.S.C. 2112; MARITIME –
BURGLARY; Robbery of Personal
Property of the United States
(8)

DISMISSED ON ORAL MOTION OF THE
GOVERNMENT

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(8s)

MISTRIAL DECLARED BY COURT ON
5/4/2023

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(9s)

Defendant sentenced to ninety−six (96)
months of Incarceration on Count 9s, to run
concurrently with Counts 3s, 4s, 5s, 6s, 7s,
and 10s, followed by thirty−six (36) months
of Supervised Release (with conditions) on
Count 9s to run concurrently with Counts 3s,
4s, 5s, 6s, 7s, and 10s. $100 Special
Assessment. JURY VERDICT OF GUILTY
5/4/2023.

18 U.S.C. 2112; MARITIME –
BURGLARY; Robbery of Personal
Property of the United States
(10s)

Defendant sentenced to one hundred twenty
(120) months of Incarceration on Count 10s,
to run concurrently with Counts 3s, 4s, 5s, 6s
7s, and 9s, followed by thirty−six (36)
months of Supervised Release (with

conditions) on Count 10s to run concurrently with Counts 3s, 4s, 5s, 6s, 7s, and 9s. $100 Special Assessment. JURY VERDICT OF GUILTY 5/4/2023.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

**SANTHA SONENBERG**                      represented by   **Santha Sonenberg**
5217 42nd Street, NW
Washington, DC 20015
(202) 494–7083
Fax: (202) 824–2423
Email: santhasonenberg@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Movant**

**CABLE NEWS NETWORK, INC.**          represented by   **Charles D. Tobin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
202–661–2218
Fax: 202–661–2299
Email: tobinc@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
BALLARD SPAHR LLP
1909 K Street, NW

12th Floor
Washington, DC 20006
202–661–2200
Fax: 202–661–2299
Email: russelll@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508–1140
Fax: (202) 661–2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

| | | |
|---|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.** *doing business as* ABC NEWS | represented by | **Charles D. Tobin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Lauren Russell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Maxwell S. Mishkin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Movant**

| | | |
|---|---|---|
| **ASSOCIATED PRESS** | represented by | **Charles D. Tobin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Lauren Russell** |

5

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**BUZZFEED INC.**                    represented by   **Charles D. Tobin**
*doing business as*                                    (See above for address)
BUZZFEED NEWS                                          *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Lauren Russell**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Maxwell S. Mishkin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

---

**Movant**

**CBS BROADCASTING INC.**            represented by   **Charles D. Tobin**
*on behalf of*                                         (See above for address)
CBS NEWS                                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Lauren Russell**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **Maxwell S. Mishkin**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Movant**

**DOW JONES & COMPANY, INC.**
*on behalf of*
WALL STREET JOURNAL

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**E.W. SCRIPPS COMPANY**

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**GANNETT CO., INC.**
7950 Jones Branch Drive
McLean, VA 22107

represented by **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**GRAY MEDIA GROUP, INC.**             represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**LOS ANGELES TIMES**             represented by   **Charles D. Tobin**
**COMMUNICATIONS LLC**
*on behalf of*                                    (See above for address)
THE LOS ANGELES TIMES                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

8

**Movant**

**NATIONAL PUBLIC RADIO, INC.**                represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**NBCUNIVERSAL MEDIA, LLC**                represented by   **Charles D. Tobin**
*doing business as*                                         (See above for address)
NBC NEWS                                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**NEW YORK TIMES COMPANY**                represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**PRO PUBLICA, INC.**                    represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**TEGNA, INC.**                    represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**WP COMPANY LLC**
*doing business as*
THE WASHINGTON POST

represented by   **Charles D. Tobin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**KENNY LIZARDO**

represented by   **Aziza Hawthorne**
FEDERAL PUBLIC DEFENDER
OFFICE
51 Sleeper Street
#5
Boston, MA 02210
617–223–8061
Email: aziza_hawthorne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Kyana Givens**
FEDERAL PUBLIC DEFENDER
EDNC
150 Fayetteville Street
Suite 450
Raleigh, NC 27502
919–856–4236
Fax: 919–856–4477
Email: kyana_givens@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Movant**

**HENDRICK BLOCK**                  represented by  **Gregory Bruce English**
ENGLISH LAW FIRM, PLLC
601 King Street
Suite 406
Alexandria, VA 22314
(703) 739–1368
Fax: (703) 836–6842
Email: gbeuva@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**LAWYERS' COMMITTEE FOR**          represented by  **Edward G. Caspar**
**CIVIL RIGHTS UNDER LAW**          LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
202–662–8390
Email: ecaspar@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**                             represented by  **Conor Mulroe**
DOJ–CRM
1301 New York Avenue NW
Suite 700
Washington, DC 20005
202–330–1788
Email: conor.mulroe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Erik Michael Kenerson**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Suite 11–449
Washington, DC 20530
(202) 252–7201
Email: erik.kenerson@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jason Bradley Adam McCullough**
U.S. ATTORNEY'S OFFICE
555 4th Street NW
Washington, DC 20530
(202) 252–7233
Email: jason.mccullough2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Nadia Moore**
U.S. ATTORNEY'S OFFICE
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6362
Email: nadia.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**James B. Nelson**
U.S. ATTORNEY'S OFFICE FOR
DISTRICT OF COLUMBIA
555 4th Street NW
Room 4112
Washington, DC 20001
(202) 252–6986
Email: james.nelson@usdoj.gov
*TERMINATED: 10/15/2021*
*Designation: Assistant U.S. Attorney*

**Luke Matthew Jones**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7066
Fax: (202) 616–8470
Email: luke.jones@usdoj.gov
*TERMINATED: 05/13/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2022 | 305 | SECOND SUPERSEDING INDICTMENT as to ETHAN NORDEAN (1) count(s) 1ss, 2ss, 3ss, 4ss–5ss, 6ss–7ss, JOSEPH R. BIGGS (2) count(s) 1s, 2s, 3s, 4s–5s, 6s–7s, ZACHARY REHL (3) count(s) 1s, 2s, 3s, 4s–5s, 6s–7s, CHARLES DONOHOE (4) count(s) 1s, 2s, 3s, 4s–5s, 6s–7s, ENRIQUE TARRIO (5) count(s) 1, 2, 3, 4–5, 6–7, DOMINIC J. PEZZOLA (6) count(s) 1, 2, 3, 4–5, 6–7, 8. (zltp) |

| | | Modified on 3/8/2022 to correct counts.(ztnr) (Entered: 03/08/2022) |
|---|---|---|
| 03/07/2022 | 307 | MOTION to Seal Case by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 03/08/2022) |
| 03/07/2022 | 308 | ORDER granting 307 Motion to Seal Case as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), DOMINIC J. PEZZOLA (6). Signed by Magistrate Judge Zia M. Faruqui on 3/7/2022. (zltp) (Entered: 03/08/2022) |
| 03/08/2022 | | Case unsealed as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (zltp) (Entered: 03/08/2022) |
| 03/14/2022 | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): VTC Arraignment/Status Conference set for 3/22/2022 at 11:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 03/14/2022) |
| 03/21/2022 | 314 | MOTION to Vacate *Trial Date*, MOTION to Exclude *Time under the Speedy Trial Act* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 03/21/2022) |
| 03/22/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment/Status Conference as to JOSEPH R. BIGGS (2) as to Counts 1s, 2s, 3s, 4s–5s, and 6s–7s and CHARLES DONOHOE (4) as to Counts 1s, 2s, 3s, 4s–5s, and 6s–7s and DOMINIC J. PEZZOLA (6) as to Counts 1, 2, 3, 4–5, 6–7, and 8 held on 3/22/2022. Case called for Arraignment/Status Conference as to ENRIQUE TARRIO (5), but for the reasons stated on the record, Arraignment not held. ALL defendants appeared by video. Plea of NOT GUILTY entered by JOSEPH R. BIGGS (2) as to Counts 1s, 2s, 3s, 4s–5s, and 6s–7s and by CHARLES DONOHOE (4) as to Counts 1s, 2s, 3s, 4s–5s, and 6s–7s and by DOMINIC J. PEZZOLA (6) as to Counts 1, 2, 3, 4–5, 6–7, and 8. Speedy Trial Excludable (XT) started 3/22/2022 through 4/5/2022, in the interest of justice, as to JOSEPH R. BIGGS (2), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Any response to Government's 314 MOTION to Vacate *Trial Date* due by 3/25/2022. Any reply by the government due by 3/29/2022. VTC Arraignment as to Defendant TARRIO (5) set for 3/30/2022 at 10:00AM. VTC Status Conference for ALL defendants set for 4/5/2022 at 11:00 AM before Judge Timothy J. Kelly. Bond Status of Defendants: 2–Remains Committed, 4–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Ira Knight and Lisa S. Costner, 5–Nayib Hassan and Sabino Jauregui, 6–Martin Harold Tankleff; US Attorneys: Luke Matthew Jones and Erik Michael Kenerson. (zkh) (Entered: 03/22/2022) |
| 03/23/2022 | 316 | NOTICE OF ATTORNEY APPEARANCE: Martin Harold Tankleff appearing for DOMINIC J. PEZZOLA *by Martin Tankleff and Steve Metcalf* (Tankleff, Martin) (Entered: 03/23/2022) |
| 03/24/2022 | | MINUTE ORDER as to JOSEPH R. BIGGS (2), CHARLES DONOHOE (4), ENRIQUE TARRO (5), and DOMINIC J. PEZZOLA (6). At the status conference held on Wednesday, March 23, 2022, for Defendants Ethan Nordean and Zachary Rehl, the Court granted the Government's oral motion for an extension of time to file a |

| | | |
|---|---|---|
| | | reply in support of its 314 motion. Thus, it is hereby ORDERED that the Government shall file any reply in support of its 314 motion by March 30, 2022. Signed by Judge Timothy J. Kelly on 3/24/2022. (lctjk1) (Entered: 03/24/2022) |
| 03/25/2022 | 323 | NOTICE OF ATTORNEY APPEARANCE: Steven Alan Metcalf, II appearing for DOMINIC J. PEZZOLA (Metcalf, Steven) (Main Document 323 replaced on 3/30/2022) (zltp). (Entered: 03/25/2022) |
| 03/25/2022 | 324 | ENTERED IN ERROR.....NOTICE *of Position Regarding Trial Dates* by DOMINIC J. PEZZOLA (Metcalf, Steven) Modified on 3/30/2022 (zltp). (Entered: 03/25/2022) |
| 03/25/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: as to DOMINIC J. PEZZOLA re 324 Notice (Other) was entered in error, due to noncompliance with local rules of document format, and counsel is instructed to refile said pleading. According to Local Rule 49(f)(4), every document shall contain a heading under the caption describing the nature of the document. The case number on every document shall be followed by the initials of the judge to whom the case has been assigned. (zltp) (Entered: 03/30/2022) |
| 03/30/2022 | 327 | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 314 MOTION to Vacate *Trial Date* MOTION to Exclude *Time under the Speedy Trial Act* (Kenerson, Erik) (Entered: 03/30/2022) |
| 04/05/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 4/5/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6)appeared by video. Presence waived for defendants NORDEAN (1), REHL (3), and DONOHOE (4). For the reasons stated on the record, order to be entered by the court vacating the current Jury Selection/Trial set for May 18, 2022. Speedy Trial Excludable (XT) started 4/5/2022 through 4/21/2022, in the interest of justice, as to ALL defendants. VTC Status Conference set for 4/21/2022 at 2:00 PM before Judge Timothy J. Kelly. Discovery due by 6/17/2022. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 4–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Nancy Meyer; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 4–Ira Knight and Lisa S. Costner, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Luke Matthew Jones, Erik Michael Kenerson, and Jason Bradley Adam McCullough. (zkh) (Entered: 04/05/2022) |
| 04/06/2022 | 332 | STATUS REPORT *Regarding Due Date for Report and Recommendation* by SANTHA SONENBERG as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Sonenberg, Santha) (Entered: 04/06/2022) |
| 04/07/2022 | 334 | NOTICE *of Trial Availability* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Smith, Nicholas) (Entered: 04/07/2022) |
| 04/12/2022 | 338 | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 314 Motion to Vacate Trial Date and to Exclude Time Under the Speedy Trial Act. See Order for details. Signed by Judge Timothy J. Kelly on 4/12/2022. (lctjk1) (Entered: 04/12/2022) |

| 04/13/2022 | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO(5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/13/2022) |
|---|---|---|
| 04/21/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 4/21/2022. Appearance by ALL defendants WAIVED. Scheduling order to be entered by the court. Speedy Trial Excludable (XT) started 4/21/2022 through 5/19/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Control Status Hearing set for 5/19/2022 at 2:00 PM before Judge Timothy J. Kelly. VTC Pretrial Conference/Motion Hearing set for 7/13/2022 at 10:00 AM before Judge Timothy J. Kelly. Jury Selection/Trial set to commence on 8/8/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–David Benjamin Smith and Nicholas D. Smith, 2–John Daniel Hull, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorney: Luke Matthew Jones, Erik Michael Kenerson, and Jason Bradley Adam McCullough. (zkh) (Entered: 04/21/2022) |
| 04/22/2022 | 346 | **VACATED PURSUANT TO ORDER FILED 6/24/2022..... SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 4/22/2021. (lctjk1)** Modified to vacate on 6/24/2022 (zkh). (Entered: 04/22/2022) |
| 04/22/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Because Defendants in this case made their initial appearances in different district courts across the country, it is not clear based on the docket that the Government was given the warnings the Due Process Protections Act requires. Due to the Due Process Protections Act, the Court hereby ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. Signed by Judge Timothy J. Kelly on 4/22/2022. (lctjk1) (Entered: 04/22/2022) |
| 04/22/2022 | | Set/Reset Deadlines as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Joint Pretrial Statement due by 7/6/2022. (zkh) (Entered: 04/22/2022) |
| 04/28/2022 | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): VTC Discovery Hearing set for 5/2/2022 at 3:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 04/28/2022) |
| 04/28/2022 | 347 | TRANSCRIPT OF STATUS CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 4–21–22; Page Numbers: 1–79; |

| | | |
|---|---|---|
| | | Date of Issuance: 4–28–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/19/2022. Redacted Transcript Deadline set for 5/29/2022. Release of Transcript Restriction set for 7/27/2022.(Miller, Timothy) (Entered: 04/28/2022) |
| 04/29/2022 | 348 | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 2/18/2022 Letter (All Defendants), # 2 2/21/2022 Letter (All Defendants), # 3 3/1/2022 Letter (All Defendants), # 4 3/1/2022 Letter (All Defendants), # 5 3/2/2022 Letter (All Defendants), # 6 3/2/2022 Letter (All Defendants), # 7 3/4/2022 Letter (All Defendants), # 8 3/14/2022 Letter (All Defendants), # 9 4/7/2022 Letter (All Defendants), # 10 4/13/2022 Letter (All Defendants), # 11 4/20/2022 Letter (Tarrio, Pezzola), # 12 4/21/2022 Letter (All Defendants), # 13 4/22/2022 Letter (All Defendants), # 14 4/28/2022 Letter (All Defendants))(Jones, Luke) (Entered: 04/29/2022) |
| 05/02/2022 | 349 | MOTION to Change Venue by ENRIQUE TARRIO. (Jauregui, Sabino) (Entered: 05/02/2022) |
| 05/02/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Discovery Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 5/2/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Luke Matthew Jones, Erik Michael Kenerson, Jason Bradley Adam McCullough, and Emily Miller; USMS: Derek Haywood, Charles Miracle, and Lamont Ruffin. (zkh) (Entered: 05/02/2022) |
| 05/13/2022 | 355 | NOTICE OF WITHDRAWAL OF APPEARANCE *of Assistant U.S. Attorney Luke M. Jones* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Jones, Luke) (Entered: 05/13/2022) |
| 05/13/2022 | 356 | NOTICE OF ATTORNEY APPEARANCE Nadia Moore appearing for USA. (Moore, |

