# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br>  ) <br>  vs.   ) <br>  ) <br>  ) | Criminal No. |

## NOTICE OF APPEAL

Name and address of appellant:

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| October 16, 2023 | United States of America |
|---|---|
| DATE | APPELLANT |
|  | Jason McCullough |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES | NO |
| Has counsel ordered transcripts? | YES | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |