# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | 1:21-cr-00175 (TJK) |
| : | |
| V. : | |
| : | |
| JOSEPH BIGGS, ZACHARY REHL : | |
| and DOMINIC PEZZOLA, : | JANUARY 26, 2025 |

## MOTION TO DISMISS TERMS OF SUPERIVISED RELEASE AND PROBATION PURSUANT TO EXECUTIVE ORDER GRANTING CLEMENCY

The undersigned hereby moves that this Court dismiss any term of supervised release and probation as to Mssrs. Biggs, Rehl and Pezzola. In support hereof, the undersigned moves as follows:

1. President Donald Trump issued an order on January 20, 2025, commuting the sentences of the movants to "time served" and the men have subsequently been released from actual custody.

2. Despite this offer, the three men have been ordered to comply with various restrictions on their liberty, including reporting for supervised release. (Conditions were imposed on Mssrs. Rehl and then removed.)

3. Mr. Biggs' supervisor has imposed conditions on his release, indicating that he will be "the only commuttee" whose liberty will be subject to conditions and that he will never get a pardon.

4. The United State's Attorney for the District of Columbia has made a similar motion to the instant motion, which is pending before Judge Metha, in the so-called Oath Keepers' case. The motion was filed after Judge Mehta sua sponte sought to bar one or more of the released Oath Keepers from Capitol grounds.

1

Docket Entry 941, *USA v. Rhodes, et al.*, 1:22-cr-00015-APM).

5. An accused's "final sentence includes any supervised release he may receive." *United States v. Haymond*, 588, 634, 648 (2019).

6. According the Government's aforesaid motion, the any orders regarding supervised release "must be vacated."

7. The movants agree with the Government, and request immediate relief.

WHEREFORE, the movants request that this Court vacate any orders regarding supervised release and conditions of liberty and dismiss the orders.

By: /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
T: 203.393.3017
F: 203.393.9745
npattis@pattisandsmith.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Norm Pattis /s/*