**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-CR-175 (TJK)** |
| **ETHAN NORDEAN, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Jocelyn Ballantine is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully Submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: */s/ Jocelyn Ballantine*
JOCELYN BALLANTINE, CA Bar No. 208267
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov