**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ETHAN NORDEAN et al.,<br><br>*Defendants*. | Criminal Action No. 21-175 (TJK) |

**ORDER**

For the reasons set forth in the Court's accompanying Memorandum, it is hereby **OR-DERED** that the Government's Unopposed Motion to Dismiss the Indictment, ECF No. 1090, is **GRANTED**.  It is further **ORDERED** that all charges against Defendants Nordean, Biggs, Rehl, and Pezzola, *see* ECF Nos. 24, 26, 305, and 380, and the case against them, are **DISMISSED WITH PREJUDICE**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: July 10, 2026