| | | |
|---|---|---|
| | | Nadia) (Entered: 05/13/2022) |
| 05/13/2022 | 357 | NOTICE OF ATTORNEY APPEARANCE Conor Mulroe appearing for USA. (Mulroe, Conor) (Entered: 05/13/2022) |
| 05/19/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 5/19/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. Oral argument heard on Defendant REHL's 344 MOTION to Compel, and taken under advisement. Speedy Trial Excludable (XT) started 5/19/2022 through 6/2/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Control Status Hearing set for 6/2/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Erik Michael Kenerson, Jason Bradley Adam McCullough, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/19/2022) |
| 05/19/2022 | 365 | MOTION for Order Order Directing the Government to Identify Brady Material by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 05/19/2022) |
| 05/20/2022 | | NOTICE OF HEARING as to DOMINIC J. PEZZOLA (6): VTC Status Conference set for 5/24/2022 at 11:00 AM before Judge Timothy J. Kelly. (zkh) (Entered: 05/20/2022) |
| 05/24/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to DOMINIC J. PEZZOLA (6) held on 5/24/2022. Defendant appeared by video. Order to be entered by the court. Bond Status of Defendant: Remains Committed; Court Reporter: Elizabeth Saint–Loth; Defense Attorney: Steven Alan Metcalf, II; US Attorneys: Erik Michael Kenerson, Jason Bradley Adam McCullough, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/24/2022) |
| 05/25/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): It is hereby ORDERED that, at the June 2, 2022, status conference, the parties shall be prepared to address a potential motion from Defendant Pezzola to substitute his counsel. Signed by Judge Timothy J. Kelly on 5/25/2022. (lctjk1) (Entered: 05/25/2022) |
| 06/02/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/2/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of NORDEAN (1) and REHL (3) was WAIVED. Oral Motion by Defendants BIGGS (2), REHL (3), and PEZZOLA (6) to join Defendant NORDEAN's 365 MOTION for Order Directing the Government to Identify Brady Material, heard and GRANTED. Speedy Trial Excludable (XT) started 6/2/2022 through 6/9/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), |

| | | |
|---|---|---|
| | | ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). VTC Motion Hearing set for 6/9/2022 at 2:30 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Nadia Moore. (zkh) (Entered: 06/02/2022) |
| 06/03/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): It is hereby ORDERED that, for the reasons explained on the record at the status conference yesterday, the time period from June 2, 2022, until June 9, 2022, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and Defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), for the reasons explained on the record, specifically the Government's ongoing production of voluminous discovery to Defendants. In addition, the Court finds that the period is part of a "reasonable period of delay" when the defendants are "joined for trial with a codefendant as to whom the time for trial as not run and no motion for severance has been granted." 18 U.S.C. § 3161(h)(6). Signed by Judge Timothy J. Kelly on 6/3/2022. (lctjk1) (Entered: 06/03/2022) |
| 06/06/2022 | 380 | THIRD SUPERSEDING INDICTMENT as to ETHAN NORDEAN (1) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss–7sss, 8sss–9sss, JOSEPH R. BIGGS (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss–7ss, 8ss–9ss, ZACHARY REHL (3) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss–7ss, 8ss–9ss, ENRIQUE TARRIO (5) count(s) 1s, 2s, 3s, 4s, 5s, 6s–7s, 8s–9s, DOMINIC J. PEZZOLA (6) count(s) 1s, 2s, 3s, 4s, 5s, 6s–7s, 8s–9s, 10s. (zltp) (Entered: 06/08/2022) |
| 06/07/2022 | 379 | REPLY TO OPPOSITION to Motion by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 365 MOTION for Order Order Directing the Government to Identify Brady Material (Smith, Nicholas) (Entered: 06/07/2022) |
| 06/09/2022 | 385 | MOTION for Leave to File *Sur Reply* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 United States Sur Reply in re ECF 379)(McCullough, Jason) (Entered: 06/09/2022) |
| 06/09/2022 | 386 | MOTION to Join Defendant Tarrio's Motion to Change Venue re 349 MOTION to Change Venue by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Hull, John) Modified event type on 6/10/2022 (zltp). (Entered: 06/09/2022) |
| 06/09/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment as to JOSEPH R. BIGGS (2) as to Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss and as to ENRIQUE TARRIO (5) as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, and 9s and as to DOMINIC J. PEZZOLA (6) as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, and 10s held on 6/9/2022. ALL Defendants appeared by video. Plea of NOT GUILTY entered by JOSEPH R. BIGGS (2) as to Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss, and by ENRIQUE TARRIO (5) as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, and 9s, and |

| | | |
|---|---|---|
| | | by DOMINIC J. PEZZOLA (6) as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, and 10s. Bond Status of Defendants: 2–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 2–John Daniel Hull, IV, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Conor Mulroe. (zkh) (Entered: 06/09/2022) |
| 06/09/2022 | 387 | Joint MOTION to Modify *Scheduling Order* by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Hull, John) (Entered: 06/09/2022) |
| 06/09/2022 | 388 | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 387 Joint MOTION to Modify *Scheduling Order* (McCullough, Jason) (Entered: 06/09/2022) |
| 06/09/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/9/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were WAIVED. Oral argument heard and taken under advisement as to defendant NORDEAN's 365 MOTION for Order Directing the Government to Identify Brady Material. Oral Motion by defendant REHL to renew his 344 MOTION to Compel. Speedy Trial Excludable (XT) started 6/9/2022 through 6/16/2022, in the interest of justice, as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Government Response to 377 MOTION due by 6/13/2022. Defendant REHL's Reply due by 6/15/2022. VTC Control Status Hearing set for 6/16/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Conor Mulroe. (zkh) (Entered: 06/10/2022) |
| 06/10/2022 | 390 | NOTICE *of Withdrawal* by DOMINIC J. PEZZOLA (Tankleff, Martin) (Entered: 06/10/2022) |
| 06/10/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Before the Court is the parties' 387 388 request to modify the Court's scheduling order. Before the Court rules on that request, it must consider the nature of the pretrial motions the parties anticipate filing, and whether any such motion will require testimony to resolve. Thus, it is hereby ORDERED that the Government and each Defendant shall file, jointly or separately, by tomorrow, June 11, 2022, a status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony. Signed by Judge Timothy J. Kelly on 6/10/2022. (lctjk1) (Entered: 06/10/2022) |
| 06/11/2022 | 393 | STATUS REPORT *Regarding Motions* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Kenerson, Erik) (Entered: 06/11/2022) |
| 06/12/2022 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties 387 388 request that the Court modify its scheduling order in this case. But before it ruled on that request, the Court ordered the parties to file, jointly or separately, by yesterday, June 11, 2022, a status report or reports indicating what pretrial motions each party anticipates filing and whether the motion will require testimony. Only the Government and Tarrio have filed such a status report. It is hereby ORDERED that the 387 388 request is HELD IN ABEYANCE until Defendants Nordean, Biggs, Rehl, and Pezzola comply with this Court's order. Signed by Judge Timothy J. Kelly on 6/12/2022. (lctjk1) (Entered: 06/12/2022) |
| 06/12/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting in part Defendant Biggs's 387 Joint Motion to Modify Scheduling Order. Based on Defendant Rehl's representation, *see* ECF No. 394 , that all Defendants joined Defendant Tarrio's 392 Joint Status Report, and for good cause shown, it is hereby ORDERED that the 387 motion is GRANTED IN PART. It is further ORDERED that the following dates set forth in the Government's 388 response to the motion, and agreed to by all parties, shall govern: Pretrial motions, including motions to suppress and motions in limine, shall be filed by June 29, 2022; oppositions to the motions shall be filed by July 11, 2022; and replies shall be filed by July 18, 2022. The Joint Pretrial Statement, *see* ECF No. 346 , shall be filed by July 20, 2022. The parties shall appear for a motions hearing and pretrial conference on July 27, 2022, at 11:00 a.m. in a courtroom to be determined. Finally, jury selection and trial shall commence on August 8, 2022, at 9:00 a.m. It is further ORDERED that if, contrary to Defendant Rehl's representation and the Court's understanding, Defendant Tarrio's 392 Joint Status Report does not represent the position of all Defendants, then any such Defendant shall so advise the Court immediately. Signed by Judge Timothy J. Kelly on 6/12/2022. (lctjk1) (Entered: 06/12/2022) |
| 06/15/2022 | 400 | TRANSCRIPT OF STATUS CONFERENCE (held remotely via Zoom) in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before the Honorable Timothy J. Kelly held on 04/05/2022. Page Numbers: 1–43. Date of Issuance: 06/12/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/6/2022. Redacted Transcript Deadline set for 7/16/2022. Release of Transcript Restriction set for 9/13/2022.(Meyer, Nancy) (Entered: 06/15/2022) |
| 06/15/2022 | 402 | |

| | | |
|---|---|---|
| | | TRANSCRIPT OF DISCOVERY CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 5–2–22; Page Numbers: 1–66; Date of Issuance: 6–15–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at t he courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/6/2022. Redacted Transcript Deadline set for 7/16/2022. Release of Transcript Restriction set for 9/13/2022.(Miller, Timothy) (Entered: 06/15/2022) |
| 06/16/2022 | <u>404</u> | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Attachments: # <u>1</u> Exhibit Letter Dated June 15, 2022)(McCullough, Jason) (Entered: 06/16/2022) |
| 06/16/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Control Status Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/16/2022. Defendants NORDEAN (1), BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearance of REHL (3) was WAIVED. VTC Motion Hearing set for 6/22/2022 at 1:00 PM before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Nadia Moore. (zkh) (Entered: 06/16/2022) |
| 06/16/2022 | <u>406</u> | SUPPLEMENT by JOSEPH R. BIGGS as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re <u>349</u> MOTION to Change Venue (zltp) (Entered: 06/17/2022) |
| 06/17/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): As discussed on the record yesterday, it is hereby ORDERED that any responses to Biggs and Pezzola's 403 Motion to Continue, including any related requests to sever, shall be filed by Monday, June 20, 2022. It is further ORDERED that any responses to those filings shall be filed by Tuesday, June 21, 2022. Signed by Judge Timothy J. Kelly on 6/17/2022. (lctjk1) (Entered: 06/17/2022) |

| 06/17/2022 | 407 | NOTICE *Regarding Discovery Correspondence* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 5/12/22 letter, # 2 6/17/22 letter)(Mulroe, Conor) (Entered: 06/17/2022) |
|---|---|---|
| 06/20/2022 | 409 | RESPONSE by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Smith, Nicholas) (Entered: 06/20/2022) |
| 06/21/2022 | 414 | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (McCullough, Jason) (Entered: 06/21/2022) |
| 06/22/2022 | 416 | RESPONSE by ENRIQUE TARRIO as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 403 MOTION to Continue *Trial* (Jauregui, Sabino) (Entered: 06/22/2022) |
| 06/22/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 6/22/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were WAIVED. For the reasons stated on the record, Defendant BIGGS' 403 MOTION to Continue is GRANTED. Order to be entered by the court. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough and Conor Mulroe. (zkh) (Entered: 06/22/2022) |
| 06/22/2022 | 418 | MOTION for Extension of Time to File *Report and Recommendation* by SANTHA SONENBERG as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Sonenberg, Santha) (Entered: 06/22/2022) |
| 06/24/2022 | 419 | MEMORANDUM ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting Biggs and Pezzola's 403 Motion to Continue Trial. See Order for details. Signed by Judge Timothy J. Kelly on 6/24/2022. (lctjk1) (Entered: 06/24/2022) |
| 06/24/2022 | | Set/Reset Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Jury Selection/Trial set to commence on 12/12/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Timothy J. Kelly. (zkh) (Entered: 06/24/2022) |
| 06/24/2022 | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 06/24/2022) |
| 06/29/2022 | 420 | Joint STATUS REPORT *AND PROPOSED PRETRIAL SCHEDULE* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Text of Proposed Order)(McCullough, Jason) (Entered: 06/29/2022) |

| 06/29/2022 | 423 | ERRATA by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 420 Status Report filed by USA (McCullough, Jason) (Entered: 06/29/2022) |
|---|---|---|
| 07/06/2022 | 426 | SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 7/6/2022. (lctjk1) (Entered: 07/06/2022) |
| 07/07/2022 | | Set/Reset Deadlines/Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Motions due by 8/19/2022. Responses due by 9/2/2022. Replies due by 9/12/2022. Motion in Limine due by 10/14/2022. Prior Convictions/Objections due by 10/28/2022. Proposed Jury Instructions/Verdict Form due by 10/28/2022. Pretrial Statement due by 10/28/2022. VTC Motion Hearings set for 9/29/2022 at 9:30 AM and 10/28/2022 at 9:30 AM before Judge Timothy J. Kelly. In Person Motion Hearing set for 11/14/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. In Person Pretrial Conference/Motion Hearing set for 11/18/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. (zkh) (Entered: 07/07/2022) |
| 07/15/2022 | 429 | TRANSCRIPT OF MOTION HEARING in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 6–9–22; Page Numbers: 1–85; Date of Issuance: 7–15–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the cou rthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022.(Miller, Timothy) (Entered: 07/15/2022) |
| 08/19/2022 | 434 | MOTION to Dismiss Count *One, Two, Three, Four, Five, Seven, Eight, and Nine of the Third Superseding Indictment and, in the Alternative, Motion for a Bill of Particulars* by ETHAN NORDEAN. (Attachments: # 1 Exhibit Redline comparison of Second and Third Superseding Indictments)(Smith, Nicholas) (Entered: 08/19/2022) |
| 08/19/2022 | 437 | MOTION to Dismiss Count *One, Two and Four* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/19/2022) |
| 08/19/2022 | 439 | MOTION to Dismiss Case *on First Amendment Grounds* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/19/2022) |

| 08/24/2022 | 440 | MOTION to Dismiss Case *for a Violation of the Presentment Clause of the Fifth Amendment* by ZACHARY REHL. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
|---|---|---|
| 08/24/2022 | 442 | MOTION to Dismiss Count *Two and Count Three* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
| 08/24/2022 | 443 | MOTION to Dismiss Count *One Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity* by ZACHARY REHL. (Attachments: # 1 Text of Proposed Order)(Hernandez, Carmen) (Entered: 08/24/2022) |
| 08/25/2022 | 444 | MOTION for Extension of Time to File Response/Reply as to 439 MOTION to Dismiss Case *on First Amendment Grounds*, 442 MOTION to Dismiss Count *Two and Count Three*, 437 MOTION to Dismiss Count *One, Two and Four*, 443 MOTION to Dismiss Count *One Failure to State an Offense, as Unconstitutionally Vague and under the Rule of Lenity*, 434 MOTION to Dismiss Count *One, Two, Three, Four, Five, Seven, Eight, and Nine of the Third Superseding Indictment and, in the Alternative, Motion for a Bill of Particulars*, 440 MOTION to Dismiss Case *for a Violation of the Presentment Clause of the Fifth Amendment* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 08/25/2022) |
| 09/14/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): As reflected in the 426 Scheduling Order, the Court will hear argument on various motions on September 29, 2022 and October 28, 2022, via videoconference. The Court understands that, despite the efforts of the parties and the Court, certain Defendants may not be able to appear remotely due to the policies or logistical limitations at their respective detention facilities. Counsel for each Defendant are hereby ORDERED to contact the Courtroom Deputy ten days before either hearing if they do not agree to waive their clients' presence for the hearing, should he be unable to appear remotely. Signed by Judge Timothy J. Kelly on 9/14/2022. (lctjk1) Modified to correct grammatical error on 9/14/2022 (zkh). (Entered: 09/14/2022) |
| 09/27/2022 | 468 | MOTION for Joinder *and to Adopt Rehl's Motions to Dismiss* by DOMINIC J. PEZZOLA. (Metcalf, Steven) (Entered: 09/27/2022) |
| 09/27/2022 | 469 | MOTION for Joinder *and to Adopt Nordean's Motion to Dismiss ECF 434*, MOTION for Leave to File *a Supplement regarding Count Ten* by DOMINIC J. PEZZOLA. (Metcalf, Steven) (Entered: 09/27/2022) |
| 09/28/2022 | | MINUTE ORDER as to DOMINIC PEZZOLA (6) granting Defendant's 468 Motion for Joinder. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. Signed by Judge Timothy J. Kelly on 9/28/2022. (lctjk1) (Entered: 09/28/2022) |
| 09/28/2022 | | MINUTE ORDER as to DOMINIC PEZZOLA (6) granting Defendant's 469 Motion for Joinder and for Leave to File a Supplemental Motion to Dismiss. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. It is further ORDERED that Defendant shall file any supplemental motion to dismiss directed solely to Count Ten of the Third Superseding Indictment by October 5, 2022, and such motion shall not exceed fifteen (15) pages. It is further ORDERED that the Government shall file any opposition by October 19, 2022, and Defendant shall file |

| | | |
|---|---|---|
| | | any reply by October 26, 2022. The Court shall hear argument on the motion during the hearing currently scheduled for October 28, 2022. Signed by Judge Timothy J. Kelly on 9/28/2022. (lctjk1) (Entered: 09/28/2022) |
| 09/29/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 9/29/2022. Defendants BIGGS (2), TARRIO (5), and PEZZOLA (6) appeared by video. The appearances of NORDEAN (1) and REHL (3) were waived. Oral arguments heard on Motions to Dismiss, and taken under advisement. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Lisa Bankins; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, Nadia Moore, and James Pearce. (zkh) (Entered: 09/29/2022) |
| 10/03/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), AND DOMINIC J. PEZZOLA (6) granting Defendants' 470 Consent Motion for an Extension of Time. It is hereby ORDERED that, *nunc pro tunc* and for good cause shown, Defendants' motion is GRANTED. It is further ORDERED that Defendants shall file any supplement to the motion to change venue, ECF No. 349, by October 10, 2022. It is further ORDERED that the Government shall file any response by October 21, 2022, and Defendants shall reply by October 24, 2022. The October 28, 2022, hearing on the motion to change venue will proceed as scheduled. Signed by Judge Timothy J. Kelly on 10/3/2022. (lctjk1) (Entered: 10/03/2022) |
| 10/05/2022 | 473 | Supplemental MOTION to Dismiss Count *Ten* by DOMINIC J. PEZZOLA. (Metcalf, Steven) Modified text to remove unassociated defendants on 10/11/2022 (zltp). (Entered: 10/05/2022) |
| 10/07/2022 | 475 | MOTION in Limine *to Admit Statements* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Mulroe, Conor) (Entered: 10/07/2022) |
| 10/07/2022 | 476 | NOTICE *of Expert Witness* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Expert Notice)(Kenerson, Erik) (Entered: 10/07/2022) |
| 10/14/2022 | 494 | MOTION in Limine *(Omnibus)* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Mulroe, Conor) (Entered: 10/14/2022) |
| 10/19/2022 | 500 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 473 Motion to dismiss count(s) (Kenerson, Erik) (Entered: 10/19/2022) |
| 10/27/2022 | 507 | MOTION for Extension of Time to *Argue Defendant's Motion under ECF 473* by DOMINIC J. PEZZOLA. (Metcalf, Steven) (Entered: 10/27/2022) |
| 10/28/2022 | 508 | MOTION for Joinder *Re: Motions to Transfer Venue* by DOMINIC J. PEZZOLA. (Metcalf, Steven) (Entered: 10/28/2022) |
| 10/28/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL |

|  |  |  |
|---|---|---|
|  |  | (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 10/28/2022. Defendant TARRIO (5) appeared by video. The appearances of NORDEAN (1), BIGGS (2), REHL (3), and PEZZOLA (6) were waived. Oral argument heard on Defendants' 349 MOTION to Change Venue, and taken under advisement. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Nancy Meyer; Defense Attorneys: 1–Nicholas D. Smith, 2–Norman A Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Conor Mulroe. (zkh) (Entered: 10/28/2022) |
| 10/28/2022 | 511 | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 498 Motion to Exclude, 490 Motion in Limine (McCullough, Jason) (Entered: 10/28/2022) |
| 10/28/2022 | 512 | REPLY TO OPPOSITION to Motion by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 475 MOTION in Limine *to Admit Statements* (McCullough, Jason) (Entered: 10/28/2022) |
| 10/28/2022 | 515 | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 491 MOTION in Limine *to Exclude Proposed Government Exhibits*, 489 First MOTION in Limine *to exclude proposed government exhibits* (Attachments: # 1 Exhibit 1 – August exhibits transmittal email, # 2 Exhibit 2 – August Preliminary Exhibit List (redacted))(Mulroe, Conor) (Entered: 10/28/2022) |
| 10/31/2022 |  | MINUTE ORDER as to DOMINIC J. PEZZOLA (6) granting Defendant's 507 Motion for Extension of Time. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. The Court shall hear argument on Defendant Pezzola's 473 Supplemental Motion to Dismiss during the hearing currently scheduled for November 14, 2022. Signed by Judge Timothy J. Kelly on 10/31/2022. (lctjk1) (Entered: 10/31/2022) |
| 10/31/2022 |  | MINUTE ORDER as to DOMINIC J. PEZZOLA (6) treating as opposed and granting Defendant's 508 Motion for Joinder. It is hereby ORDERED that, for good cause shown, Defendant's motion is GRANTED. Signed by Judge Timothy J. Kelly on 10/31/2022. (lctjk1) (Entered: 10/31/2022) |
| 11/01/2022 |  | **ENTERED IN ERROR.....** MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): On December 5, 2022, potential jurors will appear for a special panel in this case. Pursuant to the U.S. District Court for the District of Columbia's Jury Selection Plan, the Court will authorize the Clerk, "[e]xcept where the Clerk believes an exercise of judicial discretion is necessary...to exempt and excuse persons" listed in certain categories specified in 10–14 of the Jury Selection Plan, including to excuse jurors on the grounds of "undue hardship" or "extreme inconvenience" under 28 U.S.C. § 1866(c). U.S. District Court for the District of Columbia, *Jury Selection Plan for the Random Selection of Grand and Petit Jurors* (amended May 17, 2022), https://www.dcd.uscourts.gov/sites/dcd/files/D.D.C.JurySelectionPlan–20220517.pdf. Should any party wish to review such requests before the Clerk's office grants them, they may file a notice so informing the Court by Wednesday, November 2, 2022. Signed by Judge Timothy J. Kelly on 11/1/2022. (lctjk1) Modified to mark as error on |

| | | |
|---|---|---|
| | | 11/1/2022 (zkh). (Entered: 11/01/2022) |
| 11/01/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): On December 5, 2022, potential jurors will appear for a special panel in this case. Pursuant to the U.S. District Court for the District of Columbia's Jury Selection Plan, the Court will authorize the Clerk, "[e]xcept where the Clerk believes an exercise of judicial discretion is necessary...to exempt and excuse persons" listed in certain categories specified in &para&para 10–14 of the Jury Selection Plan, including to excuse jurors on the grounds of "undue hardship" or "extreme inconvenience" under 28 U.S.C. § 1866(c). U.S. District Court for the District of Columbia, Jury Selection Plan for the Random Selection of Grand and Petit Jurors (amended May 17, 2022), https://www.dcd.uscourts.gov/sites/dcd/files/D.D.C.JurySelectionPlan–20220517.pdf. Should any party wish to review such requests before the Clerk's office grants them, they may file a notice so informing the Court by Wednesday, November 2, 2022. Signed by Judge Timothy J. Kelly on 11/1/2022. (lctjk1) (Entered: 11/01/2022) |
| 11/01/2022 | [518](#) | Joint MOTION to Dismiss Count *One, Two and Four of the Third Superseding Indictment and Supplement to Motion to Change Venue* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 11/01/2022) |
| 11/04/2022 | [520](#) | TRANSCRIPT OF MOTION HEARING (via Zoom) in the case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before the Honorable Timothy J. Kelly held on 10/28/2022. Page Numbers: 1–71. Date of Issuance: 10/31/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023.(Meyer, Nancy) (Entered: 11/04/2022) |
| 11/04/2022 | [522](#) | REPLY in Support by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re [494](#) MOTION in Limine *(Omnibus)* (Mulroe, Conor) (Entered: 11/04/2022) |
| 11/06/2022 | [525](#) | MOTION to Compel *Production of Defense Witness List, Exhibit List, and Rule 16 Discovery* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # [1](#) Text of Proposed Order)(Kenerson, Erik) (Entered: 11/06/2022) |
| 11/09/2022 | [531](#) | |

| | | |
|---|---|---|
| | | MEMORANDUM OPINION AND ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) denying without prejudice Defendants' 349 Motion to Transfer Venue. See Order for details. Signed by Judge Timothy J. Kelly on 11/8/2022. (lctjk1) Modified to correct entry on 11/9/2022 (zkh). (Entered: 11/09/2022) |
| 11/10/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties shall be prepared to address the issues raised in Defendant Rehl's 533 Motion at the hearing scheduled for Monday, November 14, 2022, at 9:30 A.M. The Government shall file any written response to the motion by November 13, 2022 at noon. Signed by Judge Timothy J. Kelly on 11/10/2022. (lctjk1) (Entered: 11/10/2022) |
| 11/14/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/14/2022. The appearance of Defendant TARRIO (5) was waived. Oral argument heard on defendants' 533 534 535 536 537 and 540 MOTIONS, and taken under advisement. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Remains Committed, 6–Committed/Commitment Issued; Court Reporter: Sara Wick; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–John Daniel Hull, IV (Stand In); US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, Nadia Moore, and Jocelyn Ballantine. (zkh) (Entered: 11/14/2022) |
| 11/14/2022 | 541 | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 518 Motion to dismiss count(s), (Kenerson, Erik) (Entered: 11/14/2022) |
| 11/15/2022 | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Motion Hearing set for 11/17/2022 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. **Because this proceeding will be held in person, no public telephone access will be available. The public is welcome to attend the proceeding in the E. Barrett Prettyman U.S. Courthouse, located at 333 Constitution Avenue, NW, Washington, DC.** (zkh) (Entered: 11/15/2022) |
| 11/15/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 525 Motion to Compel. It is hereby ORDERED that the Government's 525 Motion to Compel Witness and Exhibit Lists is GRANTED. It is further ORDERED that Defendants shall, by November 28, 2022, (1) satisfy their reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as described in the Court's 426 Scheduling Order); (2) produce to the Government a list of exhibits they anticipate they may introduce during their case–in–chief; and (3) produce to the Government a list identifying the witnesses they anticipate they may call during their case–in–chief. Only upon leave of court and a showing of good cause will Defendants be permitted to withhold a witnesss identity. Signed by Judge Timothy J. Kelly on 11/15/2022. (lctjk1) (Entered: 11/15/2022) |
| 11/15/2022 | 542 | MOTION to Access *Certain Sealed Records & Transcript of Sealed Motions Hearing* by WP COMPANY LLC, TEGNA, INC., PRO PUBLICA, INC., NEW YORK |

| | | |
|---|---|---|
| | | TIMES COMPANY, NBCUNIVERSAL MEDIA, LLC, NATIONAL PUBLIC RADIO, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, GRAY MEDIA GROUP, INC., GANNETT CO., INC., E.W. SCRIPPS COMPANY, DOW JONES & COMPANY, INC., CBS BROADCASTING INC., BUZZFEED INC., ASSOCIATED PRESS, AMERICAN BROADCASTING COMPANIES, INC., CABLE NEWS NETWORK, INC. as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Tobin, Charles) (Entered: 11/15/2022) |
| 11/17/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/17/2022. The appearances of Defendants REHL (3) and TARRIO (5) were waived. Oral argument heard on Government's 475 MOTION in Limine and Defendants' 489 and 491 MOTION in Limine, and taken under advisement. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Remains Committed, 5–Remains Committed, 6–Committed/Commitment Issued; Court Reporter: Maria Weinbeck; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 11/17/2022) |
| 11/18/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Pretrial Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 11/18/2022. Defendant TARRIO (5) appeared by video. Oral argument heard on Government's 494 MOTION and on Defendants' 473 MOTION and 492 MOTION, and taken under advisement. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Remains Committed, 6–Committed/Commitment Issued; Court Reporter: Nancy Meyer; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Press Coalition Attorney: Maxwell S. Mishkin. (zkh) (Entered: 11/18/2022) |
| 11/23/2022 | 550 | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 547 Notice (Other), *546 Memorandum in Opposition* (Attachments: # 1 Exhibit 1 – Proposed Trial Exhibit, # 2 Exhibit 2 – Proposed Trial Exhibit, # 3 Exhibit 3 – Proposed Trial Exhibit, # 4 Exhibit 4 – Proposed Trial Exhibit, # 5 Exhibit 5 – Proposed Trial Exhibit)(Kenerson, Erik) (Entered: 11/23/2022) |
| 11/25/2022 | 551 | Joint MOTION for Extension of Time to *Produce Witness and Exhibit Lists* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 11/25/2022) |
| 11/28/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) treating as opposed and granting Defendants' 551 Joint Motion to Extend Time. It is hereby ORDERED that, for good cause shown, Defendants' motion is GRANTED. It is further ORDERED that Defendants shall, by December 2, 2022, produce to the |

| | | |
|---|---|---|
| | | Government a list identifying the witnesses they anticipate they may call during their case–in–chief. It is further ORDERED that Defendants shall, by December 8, 2022, satisfy their reciprocal discovery obligations, if any, under Rule 16(b) and produce to the Government a list of exhibits they anticipate they may introduce during their case–in–chief. Signed by Judge Timothy J. Kelly on 11/28/2022. (lctjk1) (Entered: 11/28/2022) |
| 11/28/2022 | 552 | MEMORANDUM ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) denying Defendants' 518 Motion to Dismiss Counts One, Two, and Four. See Order for details. Signed by Judge Timothy J. Kelly on 11/28/2022. (lctjk1) (Entered: 11/28/2022) |
| 11/29/2022 | 556 | TRANSCRIPT OF PRETRIAL CONFERENCE (partially sealed – with redactions) in the case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before the Honorable Timothy J. Kelly held on 11/18/2022. Page Numbers: 1–163. Date of Issuance: 11/22/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 12/20/2022. Redacted Transcript Deadline set for 12/30/2022. Release of Transcript Restriction set for 2/27/2023.(Meyer, Nancy) Modified hearing date on 11/29/2022 (znmw). (Entered: 11/29/2022) |
| 11/29/2022 | 559 | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In order to facilitate the orderly resolution of remaining pretrial matters, the Court, *sua sponte*, proposes the attached Scheduling Order, including a one–week trial continuance until December 19, 2022. See Order for details. If the Government or any Defendant objects to this proposed Scheduling Order, they shall file a notice stating their objection by November 30, 2022, at 12:00 p.m. Signed by Judge Timothy J. Kelly on 11/29/2022. (lctjk1) (Entered: 11/29/2022) |
| 11/30/2022 | | Set/Reset Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): VTC Status Conference set for 12/2/2022 at 9:30 AM before Judge Timothy J. Kelly. Oral Ruling set for 12/12/2022 at 1:00 PM in Courtroom 11 before Judge Timothy J. Kelly. (zkh) (Entered: 11/30/2022) |
| 11/30/2022 | 562 | SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 11/30/2022. (lctjk1) |

| | | |
|---|---|---|
| | | (Entered: 11/30/2022) |
| 12/02/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 12/2/2022. The appearance of ALL Defendants was WAIVED. Defense Submissions due by 12/5/2022. Government Responses due by 12/7/2022. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Remains Committed, 5–Remains Committed, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/02/2022) |
| 12/02/2022 | 565 | MOTION to Access *Trial Exhibits* by WP COMPANY LLC, TEGNA, INC., PRO PUBLICA, INC., NEW YORK TIMES COMPANY, NBCUNIVERSAL MEDIA, LLC, NATIONAL PUBLIC RADIO, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, GRAY MEDIA GROUP, INC., GANNETT CO., INC., E.W. SCRIPPS COMPANY, DOW JONES & COMPANY, INC., CBS BROADCASTING INC., BUZZFEED INC., ASSOCIATED PRESS, AMERICAN BROADCASTING COMPANIES, INC., CABLE NEWS NETWORK, INC. as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Tobin, Charles) (Entered: 12/02/2022) |
| 12/02/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting in part Defendant Rehl's oral motion for extension of Defendants' deadline to disclose their witness lists. "[D]istrict court judges enjoy wide discretion in managing the discovery process," including "the latitude to set deadlines" and "resolve disputes." *Shatsky v. Syrian Arab Republic*, 312 F.R.D. 219, 223 (D.D.C. 2015). The Court previously ordered Defendants to provide their witness list to the Government and the Court by today, December 2, 2022, to assist in the *voir dire* process. The Court finds that such purpose can be accomplished by receiving their witness list by December 16, 2022. Thus, the Court ORDERS that Defendants shall disclose to the Government a list identifying the witnesses they may call during their case–in–chief by December 16, 2022. It is further ORDERED that Defendants shall, at the same time, provide their list to the Court at Kelly_Chambers@dcd.uscourts.gov. Finally, it is further ORDERED that the Government shall provide its witness list to the Court at Kelly_Chambers@dcd.uscourts.gov by December 3, 2022, for inclusion in the Juror Questionnaire. Signed by Judge Timothy J. Kelly on 12/2/2022. (lctjk1) (Entered: 12/02/2022) |
| 12/03/2022 | 566 | TRANSCRIPT OF STATUS CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 12–2–22; Page Numbers: 1–80; Date of Issuance: 12–3–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/24/2022. Redacted Transcript Deadline set for 1/3/2023. Release of Transcript Restriction set for 3/3/2023.(Miller, Timothy) (Entered: 12/03/2022) |
| 12/07/2022 | 577 | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 558 MOTION for Order for Lesser–Included Offense Instruction on Section1512(d)(1) (Kenerson, Erik) (Entered: 12/07/2022) |
| 12/10/2022 | 584 | MOTION Join and Supplement Defendant Tarrio's Motion to Dismiss (ECF No 572) and Defendant Rehl's Motion to Dismiss (ECF No 581) by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) Modified event types on 12/29/2022 (zltp). Modified on 1/5/2023 (ztnr). (Entered: 12/10/2022) |
| 12/11/2022 | 585 | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) denying Defendants' 434 , 437 , 439 , 440 , 442 , 443 , and 473 Motions to Dismiss. See Order for details. Signed by Judge Timothy J. Kelly on 12/11/2022. (lctjk1) (Entered: 12/11/2022) |
| 12/11/2022 | 586 | MEMORANDUM OPINION as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), DOMINIC J. PEZZOLA (6) in support of 585 Order denying Defendants' 434 , 437 , 439 , 440 , 442 , 443 , and 473 Motions to Dismiss. Signed by Judge Timothy J. Kelly on 12/11/2022. (lctjk1) (Entered: 12/11/2022) |
| 12/11/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of the motions filed last week, including those filed on December 9, 2022, it is hereby ORDERED that the hearing scheduled for December 12, 2022 at 1:00 p.m. is CONTINUED until December 14, 2022 at 9:30 a.m. in Courtroom 11. It is further ORDERED that the parties shall be prepared to address the motions filed last week at the hearing. The Court will also rule on the pending motions *in limine* at that time. Signed by Judge Timothy J. Kelly on 12/11/2022. (lctjk1) (Entered: 12/11/2022) |
| 12/13/2022 | 591 | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Trial is set to commence in this matter on December 19, 2022. The attached Order sets forth various schedule, location, seating, access, media, masking, and other logistics. See Order for details. Signed by Judge Timothy J. Kelly on 12/13/2022. (lctjk1) (Entered: 12/13/2022) |
| 12/14/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Oral Ruling/Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 12/14/2022. For the reasons stated on the records, the ruling on ECF 475 is |

| | | |
|---|---|---|
| | | RESRVED, ECF 489 is GRANTED in part, DENIED in part, and RESERVED ruling in part, ECF 491 is GRANTED in part, DENIED in part, and RESERVED ruling in part, ECF 492 is DENIED, ECF <u>494</u> is GRANTED in part and RESERVED ruling in part, ECF 495 is DENIED, ECF 567 is DENIED, ECF 582 is DENIED without prejudice, and ECF 588 is DENIED without prejudice. Bond Status of Defendant:s 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorney:s 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/14/2022) |
| 12/15/2022 | <u>592</u> | Joint MOTION to Clarify *that Opening Statements Will Be Made on or After January 3, 2023 (Government Joins Relief Sought by Motion)* by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Smith, Nicholas) (Entered: 12/15/2022) |
| 12/16/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the parties' <u>592</u> Joint Motion for Clarification. For the reasons discussed on the record at the December 14, 2022, hearing, it is hereby ORDERED that opening statements in this matter will begin no earlier than January 3, 2023. Signed by Judge Timothy J. Kelly on 12/16/2022. (lctjk1) (Entered: 12/16/2022) |
| 12/19/2022 | <u>594</u> | REDACTED TRANSCRIPT OF ORAL RULING & STATUS CONFERENCE in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 12–14–22; Page Numbers: 1–169; Date of Issuance: 12–19–22; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/9/2023. Redacted Transcript Deadline set for 1/19/2023. Release of Transcript Restriction set for 3/19/2023.(Miller, Timothy) (Entered: 12/19/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on |

| | | |
|---|---|---|
| | | 12/19/2022. Jury Selection begun and continued to 12/20/2022 at 10:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/19/2022) |
| 12/19/2022 | 595 | TRIAL PROCEDURES ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 12/19/2022. (lctjk1) (Entered: 12/19/2022) |
| 12/20/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 12/20/2022. Jury Selection resumed and continued to 12/21/2022 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/20/2022) |
| 12/21/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 12/21/2022. Jury Selection resumed and continued to 12/22/2022 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorney: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/21/2022) |
| 12/22/2022 | 598 | MOTION for Additional Defense Peremptory Challenges by DOMINIC J. PEZZOLA. (Metcalf, Steven) (Entered: 12/22/2022) |
| 12/22/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 12/22/2022. Jury Selection resumed and continued to 12/23/2022 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, |

| | | |
|---|---|---|
| | | 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/22/2022) |
| 12/23/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 12/23/2022. Jury Selection resumed and continued to 1/3/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 12/23/2022) |
| 12/27/2022 | | MINUTE ORDER as to DOMINC J. PEZZOLA (6) granting in part and denying without prejudice in part Defendants 602 Motion for Leave to File Under Seal and Motion for Admission Pro Hac Vice of Roger Roots. Upon consideration of Defendants [602–1] Motion for Admission Pro Hac Vice and Mr. Rootss [602–2] declaration, the Court finds that the Motion does not comply with Local Criminal Rule 44.1(c)(2). Specifically, Defendant did not include a certificate of the court or bar for the state in which [Mr. Roots] regularly practices, and Mr. Rootss declaration omitted his telephone number. See LCrR 44.1(c)(2). Therefore, the motion to admit Mr. Roots pro hac vice is hereby DENIED WITHOUT PREJUDICE to refiling in compliance with Rule 44.1(c)(2). But to the extent Defendant moves to keep ECF No. 602 and related filings under seal, that motion is GRANTED. Signed by Judge Timothy J. Kelly on 12/27/2022. (zcam) (Entered: 12/27/2022) |
| 12/28/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of the pace of jury selection, it is hereby ORDERED that the Court's 595 Trial Procedures Order is amended as follows: the parties shall provide any exhibits, charts, summaries, or demonstratives intended for use in connection with their opening statements to all counsel no later than January 2, 2023 at 1:00 p.m. Any objection to any party's proposed use of an exhibit, chart, summary, or demonstrative in their opening statement must be submitted to the Court for resolution by January 3, 2023. Signed by Judge Timothy J. Kelly on 12/28/2022. (lctjk1) (Entered: 12/28/2022) |
| 12/28/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): It is hereby ORDERED that by December 29, 2022, the Government shall produce to the Defendants, via USAfx, copies of all exhibits provided to the Court. It is further ORDERED that, by January 4, 2023, the Government shall produce one hard copy set of the same to any Defendant who so requests. Defense counsel are encouraged to confer about the possibility of sharing hard copy sets so as to minimize the number of sets that must be reproduced. Signed by Judge Timothy J. Kelly on 12/28/2022. (lctjk1) (Entered: 12/28/2022) |

| 12/30/2022 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of the parties' submissions at ECF Nos. 607 and 608, the Court's December 28, 2022 Minute Order requiring the Government to produce hard copy binders of its exhibits to defense counsel is hereby temporarily STAYED. It is further ORDERED that the parties shall appear for trial at 8:45 a.m. on Tuesday, January 3, 2023 to discuss this and other outstanding matters. Signed by Judge Timothy J. Kelly on 12/30/2022. (lctjk1) (Entered: 12/30/2022) |
|---|---|---|
| 01/01/2023 | 615 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 598 Motion for Miscellaneous Relief (Kenerson, Erik) (Entered: 01/01/2023) |
| 01/02/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) treating as opposed and granting in part Defendants' 616 Joint Motion for Extension of Time. Upon consideration of Defendants' joint motion and the issues surrounding the Government's exhibit numbering conventions, it is hereby ORDERED that Defendants' motion is GRANTED in part. It is further ORDERED that Defendants shall, by January 6, 2023, furnish the Court with two sets of binders containing their exhibit lists and copies of their premarked exhibits. Signed by Judge Timothy J. Kelly on 1/2/2023. (lctjk1) (Entered: 01/02/2023) |
| 01/02/2023 | 622 | TRANSCRIPT OF PROCEEDINGS, in case as to DOMINIC J. PEZZOLA, before Judge Timothy J. Kelly, held on 5–24–2022. Page Numbers: 1 – 7. Date of Issuance: 1–02–2023. Court Reporter: Elizabeth–SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court r eporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 1/23/2023. Redacted Transcript Deadline set for 2/2/2023. Release of Transcript Restriction set for 4/2/2023.(Saint-Loth, Elizabeth) (Entered: 01/02/2023) |
| 01/03/2023 | | Set/Reset Deadlines as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Defendants' Exhibit Lists and copies of premarked exhibits due by 1/6/2023. (zkh) (Entered: 01/03/2023) |
| 01/03/2023 | | MINUTE ORDER as to DOMINC J. PEZZOLA (6) granting Defendant's 605 Motion for Leave to File Under Seal and Motion for Admission *Pro Hac Vice* of Roger Roots. It is hereby ORDERED that Attorney Roger Roots is admitted *pro hac vice* to appear in this matter on behalf of Defendant Pezzola. It is further ORDERED that ECF No. 605 and related filings shall remain under seal. Signed by Judge Timothy J. Kelly on |

| | | |
|---|---|---|
| | | 1/3/2023. (lctjk1) (Entered: 01/03/2023) |
| 01/03/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/3/2023. Jury Selection resumed and continued to 1/4/2023 at 8:45 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/03/2023) |
| 01/04/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/4/2023. Jury Selection resumed and continued to 1/5/2023 at 8:45 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/04/2023) |
| 01/05/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly:Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/5/2023. For the reasons stated on the record, Defendant PEZZOLA's 598 MOTION for Additional Defense Peremptory Challenges, heard and DENIED. Jury Selection resumed and continued to 1/6/2023 at 8:45 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/05/2023) |
| 01/06/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/6/2023. Jury Selection resumed and continued to 1/9/2023 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: |

| | | |
|---|---|---|
| | | 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/06/2023) |
| 01/07/2023 | 627 | ENTTERED IN ERROR.....MOTION to Quash by ETHAN NORDEAN as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (English, Gregory) Modified on 1/17/2023 (zltp). (Entered: 01/07/2023) |
| 01/07/2023 | | NOTICE OF ERROR as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA regarding 627 MOTION to Quash . The following error(s) need correction: Leave to file not yet requested and/or granted. Counsel has been contacted with further instructions. (zltp) (Entered: 01/17/2023) |
| 01/09/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/9/2023. Jury Selection resumed and continued to 1/10/2023 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller and Lisa Edwards; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/09/2023) |
| 01/09/2023 | 629 | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 628 Motion for Miscellaneous Relief (McCullough, Jason) (Entered: 01/09/2023) |
| 01/09/2023 | | Payment of $100 fee Received for Pro Hac Vice Motion for Attorney Roger Roots. Receipt No. 203773 re: 605 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DOMINIC J. PEZZOLA. (This document is SEALED and only available to authorized persons.) (zltp) (Entered: 02/08/2023) |
| 01/10/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/10/2023. Jury Selection resumed and continued to 1/11/2023 at 09:00 AM in Courtroom 24A– In Person before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, |

| | | |
|---|---|---|
| | | 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/10/2023) |
| 01/11/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s, held on 1/11/2023. Jury Selection resumed and continued to 1/12/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/11/2023) |
| 01/12/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Timothy J. Kelly on 1/12/2023. (zkh) (Entered: 01/12/2023) |
| 01/12/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Selection/Trial resumed and held on 1/12/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Twelve (12) jurors and three (3) alternates selected and sworn. Jury Trial begun and continued to 1/13/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 01/12/2023) |
| 01/13/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/13/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/17/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Lisa Edwards; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. Government Witness: Inspector Thomas Loyd (testimony begun and continued). (zkh) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/17/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/17/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/18/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Inspector Thomas Loyd (testimony resumed and concluded). (zkh) (Entered: 01/17/2023) |
| 01/18/2023 | <u>638</u> | NOTICE OF ATTORNEY APPEARANCE: Roger Roots appearing for DOMINIC J. PEZZOLA (Roots, Roger) (Main Document 638 replaced on 1/27/2023) (zltp). (Entered: 01/18/2023) |
| 01/18/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/18/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/19/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Special Agent Nicholas Kaiser (testimony begun and concluded), MPD Investigator Joshua Koble (testimony begun and concluded), USSS Agent Lenelle Hawa (testimony begun and continued). (zkh) (Entered: 01/18/2023) |
| 01/19/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/19/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/20/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: USSS Agent Lenelle Hawa (testimony resumed and concluded) and Nicholas Quested (testimony begun and continued). (zkh) (Entered: 01/19/2023) |

| 01/20/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/20/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Initial filings by parties due by 5:00PM on 1/21/2023. Any Responses due by 1:00PM on 1/22/2023. Jury Trial continued to 1/23/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Nicholas Quested (testimony resumed and continued). (zkh) (Entered: 01/20/2023) |
| 01/20/2023 | | Set/Reset Deadlines as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), AND DOMINIC J. PEZZOLA (6): Filings due by 1/21/2023. Responses due by 1/22/2023. (zkh) (Entered: 01/20/2023) |
| 01/21/2023 | 641 | MOTION to Exclude *Hearsay* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (McCullough, Jason) (Entered: 01/21/2023) |
| 01/23/2023 | 643 | MOTION in Limine *REGARDING CERTAIN DOCUMENTS ALLEGEDLY SEIZED AT PEZZOLAS RESIDENCE* by DOMINIC J. PEZZOLA. (Attachments: # 1 Exhibit Station of Congregation Document)(Roots, Roger) (Entered: 01/23/2023) |
| 01/23/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/23/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/24/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: Nicholas Quested (testimony resumed and concluded) and FBI Special Agent Timothy Klapec (testimony begun and concluded). (zkh) (Entered: 01/23/2023) |
| 01/24/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/24/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/25/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, |

| | | |
|---|---|---|
| | | 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Matthew Greene (testimony begun and continued). (zkh) (Entered: 01/24/2023) |
| 01/25/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/25/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/26/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. Government Witness: Matthew Greene (testimony resumed and continued). (zkh) (Entered: 01/25/2023) |
| 01/26/2023 | | NOTICE OF HEARING as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The Jury Trial currently set for 1/26/2023 is **RESCHEDULED** for 1/30/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. (zkh) (Entered: 01/26/2023) |
| 01/27/2023 | 652 | NOTICE of Attorney Appearance by HENDRICK BLOCK as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. "Leave to file GRANTED" by Judge Timothy J. Kelly on 1/27/2023. (zltp) (Entered: 02/01/2023) |
| 01/27/2023 | 653 | MOTION for Leave to File by HENDRICK BLOCK as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. "Leave to file GRANTED" by Judge Timothy J. Kelly on 1/27/2023. (Attachments: # 1 Text of Proposed Order for Leave to File, # 2 Motion to Quash Subpoena, # 3 Text of Proposed Order to Quash Subpoena)(zltp) (Entered: 02/01/2023) |
| 01/27/2023 | 696 | MOTION to Quash by HENDRICK BLOCK as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. "Leave to file GRANTED" by Judge Timothy J. Kelly on 1/27/2023. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 03/14/2023) |
| 01/28/2023 | 644 | MOTION to Exclude *Improper Impeachment* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Kenerson, Erik) (Entered: 01/28/2023) |
| 01/28/2023 | 646 | MOTION in Limine *to Admit Telegram Exhibits* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Mulroe, Conor) (Entered: 01/28/2023) |
| 01/29/2023 | 648 | |

| | | |
|---|---|---|
| | | MOTION MOTION FOR MISTRIAL DUE TO THE GOVERNMENTS IMPROPER USE OF WITNESSS PLEA AGREEMENT by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 01/29/2023) |
| 01/30/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/30/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 1/31/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: Matthew Greene (testimony resumed and concluded) and FBI Special Agent Kathryn Camiliere (testimony begun and continued). (zkh) (Entered: 01/30/2023) |
| 01/31/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 1/31/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/1/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Special Agent Kathryn Camiliere (testimony resumed and continued). (zkh) (Entered: 01/31/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/1/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/2/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporter: Lorraine Herman; Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Special Agent Kathryn Camiliere (testimony resumed and concluded) and FBI Special Agent Elizabeth DeAngelo (testimony begun and continued). (zkh) (Entered: 02/01/2023) |

| 02/02/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/2/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/6/2023 at 11:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Special Agent Elizabeth DeAngelo (testimony resumed and concluded), FBI Special Agent Anne Borgertpoepping (testimony begun and concluded), and USCP Officer Shae Cooney (testimony begun and concluded). (zkh) (Entered: 02/02/2023) |
| 02/05/2023 | 655 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 648 Motion for Miscellaneous Relief (Kenerson, Erik) (Entered: 02/05/2023) |
| 02/06/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/6/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Defendant PEZZOLA (6) NOT PRESENT (appearance waived). Jury panel not present. Oral argument heard and taken under advisement. Jury Trial continued to 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 02/06/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/7/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/8/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: USCP Officer Shae Cooney (testimony begun and concluded), Former USCP Officer Mark Ode (testimony begun and concluded), and FBI Sr. Digital Forensic Examiner Jennifer "Kate" Cain (testimony begun and continued). (zkh) (Entered: 02/07/2023) |

| 02/08/2023 | 657 | MOTION for Joinder *WITH REHLS MOTION TO INSPECT AND EXAMINE THE RELEVANT CELL PHONE DEVICES* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 02/08/2023) |
|---|---|---|
| 02/08/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/8/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/9/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Lisa Edwards (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Sr. Digital Forensic Examiner Jennifer "Kate" Cain (testimony resumed and concluded) and FBI Special Agent Peter Dubrowski (testimony begun and continued). (zkh) (Entered: 02/08/2023) |
| 02/09/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/9/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/10/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Peter Dubrowski (testimony resumed and continued). (zkh) (Entered: 02/09/2023) |
| 02/10/2023 | 660 | MOTION FOR MISTRIAL AND OBJECTION AND MOTION TO STRIKE EXHIBIT 528–1 (AND ASSOCIATED EVIDENCE) ON GROUNDS OF OUTRAGEOUS GOVERNMENT MISCONDUCT (Request for Evidentiary Hearing) by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 02/10/2023) |
| 02/10/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/10/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/13/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan |

| | | |
|---|---|---|
| | | Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Peter Dubrowski (testimony resumed and continued). (zkh) (Entered: 02/10/2023) |
| 02/10/2023 | 661 | MOTION to Strike Exhibit 528−1 and Associated Evidenceby DOMINIC J. PEZZOLA. (See docket entry 660 to view document.)(zltp) (Entered: 02/10/2023) |
| 02/10/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of the discussion on the record at the close of today's proceedings, it is hereby ORDERED that any Defendant who seeks to admit any portion of Government's Exhibit 613 on cross−examination of Special Agent Dubrowski shall identify those portions for the Government and the Court, via Kelly_Chambers@dcd.uscourts.gov, by February 12, 2023 at 12:00 noon, so that the Court may prepare to rule on their admissibility. Signed by Judge Timothy J. Kelly on 2/10/2023. (lctjk1) (Entered: 02/10/2023) |
| 02/10/2023 | 662 | REPLY TO OPPOSITION to Motion by DOMINIC J. PEZZOLA re 648 MOTION MOTION FOR MISTRIAL DUE TO THE GOVERNMENTS IMPROPER USE OF WITNESSS PLEA AGREEMENT (Roots, Roger) (Entered: 02/10/2023) |
| 02/13/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/13/2023 as to ETHAN NORDEAN (1) on Counts 1ss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/14/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Peter Dubrowski (testimony resumed and continued). (zkh) (Entered: 02/13/2023) |
| 02/13/2023 | 663 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 660 Motion for Miscellaneous Relief, 661 Motion to Strike (Kenerson, Erik) (Entered: 02/13/2023) |
| 02/14/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/14/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/15/2023 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; |

| | | |
|---|---|---|
| | | Government Witness: FBI Special Agent Peter Dubrowski (testimony resumed and continued). (zkh) (Entered: 02/14/2023) |
| 02/15/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/15/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/16/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Peter Dubrowski (testimony resumed and continued). (zkh) (Entered: 02/15/2023) |
| 02/16/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly:Jury Trial resumed and held on 2/16/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Jury panel not present. For the reasons stated on the record, Defendant's 648 MOTION For Mistrial is DENIED. Jury Trial continued to 2/21/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 02/16/2023) |
| 02/18/2023 | 665 | REPLY TO OPPOSITION to Motion by DOMINIC J. PEZZOLA re 660 MOTION FOR MISTRIAL AND OBJECTION AND MOTION TO STRIKE EXHIBIT 528–1 (AND ASSOCIATED EVIDENCE) ON GROUNDS OF OUTRAGEOUS GOVERNMENT MISCONDUCT (Request for Evidentiary Hearing) (Roots, Roger) (Entered: 02/18/2023) |
| 02/21/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/21/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/22/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; |

| | | |
|---|---|---|
| | | Government Witnesses: FBI Special Agent Peter Dubrowski (testimony resumed and concluded) and Jeremy Bertino (testimony begun and continued). (zkh) (Entered: 02/21/2023) |
| 02/22/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/22/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/23/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Jeremy Bertino (testimony resumed and continued). (zkh) (Entered: 02/22/2023) |
| 02/23/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/23/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Jury panel not present. Jury Trial continued to 2/24/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 02/23/2023) |
| 02/24/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/24/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/27/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Jeremy Bertino (testimony resumed and continued). (zkh) (Entered: 02/24/2023) |
| 02/26/2023 | 671 | Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 02/26/2023) |
| 02/27/2023 | 672 | RESPONSE by USA as to DOMINIC J. PEZZOLA *Motion for Jury Instruction* |

| | | |
|---|---|---|
| | | (Kenerson, Erik) (Entered: 02/27/2023) |
| 02/27/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/27/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 2/28/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lorraine Herman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Jeremy Bertino (testimony resumed and continued). (zkh) (Entered: 02/27/2023) |
| 02/27/2023 | 673 | Reply in Support (Proposed Jury Instructions) by DOMINIC J. PEZZOLA (Roots, Roger) Modified text on 2/28/2023 (zltp). (Entered: 02/27/2023) |
| 02/28/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 2/28/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/1/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Lisa Edwards (AM) and Maria Weinbeck (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: Jeremy Bertino (testimony resumed and concluded). (zkh) (Entered: 02/28/2023) |
| 03/01/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/1/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/2/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: Jason McIntyre (testimony begun and concluded) and USCP Officer David Riggleman (testimony begun and continued). (zkh) (Entered: 03/01/2023) |

| 03/02/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/2/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/6/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Lorraine Herman (AM) and Maria Weinbeck (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: USCP Officer David Riggleman (testimony begun and concluded), Kevin McCumber (testimony begun and concluded), and Edgar C. Tippett (testimony begun and concluded). (zkh) (Entered: 03/02/2023) |
| 03/02/2023 | 675 | ORDER as to DOMINIC J. PEZZOLA (6) denying Defendant's 660 Motion for Mistrial and Motion to Strike. See Order for details. Signed by Judge Timothy J. Kelly on 3/2/2023.(lctjk1) (Entered: 03/02/2023) |
| 03/03/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of evidentiary disputes raised on March 2, 2023 and upon consideration of the parties' joint proposal, it is hereby ORDERED that the parties shall meet and confer on the disputes at issue by Sunday, March 5, 2023. It is further ORDERED that the jury trial scheduled for Monday, March 6, 2023 is CONVERTED to a motions hearing at 10:00 a.m. in Courtroom 24. It is further ORDERED that trial will resume on Tuesday, March 7, 2023. Signed by Judge Timothy J. Kelly on 3/3/2023. (lctjk1) (Entered: 03/03/2023) |
| 03/05/2023 | 676 | MOTION for Order to Impose Additional Trial Procedures by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (McCullough, Jason) (Entered: 03/05/2023) |
| 03/06/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 3/6/2023. Oral argument heard and taken under advisement. Jury Trial to resume on 3/7/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 03/06/2023) |
| 03/07/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of Mr. Eddie Block's 653 and Mr. Kenny Lizardo's 651 motions to quash defendants' subpoenas, the latter of which is filed under seal, it is hereby ORDERED that, by March 9, 2023, any defendant intending to question either movant |

| | | |
|---|---|---|
| | | shall file, *ex parte* and under seal, a proffer outlining the information the defendant intends to elicit from the movant. It is further ORDERED that, also by March 9, 2023, the Government shall file the same, *ex parte* and under seal, outlining information on which it would anticipate cross examining each movant. It is further ORDERED that, by the same date, both Mr. Block and Mr. Lizardo shall file, *ex parte* and under seal, a proffer outlining the factual basis supporting their Fifth Amendment privilege claims. Finally, it is further ORDERED that Mr. Block shall appear for a VTC hearing, *ex parte* and under seal, at 11:00 a.m. on Friday, March 10, 2023, and Mr. Lizardo shall appear for the same at 12:00 p.m. on the same date. Signed by Judge Timothy J. Kelly on 3/7/2023. (lctjk1) (Entered: 03/07/2023) |
| 03/07/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/7/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/8/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Nicole Miller (testimony begun and continued). (zkh) (Entered: 03/07/2023) |
| 03/08/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/8/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/9/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Nicole Miller (testimony resumed and continued). (zkh) (Entered: 03/08/2023) |
| 03/09/2023 | 679 | MOTION to Dismiss Case *WITH PREJUDICE; OR, IN THE ALTERNATIVE, MISTRIAL REGARDING RECENT REVALATIONS ON TUCKER CARLSON AND ASSOCIATED TESTIMONY AND THE DISCOVERY OF MASSIVE BRADY AND JENCKS VIOLATIONS AND VIOLATIONS OF DUE PROCESS AND THE SIXTH AMENDMENT* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 03/09/2023) |
| 03/09/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/9/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. |

| | | |
|---|---|---|
| | | Jury panel not present. Oral argument heard, including examination of witness, and taken under advisement. Jury Trial continued to 3/13/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Nicole Miller. (zkh) (Entered: 03/09/2023) |
| 03/10/2023 | 685 | MOTION to Continue *Deadline for Filings Regarding Scope of Cross–Examination* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 03/10/2023) |
| 03/10/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) treating as opposed and granting the Government's 685 Motion to Continue. It is hereby ORDERED that, for good cause shown, the Government's 685 motion to continue the deadline for filings regarding the scope of cross–examination of Special Agent Miller is GRANTED. It is further ORDERED that any party wishing to file any briefing related to the scope of cross–examination, per the Court's instruction on the record on March 9, 2023, shall do so by March 12, 2023 at 12:00 noon. Signed by Judge Timothy J. Kelly on 3/10/2023. (lctjk1) (Entered: 03/10/2023) |
| 03/10/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of the Government's 676 Motion for Order to Impose Additional Trial Procedures, it is hereby ORDERED that any Defendant who objects to the 676 motion shall file his opposition by Wednesday, March 15, 2023. Signed by Judge Timothy J. Kelly on 3/10/2023. (lctjk1) (Entered: 03/10/2023) |
| 03/12/2023 | 686 | MOTION to Dismiss Case *RENEWED DEMAND FOR DISMISSAL AND EVIDENTIARY HEARING AND MEMORANDUM REGARDING THE GOVERNMENTS NUMEROUS OFFENSES AND VIOLATIONS OF DUE PROCESS AND THE SIXTH AMENDMENT, AND THE SCOPE OF CROSS–EXAMINATION OF SPECIAL AGENT MILLER *REQUEST FOR APPOINTMENT OF A SPECIAL MASTER AND/OR SPECIAL COUNSEL* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 03/12/2023) |
| 03/12/2023 | 687 | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA *to Court's Order Regarding Scope of Examination Filings* (Attachments: # 1 Exhibit A – Trulincs Login Banner)(Kenerson, Erik) (Entered: 03/12/2023) |
| 03/12/2023 | 689 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 679 Motion to Dismiss Case, (McCullough, Jason) (Entered: 03/12/2023) |
| 03/12/2023 | 690 | NOTICE *of Corrected Brief* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Exhibit 1 – Corrected Brief, # 2 Exhibit A – Trulincs Login Banner)(Kenerson, Erik) (Entered: 03/12/2023) |

| | | |
|---|---|---|
| 03/13/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/13/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/14/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Conor Mulroe; Government Witness: FBI Special Agent Nicole Miller (testimony resumed and continued). (zkh) (Entered: 03/13/2023) |
| 03/14/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), DOMINIC J. PEZZOLA (6) denying as moot Eddie Block's 696 Motion to Quash his subpoena. Mr. Block's counsel has represented that the 696 motion is withdrawn. Thus, it is hereby ORDERED that it is DENIED AS MOOT. Signed by Judge Timothy J. Kelly on 3/14/2023. (lctjk1) (Entered: 03/14/2023) |
| 03/14/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/14/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/15/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Nicole Miller (testimony resumed and continued). (zkh) (Entered: 03/14/2023) |
| 03/14/2023 | 699 | RESPONSE by DOMINIC J. PEZZOLA re 676 MOTION for Order to Impose Additional Trial Procedures (Roots, Roger) (Entered: 03/14/2023) |
| 03/15/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/15/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/16/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, |

| | | |
|---|---|---|
| | | 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: FBI Special Agent Nicole Miller (testimony resumed and concluded). (zkh) (Entered: 03/15/2023) |
| 03/16/2023 | 702 | ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 676 Motion for Additional Trial Procedures. See Order for details. Signed by Judge Timothy J. Kelly on 3/16/2023. (lctjk1) (Entered: 03/16/2023) |
| 03/16/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/16/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/17/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Jan Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witnesses: FBI Special Agent Peter Dubrowski (recall testimony begun and concluded) and USCP Officer Marc Carrion (testimony begun and continued). (zkh) (Entered: 03/16/2023) |
| 03/17/2023 | 704 | REPLY TO OPPOSITION to Motion by DOMINIC J. PEZZOLA re 679 MOTION to Dismiss Case *WITH PREJUDICE; OR, IN THE ALTERNATIVE, MISTRIAL REGARDING RECENT REVALATIONS ON TUCKER CARLSON AND ASSOCIATED TESTIMONY AND THE DISCOVERY OF MASSIVE BRADY AND JENCKS VIOLATIONS AND VIOLATIONS OF DUE PROCESS AND THE SIXTH AME* (Roots, Roger) (Entered: 03/17/2023) |
| 03/17/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/17/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/20/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Government Witness: USCP Officer Marc Carrion (testimony resumed and concluded). (zkh) (Entered: 03/17/2023) |
| 03/20/2023 | 708 | First MOTION to Access *Rule 29 Motion for acquittal on certain counts* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 03/20/2023) |
| 03/20/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/20/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH |

| | | |
|---|---|---|
| | | R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Government rests its case–in–chief. Oral motion by ALL Defendants for Rule 29 Judgment of Acquittal, HEARD and ruling RESERVED. Jury Trial continued to 3/21/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Nordean Witnesses: Michael Emanuel (Graves) (testimony begun and concluded) and Travis Nugent (testimony begun and concluded). (zkh) (Entered: 03/20/2023) |
| 03/20/2023 | 710 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 686 Motion to Dismiss Case, (McCullough, Jason) (Entered: 03/20/2023) |
| 03/21/2023 | 714 | MEMORANDUM ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting Kenneth Lizardo's 712 Motion to Quash his trial subpoena. See Order for details. Signed by Judge Timothy J. Kelly on 3/21/2023. (lctjk1) (Entered: 03/21/2023) |
| 03/21/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/21/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/22/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Nordean Witness: Henrick Edward Block (testimony begun and continued). (zkh) (Entered: 03/22/2023) |
| 03/22/2023 | 715 | ENTERED IN ERROR.....First MOTION grant proposed jury instructions *for counts 1, 3, 5, and 10* by DOMINIC J. PEZZOLA. (Roots, Roger) Modified on 4/5/2023 (zltp). (Entered: 03/22/2023) |
| 03/22/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/22/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/23/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, |

| | | |
|---|---|---|
| | | 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Nordean Witness: Henrick Edward Block (testimony resumed and concluded). (zkh) (Entered: 03/22/2023) |
| 03/22/2023 | 716 | ENTERED IN ERROR.....MOTION TO COMPEL DISCLOSURE OF ALL FBI INTERVIEW REPORTS AND ALL DOJ MEMOS RELATING TO THE RECORDING AND REPORTING OF THE DEFENSE TEAM by ZACHARY REHL as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Hernandez, Carmen) Modified on 3/22/2023 (zltp). (Entered: 03/22/2023) |
| 03/22/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of Defendant Rehl's 717 Motion to Compel, which Rehl represents his codefendants join, it is hereby ORDERED that the Government shall file any response by 9:00 a.m. on March 23, 2023. Signed by Judge Timothy J. Kelly on 3/22/2023. (lctjk1) (Entered: 03/22/2023) |
| 03/22/2023 | | NOTICE OF ERROR as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA regarding 716 MOTION TO COMPEL DISCLOSURE OF ALL FBI INTERVIEW REPORTS AND ALL DOJ MEMOS RELATING TO THE RECORDING AND REPORTING OF THE DEFENSE TEAM . The following error(s): Incorrect document/case/district. Counsel refiled amended motion as docket entry 717 . (zltp) (Entered: 03/22/2023) |
| 03/22/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of Defendant Rehl's 717 Motion to Compel and the parties' proposals, the Government's deadline to respond to the motion is hereby EXTENDED to 1:00 p.m. tomorrow, March 23, 2023. It is further ORDERED that the jury trial scheduled for tomorrow, March 23, is CONVERTED to a motions hearing at 3:00 p.m. in Courtroom 24. It is further ORDERED that the trial will resume on Friday, March 24, 2023. Signed by Judge Timothy J. Kelly on 3/22/2023. (lctjk1) (Entered: 03/22/2023) |
| 03/22/2023 | 718 | REPLY TO OPPOSITION to Motion by DOMINIC J. PEZZOLA re 686 MOTION to Dismiss Case *RENEWED DEMAND FOR DISMISSAL AND EVIDENTIARY HEARING AND MEMORANDUM REGARDING THE GOVERNMENTS NUMEROUS OFFENSES AND VIOLATIONS OF DUE PROCESS AND THE SIXTH AMENDMENT, AND THE SCOPE OF CROSS–EXAMINATION OF SPECIAL AGENT M (Roots, Roger) (Entered: 03/22/2023)* |
| 03/22/2023 | | NOTICE OF ERROR as to DOMINIC J. PEZZOLA regarding 715 First MOTION grant proposed jury instructions *for counts 1, 3, 5, and 10*. The following error(s) need correction: Incorrect event. Please refile using the "Proposed Jury Instructions" event. (zltp) (Entered: 04/05/2023) |
| 03/23/2023 | 719 | MOTION to Access *to the March 23, 2023 Hearing* by WP COMPANY LLC, TEGNA, INC., PRO PUBLICA, INC., NEW YORK TIMES COMPANY, NBCUNIVERSAL MEDIA, LLC, NATIONAL PUBLIC RADIO, INC., LOS |

| | | |
|---|---|---|
| | | ANGELES TIMES COMMUNICATIONS LLC, GRAY MEDIA GROUP, INC., GANNETT CO., INC., E.W. SCRIPPS COMPANY, DOW JONES & COMPANY, INC., CBS BROADCASTING INC., BUZZFEED INC., ASSOCIATED PRESS, AMERICAN BROADCASTING COMPANIES, INC., CABLE NEWS NETWORK, INC. as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Attachments: # 1 Text of Proposed Order)(Tobin, Charles) (Entered: 03/23/2023) |
| 03/23/2023 | 721 | TRANSCRIPT OF Jury Trial in case as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA before Judge Timothy J. Kelly held on 3/20/23; Page Numbers: 14509 – 14724. Date of Issuance:3/23/23. Court Reporter/Transcriber Stacy Heavenridge, Telephone number 2023543243, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/13/2023. Redacted Transcript Deadline set for 4/23/2023. Release of Transcript Restriction set for 6/21/2023.(Heavenridge, Stacy) (Entered: 03/23/2023) |
| 03/23/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 3/23/2023. Jury Trial set to resume on 3/24/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 03/23/2023) |
| 03/23/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): In light of the discussion on the record at today's hearing, it is hereby ORDERED that any Defendant with factual information that may aid the Court's resolution of the parties' dispute shall proffer that information––under seal and, if appropriate, *ex parte*––to the Court by 7:00 a.m. on March 24, 2023. Signed by Judge Timothy J. Kelly on 3/23/2023. (lctjk1) (Entered: 03/23/2023) |
| 03/24/2023 | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/24/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/27/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Lisa Edwards; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Tarrio Witness: George Mesa (Ash Barkoziba)(testimony begun and continued). (zkh) (Entered: 03/24/2023) |
| 03/27/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/27/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/28/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Jan Dickman; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Tarrio Witnesses: George Mesa (Ash Barkoziba) (testimony resumed and concluded) and Fernando Alonzo (testimony begun and concluded). (zkh) (Entered: 03/27/2023) |
| 03/28/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 3/28/2023. Case called for Jury Trial but not held. Defendant REHL (3) NOT PRESENT. Jury panel not present. Jury Trial set to resume 3/29/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Remains Committed, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 03/28/2023) |
| 03/29/2023 | 723 | ENTERED IN ERROR.....MOTION proposed jury instruction *with lesser included offense* by DOMINIC J. PEZZOLA. (Roots, Roger) Modified on 4/5/2023 (zltp). (Entered: 03/29/2023) |
| 03/29/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/29/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts |

| | | |
|---|---|---|
| | | 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/30/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Nordean Witness: Aaron (testimony begun and concluded) and Defendant Rehl Witness: USCP Sgt. Blane Endale (testimony begun and concluded). (zkh) (Entered: 03/29/2023) |
| 03/29/2023 | | NOTICE OF ERROR as to DOMINIC J. PEZZOLA regarding 723 MOTION proposed jury instruction *with lesser included offense*. The following error(s) need correction: Incorrect event. Please refile using the "Proposed Jury Instructions" event. (zltp) (Entered: 04/05/2023) |
| 03/30/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 3/30/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 3/31/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl Witnesses: Amanda Rehl (testimony begun and concluded), Jeffery Finley (testimony begun and concluded), and Anthony Guiffre (testimony begun and concluded). (zkh) (Entered: 03/30/2023) |
| 03/31/2023 | 727 | MOTION motion to serve Ray Epps by publication by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 03/31/2023) |
| 03/31/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Status Conference as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 3/31/2023. Case called for Jury Trial but not held. Jury panel not present. Jury Trial set to resume 4/3/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporter: Jan Dickman; Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 03/31/2023) |
| 04/03/2023 | 729 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 727 Motion for Miscellaneous Relief (McCullough, Jason) (Entered: 04/03/2023) |

| 04/03/2023 | 730 | NOTICE *objections tocertain of Court's proposed jury instructions, Part 1with proposals and explanations* by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/03/2023) |
|---|---|---|
| 04/03/2023 |  | Minute Entry for proceedings held before Judge Timothy J. Kelly:Jury Trial as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/4/2023, at 9:00 AM in Courtroom 24A– In Person before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Janice Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Jocelyn Balentine; Defendant Rehl Witness: Demetrious Robins. (ztg) (Entered: 04/03/2023) |
| 04/03/2023 |  | MINUTE ORDER as to DOMINIC J. PEZZOLA (6) denying Defendant's 727 Motion for Order of Service by Publication of Witness Subpoena. Defendant Pezzola has moved to serve a prospective trial witness by publication in lieu of personal service under Fed. R. Crim. P. 17. He asserts that the witness has been "dodging service" by a retained process server. ECF No. 727 at 2. Even if true, Pezzola has proffered no authority allowing a defendant in a criminal case to serve a trial subpoena by publication. He points only to *Mwani v. bin Laden*, in which the district court authorized plaintiffs to serve Osama bin Laden and al Qaeda with a civil lawsuit by publication. *See* 417 F.3d 1, 8 (D.C. Cir. 2005). But the Federal Rules of Civil Procedure allow as much in limited circumstances. *See* Fed R. Civ. P. 4(f)(3); *see also Wagner v. Wagner*, 293 F.2d 533, 539 & n.2 (D.C. Cir. 1961); *Kaplan v. Hezbollah*, 715 F. Supp. 2d 165, 167 (D.D.C. 2010). As far as the Court is aware, the Federal Rules of Criminal Procedure do not. *See* Fed. R. Crim. P. 17(d). Thus, it is hereby ORDERED that Pezzola's 727 motion for an order allowing him to serve the witness by publication is DENIED. Signed by Judge Timothy J. Kelly on 4/3/2023. (lctjk1) (Entered: 04/03/2023) |
| 04/04/2023 |  | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/4/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/5/2023, at 9:00 AM in Courtroom 24A– In Person before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl's Witnesses: Demetrious Robins (testimony resumed and concluded), Jonathon L. Nguyen, and Henry McGill; Defendant Pezzola's Witness: Patrick Reiley. (ztg) (Entered: 04/04/2023) |

| 04/05/2023 | 732 | ENTERED IN ERROR..... MOTION proposed 1st amendment instruction by DOMINIC J. PEZZOLA. (Roots, Roger) Modified on 4/5/2023 (zltp). (Entered: 04/05/2023) |
|---|---|---|
| 04/05/2023 | 733 | MOTION to Access *April 5, 2023 Hearing* by WP COMPANY LLC, TEGNA, INC., PRO PUBLICA, INC., NEW YORK TIMES COMPANY, NBCUNIVERSAL MEDIA, LLC, NATIONAL PUBLIC RADIO, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, GRAY MEDIA GROUP, INC., GANNETT CO., INC., E.W. SCRIPPS COMPANY, DOW JONES & COMPANY, INC., CBS BROADCASTING INC., BUZZFEED INC., ASSOCIATED PRESS, AMERICAN BROADCASTING COMPANIES, INC., CABLE NEWS NETWORK, INC. as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (Tobin, Charles) (Entered: 04/05/2023) |
| 04/05/2023 | | NOTICE OF ERROR as to DOMINIC J. PEZZOLA regarding 732 MOTION proposed 1st amendment instruction . The following error(s) need correction: Incorrect event. Please refile using the "Proposed Jury Instructions" event. (zltp) (Entered: 04/05/2023) |
| 04/05/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/5/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/6/2023, at 9:00 AM in Courtroom 24A– In Person before Judge Timothy J. Kelly. Press Coalition Motion, ECF 733, heard and denied. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Janice Dickman (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Pezzola's Witness: Lisa Magee. (ztg) Modified to correct name of witness on 4/6/2023 (ztg). (Entered: 04/05/2023) |
| 04/05/2023 | 734 | MOTION to Compel *disclosure of CHSs handled by HSI on Jan. 6* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 04/05/2023) |
| 04/06/2023 | 735 | Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/06/2023) |
| 04/06/2023 | 736 | Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/06/2023) |
| 04/06/2023 | 737 | Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/06/2023) |
| 04/06/2023 | 738 | ENTERED IN ERROR.....MOTION to Appoint Expert *Notice of expert Duffy Hoffman* by DOMINIC J. PEZZOLA. (Roots, Roger) Modified on 4/6/2023 (zltp). (Entered: 04/06/2023) |
| 04/06/2023 | | NOTICE OF ERROR as to DOMINIC J. PEZZOLA regarding 738 MOTION to Appoint Expert *Notice of expert Duffy Hoffman*. The following error(s) need |

| | | correction: Incorrect event. Please refile using the "Notice(Other)" event type. (zltp) (Entered: 04/06/2023) |
|---|---|---|
| 04/06/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/6/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/11/2023, at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Lisa Edwards (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Pezzola's Witness: Steven K. Hill; Defendant Tarrio's Witness: Jaclyn Kosinski (reader of exhibits into the record). (ztg) (Entered: 04/06/2023) |
| 04/07/2023 | 739 | Objections to Court's Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) Modified text on 4/7/2023 (zltp). (Entered: 04/07/2023) |
| 04/07/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of the D.C. Circuit's opinion in *United States v. Fischer*, No. 22–3038, any party who wishes to supplement their arguments related to the Court's proposed jury instruction for 18 U.S.C. § 1512(c)(2) in light of that opinion may do so by Monday, April 10th at 12:00 noon. Signed by Judge Timothy J. Kelly on 4/7/2023. (lctjk1) (Entered: 04/07/2023) |
| 04/07/2023 | 740 | MOTION to Exclude *Proffered Expert Testimony* by USA as to DOMINIC J. PEZZOLA. (Attachments: # 1 Exhibit 1 – December Email String, # 2 Exhibit 2 – March 24 Email, # 3 Exhibit 3 – March 26 Email, # 4 Exhibit 4 – March 27 Email, # 5 Exhibit 5 – Prior Notice)(Kenerson, Erik) (Entered: 04/07/2023) |
| 04/09/2023 | 746 | NOTICE *of expert on window damage valuation, Duffy Hoffman* by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/09/2023) |
| 04/10/2023 | 748 | MOTION MOTION FOR MISTRIAL AND NEW TRIAL FOR MULTIPLE BRADY VIOLATIONS WITH INCLUDED MEMORANDUM OF LAW , MOTION for New Trial by DOMINIC J. PEZZOLA. (Attachments: # 1 Exhibit Summary report of Activity for the Electronic Surveillance Unit)(Roots, Roger) (Entered: 04/10/2023) |
| 04/10/2023 | 749 | Memorandum in Opposition by USA as to DOMINIC J. PEZZOLA re 734 Motion to Compel (McCullough, Jason) (Entered: 04/10/2023) |
| 04/10/2023 | 750 | RESPONSE TO ORDER OF THE COURT by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re Order,, Set Deadlines, (Attachments: # 1 Proposed Jury Instruction)(McCullough, Jason) (Entered: 04/10/2023) |
| 04/11/2023 | | MINUTE ORDER as to DOMINIC J. PEZZOLA (6) granting the Government's 740 Motion to Exclude Proposed Expert Testimony. Before the Court is the Government's 740 motion to exclude expert testimony by Defendant Pezzola's proposed witness, Duffy Hoffman. Pezzola responded orally on April 11, 2023. On April 6, after three |

and a half months of trial, Pezzola first provided expert notice for Hoffman, who would testify about "national standards for billing and valuation regarding replacement of the window described in Count 7" of the indictment. ECF Nos. 738, 746 at 1. Pezzola adds that "Mr. Hoffman will testify that under no normal, conventional, or recognized industry standard could the damage to the window described in Count 7 be valued as high as $1,000 or more," as well as to "the inadequacy of the invoicing and billing documents provided thus far in this trial." ECF No. 746 at 1. To call this notice untimely would be an understatement. *See* ECF No. 426 at 4 (requiring expert disclosures by September 30, 2022). The Court would act well within its discretion to preclude Hoffman's testimony on that basis alone. *See United States v. Slough*, 51 F. Supp. 3d 1, 9 (D.D.C. 2014) ("Rule 16 specifically contemplates pretrial disclosures," so the "Court ha[d] no difficulty concluding that even if defendants supplemented their disclosures...to bring them in line with Rule 16's content requirements, the disclosures would not be timely" the week trial was set to begin). Nor can Pezzola credibly assert a need to "rebut unexpected claims" from the Government's case–in–chief to excuse his delay. *See* ECF No. 746 at 2. He can hardly claim surprise that the Government offered evidence that the damage to the window exceeded $1,000––that is an element of Count 7 in the indictment. Indeed, Pezzola noticed a different expert on this issue back in January 2023. *See* ECF No. 740–5. But even if the Court overlooks the timeliness issue, Pezzola's notice for Hoffman is facially deficient under Rule 16. At the government's request, a defendant must provide: (a) "a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case–in–chief"; (b) "the bases and reasons for" those opinions; (c) "the witness's qualifications," including a list of publications; and (d) "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition." Fed. R. Crim. P. 16(b)(1)(C)(iii). Pezzola's description of Hoffman's opinions amounts to little more than notice that his expert would disagree with the Government's evidence on the same point. It does not summarize Hoffman's opinion on the value of the damage at issue or the purported "inadequacies" with the "invoicing and billing documents" in the record. Nor does it offer "the bases and reasons for" any such opinion, other than gesturing broadly toward unspecified "national standards for billing and valuation." This scant disclosure "le[aves] both the...Court and the parties to presume what the testimony [will] be. This, in and of itself, shows that the notice [is] deficient under Rule 16." *United States v. Machado–Erazo*, 47 F.4th 721, 732 (D.C. Cir. 2018); *see also United States v. Ulbricht*, 858 F.3d 71, 115 (2d Cir. 2017) (affirming exclusion of defense experts where the "disclosures merely listed general and in some cases extremely broad topics on which the experts might opine" and "did not summarize the experts' opinions about those topics, let alone describe the bases for the experts' opinions"), *abrogated on other grounds by Carpenter v. United States*, 138 S. Ct. 2206 (2018). Pezzola seeks to bypass his own burden to provide adequate notice under Rule 16 by relying on "notice" codefendant Nordean provided for the same expert back in December 2022. Even assuming a defendant may rely on a codefendant's expert notice after that codefendant elects not to call the expert at trial––a proposition for which Pezzola cites no support––Nordean's "notice" would not help him here. Nordean expressly declined to provide adequate Rule 16 notice for Hoffman, instead claiming he was not required to do so under a tortured reading of the December 2022 revision to Rule 16. *See* ECF No. 637 (arguing the revised rule's mandate to disclose expert testimony a defendant intends to offer during his "case–in–chief at trial" does not reach an expert designed to rebut the government's evidence). Pezzola does well not to adopt this dubious position here. But the bottom line is that the Government has never received notice for Hoffman that complies with Rule 16. And because the Defendants' cases–in–chief are

| | | |
|---|---|---|
| | | at their end, time has simply run out for Pezzola to remedy the deficiency and provide adequate notice that avoids prejudicing the Government. Therefore, it is hereby ORDERED that the Government's 740 motion to exclude Duffy Hoffman's expert testimony is GRANTED. Signed by Judge Timothy J. Kelly on 4/11/2023. (lctjk1) (Entered: 04/11/2023) |
| 04/11/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/11/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/12/2023 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl Witnesses: David Jones (testimony begun and concluded) and Zachary Rehl (testimony begun and continued). (zkh) (Entered: 04/11/2023) |
| 04/12/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/12/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/13/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Sara Wick (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl Witness: Zachary Rehl (testimony resumed and continued). (zkh) (Entered: 04/12/2023) |
| 04/13/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/13/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. The appearances of Defendants NORDEAN (1), BIGGS (2), and PEZZOLA (6) were WAIVED. Jury panel not present. Other trial matters addressed. Jury Trial continued to 4/17/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Remains Committed, 2–Remains Committed, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Remains Committed; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/13/2023) |

| 04/16/2023 | <u>755</u> | MEMORANDUM ORDER as to DOMINIC J. PEZZOLA (6) denying Defendant's <u>679</u> and <u>686</u> Motions to Dismiss. See Order for details. Signed by Judge Timothy J. Kelly on 4/16/2023. (lctjk1) (Entered: 04/16/2023) |
|---|---|---|
| 04/17/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/17/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/18/2023 at 9:30 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl Witness: Zachary Rehl (testimony resumed and continued). (zkh) (Entered: 04/17/2023) |
| 04/18/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/18/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/19/2023 at 9:15 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Sara Wick (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Rehl Witness: Zachary Rehl (testimony resumed and concluded); Defendant Pezzola Witness: Dominic J. Pezzola (testimony begun and continued). (zkh) (Entered: 04/18/2023) |
| 04/19/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/19/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/20/2023 at 9:15 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Pezzola Witness: Dominic J. Pezzola (testimony resumed and continued). (zkh) (Entered: 04/19/2023) |
| 04/20/2023 | <u>757</u> | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 745 Motion to |

| | | |
|---|---|---|
| | | Strike, Motion for Declaration of Mistrial (Kenerson, Erik) (Entered: 04/20/2023) |
| 04/20/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/20/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. The Defense rests its case. Jury Trial continued to 4/21/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Stacy Heavenridge (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore; Defendant Pezzola Witness: Dominic J. Pezzola (testimony resumed and concluded). (zkh) (Entered: 04/20/2023) |
| 04/21/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/21/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Government presents a joint stipulation for its rebuttal case and then rests. Defendants' renewed oral motion for Judgment of Acquittal, HEARD and ruling RESERVED by the Court. Jury Trial continued to 4/24/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Stacy Heavenridge (AM) and Sara Wick (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/21/2023) |
| 04/21/2023 | 760 | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): As discussed at the close of today's proceedings, it is hereby ORDERED that, by April 22, 2023 at 5:00 p.m., the parties shall submit a joint proposed jury instruction on the use of statements to Kelly_Chambers@dcd.uscourts.gov. The Court will not entertain further argument on any other aspect of the jury instructions. Signed by Judge Timothy J. Kelly on 4/21/2023. (lctjk1) (Entered: 04/21/2023) |
| 04/24/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/24/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same twelve (12) jurors and three (3) alternates. Jury Trial continued to 4/25/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Sara Wick (PM); Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and |

| | | |
|---|---|---|
| | | Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/24/2023) |
| 04/25/2023 | 762 | Proposed Jury Instructions by DOMINIC J. PEZZOLA (Roots, Roger) (Entered: 04/25/2023) |
| 04/25/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and held on 4/25/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same twelve (12) jurors and three (3) alternates. Jury trial concluded. Three (3) alternate jurors discharged. Jury Deliberations set to commence on 4/26/2023 at 9:00 AM in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporters: Timothy Miller (AM) and Sara Wick (PM); Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/25/2023) |
| 04/26/2023 | 764 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/26/2023) |
| 04/26/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial resumed and Deliberations begun and held on 4/25/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. Jury Deliberation continued to 4/27/2023 at 9:00 AM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Roger Roots; US Attorney: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/26/2023) |
| 04/26/2023 | 765 | Jury Note #1 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/26/2023) |
| 04/26/2023 | 766 | **Signature Page of Foreperson** as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #1. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 04/26/2023) |

| 04/26/2023 | 767 | Jury Instructions as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/26/2023) |
|---|---|---|
| 04/26/2023 | 768 | Court's Response to Jury Note 765 of April 26, 2023 at 4:35 PM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 4/26/2023. (Attachments: # 1 Attachment) (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): The parties have each provided their respective exhibits to the jury either digitally or in hard copy. The Government has requested that it be permitted to provide certain exhibits that have already been provided to the jury digitally in hard copy as well. This request is DENIED, except insofar as the parties agree that all parties will provide copies of all the exhibits in the alternative format. Signed by Judge Timothy J. Kelly on 4/27/2023. (lctjk1) (Entered: 04/27/2023) |
| 04/27/2023 | 769 | Jury Note #2 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | 770 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #2. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | 771 | Court's Response to Jury Note 769 of April 27, 2023 at 10:20 AM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 4/27/2023. (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | 772 | Jury Note #3 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | 773 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #3. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | 774 | Court's Response to Jury Note 772 of April 27, 2023 at 11:45 AM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 4/27/2023. (zkh) (Entered: 04/27/2023) |
| 04/27/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Trial/Deliberation resumed and held on 4/27/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. Jury |

| | | |
|---|---|---|
| | | Deliberation continued to 4/28/2023 at 1:30 PM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/27/2023) |
| 04/28/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Deliberation resumed and held on 4/27/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, ENRIQUE TARRIO (5) on Counts 1s−9s, and DOMINIC J. PEZZOLA (6) on Counts 1s−10s. Same panel of twelve (12) jurors deliberating. Jury Deliberation continued to 5/1/2023 at 9:00 AM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1−Committed/Commitment Issued, 2−Committed/Commitment Issued, 3−Committed/Commitment Issued, 5−Committed/Commitment Issued, 6−Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1−Nicholas D. Smith, 2−John Daniel Hull, IV and Norman A. Pattis, 3−Carmen D. Hernandez, 5−Nayib Hassan and Sabino Jauregui, 6−Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 04/28/2023) |
| 05/01/2023 | <u>777</u> | Jury Note #4 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/01/2023) |
| 05/01/2023 | <u>778</u> | **Signature Page of Foreperson** <br><br> as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #4. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/01/2023) |
| 05/01/2023 | <u>779</u> | Jury Note #5 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/01/2023) |
| 05/01/2023 | <u>780</u> | **Signature Page of Foreperson** <br><br> as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #5. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/01/2023) |
| 05/01/2023 | <u>781</u> | Court's Response to Jury Note <u>779</u> of May 1, 2023 at 3:19 PM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 5/1/2023. (zkh) (Entered: 05/01/2023) |
| 05/01/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Deliberation resumed and held on 5/1/2023 as to ETHAN NORDEAN (1) on Counts 1sss−9sss, JOSEPH R. BIGGS (2) on Counts 1ss−9ss, ZACHARY REHL (3) on Counts 1ss−9ss, |

| | | |
|---|---|---|
| | | ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. Jury Deliberation continued to 5/2/2023 at 9:00 AM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/01/2023) |
| 05/02/2023 | 782 | Jury Note #6 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | 783 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #6. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | 784 | Jury Note #7 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | 785 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #7. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | 786 | Court's Response to Jury Note 782 of May 2, 2023 at 10:47 AM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 5/2/2023. (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | 787 | Court's Response to Jury Note 784 of May 2, 2023 at 11:54 AM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 5/2/2023. (zkh) (Entered: 05/02/2023) |
| 05/02/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Deliberation resumed and held on 5/2/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. Jury Deliberation continued to 5/3/2023 at 9:00 AM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel |

| | | |
|---|---|---|
| | | Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/02/2023) |
| 05/03/2023 | 788 | Jury Note #8 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/03/2023) |
| 05/03/2023 | 789 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #8. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/03/2023) |
| 05/03/2023 | 790 | Court's Response to Jury Note 788 of May 3, 2023 at 9:11 AM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). Signed by Judge Timothy J. Kelly on 5/3/2023. (Attachments: # 1) (zkh) (Entered: 05/03/2023) |
| 05/03/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Deliberation resumed and held on 5/3/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. Jury Deliberation continued to 5/4/2023 at 9:00 AM. Any proceedings shall take place in Courtroom 24A before Judge Timothy J. Kelly. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/03/2023) |
| 05/04/2023 | 792 | MEMORANDUM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), DOMINIC J. PEZZOLA (6) regarding the Court's evidentiary rulings. See Memorandum for details. Signed by Judge Timothy J. Kelly on 5/4/2023. (lctjk1) (Entered: 05/04/2023) |
| 05/04/2023 | 794 | Jury Note #9 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/04/2023) |
| 05/04/2023 | 795 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #9. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/04/2023) |
| 05/04/2023 | 796 | Jury Note #10 as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | 797 | **Signature Page of Foreperson** |

| | | |
|---|---|---|
| | | as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) on Jury Note #10. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Jury Deliberation resumed and concluded on 5/4/2023 as to ETHAN NORDEAN (1) on Counts 1sss–9sss, JOSEPH R. BIGGS (2) on Counts 1ss–9ss, ZACHARY REHL (3) on Counts 1ss–9ss, ENRIQUE TARRIO (5) on Counts 1s–9s, and DOMINIC J. PEZZOLA (6) on Counts 1s–10s. Same panel of twelve (12) jurors deliberating. JURY VERDICT as to ETHAN NORDEAN (1) GUILTY on Counts 1sss, 2sss, 3sss, 4sss, 5sss, and 6sss. MISTRIAL DECLARED BY COURT on Counts 7sss and 8sss. NOT GUILTY on Count 9sss. JURY VERDICT as to JOSEPH R. BIGGS (2) GUILTY on Counts 1ss, 2ss, 3ss, 4ss, 5ss, and 6ss. MISTRIAL DECLARED BY COURT on Counts 7ss and 8ss. NOT GUILTY on Count 9ss. JURY VERDICT as to ZACHARY REHL (3) GUILTY on Counts 1ss, 2ss, 3ss, 4ss, 5ss, and 6ss. MISTRIAL DECLARED BY COURT on Counts 7ss and 8ss. NOT GUILTY on Count 9ss. JURY VERDICT as to ENRIQUE TARRIO (5) GUILTY on Counts 1s, 2s, 3s, 4s, 5s, and 6s. MISTRIAL DECLARED BY COURT on Counts 7s and 8s. NOT GUILTY on Count 9s. JURY VERDICT as to DOMINIC J. PEZZOLA (6) GUILTY on Counts 3s, 4s, 5s, 6s, 7s, 9s, and 10s. NOT GUILTY on Count 1s. MISTRIAL DECLARED BY COURT on Counts 2s and 8s. Jury polled with unanimous verdict. All twelve (12) jurors discharged without any further consideration of this case. Joint Proposed Scheduling Order due by 5/11/2023. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–John Daniel Hull, IV and Norman A. Pattis, 3–Carmen D. Hernandez, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, Conor Mulroe, and Nadia Moore. (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | 798 | EXHIBIT LIST by USA as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). All admitted exhibits sent into jury 4/26/2023 at 2:45 PM. (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | 803 | EXHIBIT LIST by DOMINIC J. PEZZOLA (6). All admitted exhibits sent into jury 4/26/2023 at 2:45 PM. (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | 804 | VERDICT FORM as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/05/2023) |
| 05/04/2023 | 805 | **Signature Page of Foreperson**<br><br>as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zkh) (Entered: 05/05/2023) |
| 05/05/2023 | | MINUTE ORDER as to JOSEPH R. BIGGS (2), ZACHARY REHL (3), and DOMINIC J. PEZZOLA (6): Before the Court discharged the jury at the close of yesterday's proceedings, counsel for Defendants Biggs, Rehl, and Pezzola sought leave to speak with the jurors after their discharge pursuant to Local Criminal Rule of |

| | | |
|---|---|---|
| | | Procedure 24.2(b). Upon consideration of their oral motions, it is hereby ORDERED that their request for leave to speak with the jurors in this matter is DENIED. Signed by Judge Timothy J. Kelly on 5/5/2023. (lctjk1) (Entered: 05/05/2023) |
| 05/11/2023 | 806 | NOTICE *of Government's Proposed Post−Trial Schedule* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Kenerson, Erik) (Entered: 05/11/2023) |
| 05/16/2023 | 808 | SCHEDULING ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6). See Order for details. Signed by Judge Timothy J. Kelly on 5/16/2023. (lctjk1) (Entered: 05/16/2023) |
| 05/17/2023 | | Terminate Deadlines and Hearings as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), CHARLES DONOHOE (4), ENRIQUE TARRIO (5), AND DOMINIC J. PEZZOLA (6). (zkh) (Entered: 05/17/2023) |
| 05/31/2023 | 809 | Application For Access To Trial Exhibits by LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. "Leave to file GRANTED" by Judge Timothy J. Kelly on 5/31/2023. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 06/02/2023) |
| 06/05/2023 | 813 | MOTION for Extension of Time to *file post trial motions* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 06/05/2023) |
| 06/07/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of Defendant Rehl's 811 motion for an extension of time to file post−trial motions, the Government's 815 initial response, and Defendant Pezzola's 813 motion for an extension of time to do the same, it is hereby ORDERED that today's deadline for all defendants to file post−trial motions is STAYED. It is further ORDERED that the Government shall file its supplemental response regarding the conflict posed by Attorney Pattis's simultaneous representation of codefendants Biggs and Rehl for purposes of post−trial motions and sentencing by June 9, 2023. It is further ORDERED that Attorney Pattis shall file any response to the Government's filing by June 12, 2023. It is further ORDERED that the parties shall file a joint status report proposing, jointly or individually, a schedule or schedules for post−trial proceedings in this matter in light of Attorney Pattis's conflict by June 12, 2023. Signed by Judge Timothy J. Kelly on 6/7/2023. (lctjk1) (Entered: 06/07/2023) |
| 06/07/2023 | | Set/Reset Deadlines as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Joint Status Report due by 6/12/2023. (zkh) (Entered: 06/07/2023) |
| 06/12/2023 | 817 | RESPONSE TO ORDER OF THE COURT by JOSEPH R. BIGGS, ZACHARY REHL as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re Order,,,,,, Set Deadlines,,,, (Pattis, Norman) (Entered: 06/12/2023) |
| 06/15/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of the Government's and Defendants' recent filings, ECF Nos. 816, 817, 818, and 819, it is hereby ORDERED that the Government and Defendants Biggs and Rehl shall appear for a hearing on the potential conflict presented by |

| | | |
|---|---|---|
| | | Attorney Pattis's representation of Rehl on Wednesday, June 21, 2023 at 9:30 a.m. in Courtroom 11. It is further ORDERED that the post–trial briefing schedule for Defendants Nordean, Tarrio, and Pezzola is modified as follows: Defendants shall file any post–trial motions, including any motions under Fed. R. Crim. P. 29 and 33, by June 21, 2023; the Government shall file its opposition(s) by July 12, 2023; and Defendants shall reply by July 28, 2023. The Court does not anticipate any further extensions to this briefing schedule. It is further ORDERED that the post–trial briefing deadlines for Defendants Biggs and Rehl shall remain STAYED pending the conflicts hearing on June 21. Signed by Judge Timothy J. Kelly on 6/15/2023. (lctjk1) (Entered: 06/15/2023) |
| 06/16/2023 | | Terminate Deadlines and Hearings as to DOMINIC J. PEZZOLA (6). (zkh) (Entered: 06/16/2023) |
| 06/22/2023 | 824 | MOTION for Acquittal *and New Trial* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 06/22/2023) |
| 06/26/2023 | 825 | STATUS REPORT *regarding Post–Trial Motions Schedule* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (McCullough, Jason) (Entered: 06/26/2023) |
| 06/27/2023 | 826 | ORDER as to JOSEPH R. BIGGS (2) and ZACHARY REHL (3) granting Defendant Rehl's 811 Motion to Withdraw and 812 Motion for Leave to Appear. See Order for details. Signed by Judge Timothy J. Kelly on 6/27/2023. (lctjk1) (Entered: 06/27/2023) |
| 06/27/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): Upon consideration of the Government's 825 status report proposing a revised briefing schedule for posttrial motions and Defendants' consent thereto, it is hereby ORDERED that Defendants Biggs and Rehl shall file any posttrial motions by July 6, 2023; the Government shall respond to all posttrial motions filed by all defendants by July 20, 2023; and Defendants shall reply by August 4, 2023. Signed by Judge Timothy J. Kelly on 6/27/2023. (lctjk1) (Entered: 06/27/2023) |
| 07/17/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6): To allow sufficient time for the Court to resolve all necessary matters and hear all relevant testimony in advance of imposing sentence on defendants, it is hereby ORDERED that the parties shall appear for a hearing on Tuesday, August 29, 2023 at 9:30 a.m. in Courtroom 24. It is further ORDERED that the hearing shall proceed as follows: first, the Court will orally rule on outstanding post–trial motions; second, the Court will hear any victim impact statements or testimony applicable to all defendants; third, the Court will hear argument on significant disputes raised in the parties' sentencing memoranda related to the application of the U.S. Sentencing Guidelines that are common to all defendants. Signed by Judge Timothy J. Kelly on 7/17/2023. (lctjk1) (Entered: 07/17/2023) |
| 07/20/2023 | 832 | MOTION for Extension of Time to File Response/Reply as to 824 MOTION for Acquittal *and New Trial , and 822 , 823 , 828* by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA. (McCullough, Jason) (Entered: 07/20/2023) |
| 07/20/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting the Government's 832 Motion to Extend Time and for Relief from Local Criminal Rule 47(e). Before the Court is the Government's 832 motion for a one–day extension to respond to Defendants' posttrial motions and for relief from Local Criminal Rule 47(e), which limits any opposition to a motion to 45 pages. For good cause shown, and because the Government represents that each defendant besides Defendant Nordean (from whom it has not heard back) consents, it is hereby ORDERED that the Government's 832 motion is GRANTED. It is further ORDERED that the Government may file its opposition to the Defendants' posttrial motions by tomorrow, July 21, 2023, and it shall not be bound by LCrR 47(e). Signed by Judge Timothy J. Kelly on 7/20/2023. (lctjk1) (Entered: 07/20/2023) |
| 07/21/2023 | 833 | Memorandum in Opposition by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA re 823 Motion for Joinder, Motion for Rule, 824 Motion for Acquittal, 828 Motion for Acquittal, Motion for New Trial, 822 Motion for Acquittal (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McCullough, Jason) (Entered: 07/21/2023) |
| 08/04/2023 | 840 | MOTION for Extension of Time to File Response/Reply *DEFENDANT PEZZOLAS (JOINED BY CODEFENDANTS) UNOPPOSED MOTION FOR TWO ADDITIONAL DAYS TO COMPLETE REPLIES TO GOVERNMENTS RESPONSE TO POST–TRIAL MOTIONS* by DOMINIC J. PEZZOLA. (Roots, Roger) (Entered: 08/04/2023) |
| 08/06/2023 | 841 | REPLY TO OPPOSITION to Motion by DOMINIC J. PEZZOLA re 824 MOTION for Acquittal *and New Trial* (Roots, Roger) (Entered: 08/06/2023) |
| 08/07/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) granting Defendants' 840 Unopposed Motion to Extend Time. Upon consideration of Defendant Pezzola's 840 unopposed motion for a two–day extension of time to file a reply in support of his 824 motion for judgment of acquittal and for a new trial, which he represents the other defendants join with respect to their own motions, it is hereby ORDERED, *nunc pro tunc*, that the motion is GRANTED. Any such reply filed by August 6, 2023 is timely. Signed by Judge Timothy J. Kelly on 8/7/2023. (lctjk1) (Entered: 08/07/2023) |
| 08/09/2023 | 843 | MOTION to Strike *Parts of Reply Brief* by USA as to DOMINIC J. PEZZOLA. (McCullough, Jason) (Entered: 08/09/2023) |
| 08/10/2023 | | MINUTE ORDER as to DOMINIC J. PEZZOLA (6): Upon consideration of the Government's 843 motion to partially strike Defendant's 841 reply in support of his posttrial motions, it is hereby ORDERED that Defendant shall file any response to the Government's motion by August 14, 2023. Signed by Judge Timothy J. Kelly on 8/10/2023. (lctjk1) (Entered: 08/10/2023) |
| 08/14/2023 | 851 | RESPONSE by DOMINIC J. PEZZOLA re 843 MOTION to Strike *Parts of Reply Brief* (Roots, Roger) (Entered: 08/14/2023) |
| 08/17/2023 | 855 | SENTENCING MEMORANDUM by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, ENRIQUE TARRIO, DOMINIC J. PEZZOLA (Attachments: # 1 Attachment A (Tarrio Additional Arguments), # 2 Attachment B (Nordean), # 3 Attachment C (Biggs), # 4 Attachment D (Rehl), # 5 Attachment E (Pezzola))(McCullough, Jason) (Entered: 08/17/2023) |

| 08/17/2023 | 860 | NOTICE *of Sentencing Exhibits* by USA as to DOMINIC J. PEZZOLA re 855 Sentencing Memorandum, (Attachments: # 1 Exhibit 1 (slip sheet))(Kenerson, Erik) (Entered: 08/17/2023) |
|---|---|---|
| 08/17/2023 | 861 | SENTENCING MEMORANDUM by DOMINIC J. PEZZOLA (Attachments: # 1 Exhibit Letter from Angelina Pezzola, # 2 Exhibit Letter from Dom's Aunt Sandy, # 3 Exhibit Peter Zitomer Letter, # 4 Exhibit Lisa Magee Letter, # 5 Exhibit Letter from Dom's Mother Barbara)(Metcalf, Steven) (Entered: 08/17/2023) |
| 08/21/2023 |  | MINUTE ORDER as to DOMINIC J. PEZZOLA (6) granting in part the Government's 843 Motion to Strike. Before the Court is the Government's motion to partially strike Defendant Pezzola's 841 reply in support of his 824 motions for judgment of acquittal and a new trial. It provides several reasons to do so: first, the 39–page brief exceeds LCrR 47(e)'s 25–page limit, and Defendant never sought leave to file excess pages; second, counsel's "signature block" contains nothing but his name, in violation of LCrR 49(f)(3)(i); and third, Defendant has deluged the Government with new arguments he never raised in his opening brief, many of which are "naked, unsupported and sensational allegations," ECF No. 843 at 3. A district court's "'inherent authority...to manage [its] docket[]'...includes the authority to strike material from its docket for noncompliance with court orders or rules." *See Doe #1 v. Am. Fed'n of Gov't Emps.*, No. 20–cv–1558 (JDB), 2023 WL 22059, at *3 (D.D.C. Jan. 3, 2023) (quoting *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016)); *see also Corson & Gruman Co. v. NLRB*, 899 F.2d 47, 50 n.4 (D.C. Cir. 1990). The Court will grant the motion in part. First, Defendant's reply indeed exceeds the local rule's 25–page limit. And despite moving for a two–day extension just before his filing deadline, Defendant did not seek leave to file excess pages. *See* ECF No. 840. To excuse this failure, counsel describes his "hectic" drafting process "as the midnight deadline approached." ECF No. 851 at 6. And confusingly, he confesses he "neglected to perform a...page count," despite the fact that the document's pages are numbered. *See id*; ECF No. 841. The Court is not moved. Poor time management is no excuse to neglect the Court's rules, especially with the benefit of an extended filing deadline. *See* Minute Order of Aug. 7, 2023. Thus, the Court will not, *nunc pro tunc*, grant leave to file an extralong reply and will strike the offending pages instead. Second, had Defendant used the extra space to respond to the Government's lengthy opposition (for which it sought and obtained leave to file), the Court may have forgiven his oversight. But Defendant's filing is hardly a "reply" at all, devoting far more attention to raising new arguments than supporting old ones. A reply brief is not a second bite at the apple to raise arguments a party failed to make the first time around. Indeed, it appears that new arguments comprise almost all the stricken material here. There is no reason to believe––and Defendant does not assert––that these arguments were unavailable to him when he filed his posttrial motions. For these reasons, the Court will strike everything after page 25 of the reply brief. However, the Court will not strike further material within the page limit simply because it raises new arguments. Courts routinely resolve such issues by treating arguments raised for the first time in reply as forfeited. *See, e.g.*, *Lombrano v. Dep't of the Air Force*, No. 21–cv–872 (DLF), 2022 WL 392308, at *5 (D.D.C. Feb. 9, 2022) ("[U]nder the 'ordinary rules of forfeiture,' arguments are generally 'forfeited if [they are] raised for the first time in reply.'" (quoting *Twin Rivers Paper Co. v. SEC*, 934 F.3d 607, 615 (D.C. Cir. 2019)). The Court expects it will do so here. Even so, although the Court questions the utility of further briefing, the Government may file a surreply by August 24, 2023 to any new arguments Defendant raises in the first 25 pages of his motion. Therefore, it is hereby ORDERED that the Government's 843 motion to strike is GRANTED IN PART as far |

| | | |
|---|---|---|
| | | as it seeks to strike pages 26–39 of Defendant's <u>841</u> reply brief. It is further ORDERED that the Government shall file any surreply by August 24, 2023. Signed by Judge Timothy J. Kelly on 8/21/2023. (lctjk1) (Entered: 08/21/2023) |
| 08/24/2023 | <u>873</u> | RESPONSE by USA as to DOMINIC J. PEZZOLA re <u>824</u> MOTION for Acquittal *and New Trial (Government's Sur–Reply)* (Kenerson, Erik) (Entered: 08/24/2023) |
| 08/24/2023 | <u>874</u> | RESPONSE by USA as to ETHAN NORDEAN, JOSEPH R. BIGGS, ZACHARY REHL, CHARLES DONOHOE, ENRIQUE TARRIO, DOMINIC J. PEZZOLA *Sentencing Memoranda (ECF 853, 854, 861, 862)* (McCullough, Jason) (Entered: 08/24/2023) |
| 08/28/2023 | | MINUTE ORDER as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMININC J. PEZZOLA (6): It is hereby ORDERED that, pursuant to the Court's Minute Order of July 17, 2023, the Court will hear argument on the following Sentencing Guidelines disputes at tomorrow's hearing: (1) the most analogous guideline to apply to the conspiracy convictions on Counts 1 and 4, pursuant U.S.S.G. § 2X5.1; (2) whether and to which offenses the Court should apply the terrorism adjustment under U.S.S.G. § 3A1.4; and (3) whether to apply the aggravated assault guideline, U.S.S.G. § 2A2.2, to Defendants' convictions on Count 5 pursuant to the cross–reference provision in § 2A2.4. Signed by Judge Timothy J. Kelly on 8/28/2023. (lctjk1) (Entered: 08/28/2023) |
| 08/29/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Omnibus Hearing as to ETHAN NORDEAN (1), JOSEPH R. BIGGS (2), ZACHARY REHL (3), ENRIQUE TARRIO (5), and DOMINIC J. PEZZOLA (6) held on 8/29/2023. For the reasons stated on the record, Defendant TARRIO's 823 MOTION for Joinder is GRANTED and the Defendants' Rule 29 MOTIONS are all DENIED. Bond Status of Defendants: 1–Committed/Commitment Issued, 2–Committed/Commitment Issued, 3–Committed/Commitment Issued, 5–Committed/Commitment Issued, 6–Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: 1–Nicholas D. Smith, 2–Norman A. Pattis, 3–Norman A. Pattis, 5–Nayib Hassan and Sabino Jauregui, 6–Steven Alan Metcalf, II and Roger Roots; US Attorneys Jason Bradley Adam McCullough, Erik Michael Kenerson, and Conor Mulroe; Government Speakers: USCP Officer Shae Cooney and USCP Inspector Thomas Loyd. (zkh) (Entered: 08/30/2023) |
| 09/01/2023 | <u>886</u> | **STRICKEN PURSUANT TO ORAL RULING ON 9/1/2023.....SENTENCING MEMORANDUM** by DOMINIC J. PEZZOLA (Attachments: # <u>1</u> Exhibit Garrett Millers comparison of Portland antifa rioters with J6 rioter sentences, # <u>2</u> Exhibit USSG Table 15 showing median sentences, # <u>3</u> Exhibit USSG Table 28 showing median sentences by criminal history category)(Roots, Roger) (Entered: 09/01/2023) |
| 09/01/2023 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Sentencing held on 9/1/2023 as to DOMINIC J. PEZZOLA (6) as to Counts 3s, 4s, 5s, 6s, 7s, 9s, and 10s. For the reasons stated on the record, Defendant's <u>886</u> SENTENCING MEMORANDUM is STRICKEN from the record. **Count 3s:** Defendant sentenced to one hundred twenty (120) months of Incarceration on Count 3s, to run concurrently with Counts 4s, 5s, 6s, 7s, 9s, and 10s, followed by thirty–six (36) months of Supervised Release (with conditions) on Count 3s to run concurrently with Counts 4s, 5s, 6s, 7s, 9s, and 10s. $100 Special Assessment. **Count 4s:** Defendant sentenced to seventy–two (72) months of Incarceration on Count 4s, to run concurrently with Counts 3s, 5s, 6s, 7s, 9s, and 10s, followed by thirty–six (36) months of Supervised Release (with conditions) on Count 4s to run concurrently with Counts 3s, 5s, 6s, 7s, |

| | | |
|---|---|---|
| | | 9s, and 10s. $100 Special Assessment. **Count 5s:** Defendant sentenced to sixty (60) months of Incarceration on Count 5s, to run concurrently with Counts 3s, 4s, 6s, 7s, 9s, and 10s, followed by thirty−six (36) months of Supervised Release (with conditions) on Count 5s to run concurrently with Counts 3s, 4s, 6s, 7s, 9s, and 10s. $100 Special Assessment. **Count 6s:** Defendant sentenced to one hundred twenty (120) months of Incarceration on Count 6s, to run concurrently with Counts 3s, 4s, 5s, 7s, 9s, and 10s, followed by thirty−six (36) months of Supervised Release (with conditions) on Count 6s to run concurrently with Counts 3s, 4s, 5s, 7s, 9s, and 10s. $100 Special Assessment. **Count 7s:** Defendant sentenced to one hundred twenty (120) months of Incarceration on Count 7s, to run concurrently with Counts 3s, 4s, 5s, 6s, 9s, and 10s, followed by thirty−six (36) months of Supervised Release (with conditions) on Count 7s to run concurrently with Counts 3s, 4s, 5s, 6s, 9s, and 10s. $100 Special Assessment. **Count 9s:** Defendant sentenced to ninety−six (96) months of Incarceration on Count 9s, to run concurrently with Counts 3s, 4s, 5s, 6s, 7s, and 10s, followed by thirty−six (36) months of Supervised Release (with conditions) on Count 9s to run concurrently with Counts 3s, 4s, 5s, 6s, 7s, and 10s. $100 Special Assessment. **Count 10s:** Defendant sentenced to one hundred twenty (120) months of Incarceration on Count 10s, to run concurrently with Counts 3s, 4s, 5s, 6s 7s, and 9s, followed by thirty−six (36) months of Supervised Release (with conditions) on Count 10s to run concurrently with Counts 3s, 4s, 5s, 6s, 7s, and 9s. $100 Special Assessment. ALL Remaining Counts in this case and the defendant's counts in 21−CR−052 are DISMISSED ON ORAL MOTION OF THE GOVERNMENT. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Timothy Miller; Defense Attorneys: Steven Alan Metcalf, II and Roger Roots; US Attorneys: Jason Bradley Adam McCullough, Erik Michael Kenerson, and Conor Mulroe; Prob Officer: Renee Moses−Gregory; Defense Witnesses: Lisa MaGee, Angelina Pezzola, and Barbara Turpin. (zkh) (Entered: 09/01/2023) |
| 09/08/2023 | 892 | NOTICE OF APPEAL − Final Judgment by DOMINIC J. PEZZOLA Fee Status: No Fee Paid. Parties have been notified. (Metcalf, Steven) (Entered: 09/08/2023) |

Use the Tab key to move from field to field on this form.

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No.  1:21-cr-00175-TJK
)
NORDEAN et al )
)

## NOTICE OF APPEAL

Name and address of appellant:

Dominic J. Pezzola
The Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Name and address of appellant's attorney:

Steven A. Metcalf
99 Park Avenue, 6th floor
New York, NY
10016

Offense:  top charge?

Concise statement of judgment or order, giving date, and any sentence:

Sentenced to Destruction of Property 18 USC 1361, on September 1, 2023.

Name and institution where now confined, if not on bail:  The Central Detention Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/8/23

DATE

/s/ Dominic Pezzola

APPELLANT

ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | |
| PAID USCA FEE | |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |